UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION.

| | |
|---|---|
| ANNA MARIE PHILLIPS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., an Arizona corporation, and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:15-CV-00344 (RMW)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO P.F. CHANG'S CHINA BISTRO, INC.'S MOTION TO DISMISS AND FOR P.F. CHANG'S TO REPLY<br><br>The Hon. Ronald M. Whyte |

Per the stipulation of counsel, the Court vacates the current briefing schedule for Defendant P.F. Chang's China Bistro, Inc.'s ("P.F. Chang's") Motion to Dismiss (Docket No. 10) and orders the following new briefing schedule and hearing date:

- The new deadline for Plaintiff's opposition is April 10, 2015;
- The new deadline for P.F. Chang's reply is April 24, 2015;
- The new hearing date would be Friday May 29, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Court Judge