ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile:  (424) 277-3727

Attorneys for Plaintiff
ANNA MARIE PHILLIPS on behalf of herself
and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE PHILLIPS, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., an Arizona corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:15-CV-00344 (RMW)<br><br>[Assigned to the Honorable Ronald M. Whyte]<br><br>**CLASS ACTION**<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date:         May 29, 2015<br>Time:         9:00 a.m.<br>Courtroom:  6, 4th Floor<br>Judge:        Hon. Ronald M. Whyte |

Plaintiff Anna Marie Phillips ("Plaintiff") hereby requests judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents in support of Plaintiff's Opposition to the Motion to Dismiss filed by defendant P.F. Chang's China Bistro, Inc. ("Defendant"):

1.     The article entitled "Celiac Sprue," by Richard J. Farrell and Ciarán P. Kelly in *New England Journal of Medicine* 346.3 (2002): 180-188, a true and correct copy of which is attached hereto as Exhibit A.

2.     The article entitled "Combination Enzyme Therapy for Gastric Digestion of Dietary Gluten in Patients With Celiac Sprue," by Jonathan Gass, Michael T. Bethune, Matthew Siegel, Andrew Spencer, Chaitan Khosla in *Gastroenterology* 133.2 (2007): 472-480, a true and correct copy of which is attached hereto as Exhibit B.

3.     The article entitled "Association of Celiac Disease And Intestinal Lymphomas And Other Cancers," by Carlo Catassi, Italo Bearzi, Geoffrey K.T. Holmes in *Gastroenterology* 128.4 (2005): S79-S86, a true and correct copy of which is attached hereto as Exhibit C.

4.     The article entitled "Diagnosis of Celiac Sprue," by Jerry S. Trier in *Gastroenterology* V115.1 (1998): 211-216, a true and correct copy of which is attached hereto as Exhibit D.

5.     The article entitled "Innate And Adaptive Immunity: The Yin And Yang Of Celiac Disease," by Bana Jabri, Donald D. Kasarda, and Peter HR Green in *Immunological Reviews* 206.1 (2005): 219-231, a true and correct copy of which is attached hereto as Exhibit E.

6.     The entry for "Celiac Disease" in the Merck Manual Professional Edition (2014), available at http://www.merckmanuals.com/professional/gastrointestinal_disorders/malabsorption_syndromes/celiac_disease.html?qt=celiac%20disease&alt=sh, a true and correct copy of which is attached hereto as Exhibit F.

7.     The Merriam-Webster Dictionary entry for "Celiac Disease," available at http://www.merriam-webster.com/dictionary/celiac%20disease, a true and correct copy of which is attached hereto as Exhibit G.

8.      A true and correct copy of the document titled "Questions and Answers About the Lesley University Agreement and Potential Implications for Individuals with Food Allergies," U.S. Department of Justice, Civil Rights Division, January 25, 2013, is attached hereto as Exhibit H.

Respectfully submitted,

DATED:        April 10, 2015                    COUNSELONE, PC


By ____ */s/ Anthony J. Orshansky* _____
        Anthony J. Orshansky
        Justin Kachadoorian
        Attorneys for Plaintiff Anna Marie
        Phillips and the Putative Class

EXHIBIT A

The New England Journal of Medicine

> Review Article

*Current Concepts*

# CELIAC SPRUE

RICHARD J. FARRELL, M.D., AND CIARÁN P. KELLY, M.D.

CELIAC sprue, also known as celiac disease and gluten-sensitive enteropathy, is characterized by malabsorption resulting from inflammatory injury to the mucosa of the small intestine after the ingestion of wheat gluten or related rye and barley proteins. There is clinical and histologic improvement on a strict gluten-free diet, and relapse when dietary gluten is reintroduced.[1] Accounts of celiac sprue date back to the first century A.D.[2] It was not until the 1940s, however, that the link to gluten ingestion was established; Dicke, a Dutch pediatrician, observed that the condition of children with celiac sprue improved during the food shortages of World War II, only to relapse after cereal supplies were restored.[3] Until fairly recently, celiac sprue was considered uncommon in the United States, with an estimated prevalence of 1 per 3000 population.[4] However, greater awareness of its presentations and the availability of new, accurate serologic tests have led to the realization that celiac sprue is relatively common, affecting 1 of every 120 to 300 persons in both Europe[5-7] and North America.[8]

## EPIDEMIOLOGY AND PATHOGENESIS

The true prevalence of celiac sprue is difficult to ascertain, because many patients have atypical symptoms or none at all. A large, multicenter Italian study identified seven new cases of celiac sprue in children for each patient with established disease.[7] The highest reported prevalence is in western Europe and in places where Europeans emigrated, notably North America and Australia.[5-8] Celiac sprue is also found in parts of northwest India, and it may be underdiagnosed in South America, North Africa, and Asia.[9] It is rare among people from a purely African-Caribbean, Chinese, or Japanese background. In most series there is a slight female preponderance.

Celiac sprue results from an inappropriate T-cell–

mediated immune response against ingested gluten in genetically predisposed people.[10] The importance of genetic factors is supported by the approximately 10 percent prevalence of the disease among first-degree relatives.[11] Over 95 percent of patients with celiac sprue express the HLA-DQ($\alpha$1*501,$\beta$1*02) heterodimer (HLA-DQ2), which preferentially presents gluten-derived gliadin peptides on its antigen-presenting groove to stimulate intestinal mucosal T cells (Fig. 1).[12,13] The enzyme tissue transglutaminase is one of the targets of the autoimmune response in celiac sprue.[14] The modification of gliadin by host tissue transglutaminase has a key role in enhancing the gliadin-specific T-cell response,[15] and a single tissue transglutaminase–modified peptide is the dominant $\alpha$-gliadin T-cell epitope[16] and may be a target for antigen-specific peptide therapy.

## CLINICAL MANIFESTATIONS

Celiac sprue has a wide spectrum of gastrointestinal and extraintestinal manifestations (Table 1).

### Celiac Sprue in Children

Classically, infants with celiac sprue present between the ages of 4 and 24 months with impaired growth, diarrhea, and abdominal distention.[17] Vomiting is common in young infants, as are pallor and edema. The onset of symptoms is gradual and follows the introduction of cereals into the diet. The velocity of weight gain slowly decreases before weight loss ensues. Some children present with constipation, although diarrhea is more typical. Patients with severe, untreated celiac sprue may present with short stature, pubertal delay, iron and folate deficiency with anemia, and rickets. Atypical celiac sprue is usually seen in older children or adolescents, who often have no overt features of malabsorption. In addition to recurrent abdominal pain, hypertransaminasemia, recurrent aphthous stomatitis, arthralgia, and defects in dental enamel, children may have behavioral disturbances such as depression, may be irritable, and may perform poorly in school.

### Celiac Sprue in Adults

The diagnosis of celiac sprue is increasingly being made in adults. About 20 percent of cases occur in patients who are older than 60 years of age.[18] Some patients are short or have symptoms dating back to childhood. However, many have no history of symptoms, suggesting that celiac sprue can develop in adulthood.[19] Celiac sprue may present during pregnancy or

From the Gastroenterology Division, Beth Israel Deaconess Medical Center and Harvard Medical School, Boston. Address reprints to Dr. Farrell at the Gastroenterology Division, Beth Israel Deaconess Medical Center, Dana 501, 330 Brookline Ave., Boston, MA 02215, or at rfarrell@caregroup.harvard.edu.

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

post partum, and the diagnosis should be considered in pregnant women in whom severe anemia develops.

Many adults present with episodic or nocturnal diarrhea, flatulence, and weight loss. Enteropathy often results in symptomatic lactose intolerance. Steatorrhea is associated with severe, extensive enteropathy, but it is often absent in patients whose disease is limited to the more proximal portion of the small intestine. Abdominal discomfort and bloating are common and often lead to a mistaken diagnosis of irritable bowel syndrome. Malaise and lassitude are also common even when anemia is absent. Recurrent aphthous stomatitis may be the sole symptom at presentation.

Approximately 50 percent of adult patients do not have clinically significant diarrhea. Iron-deficiency anemia is now the most common clinical presentation in adults with celiac sprue. Other laboratory abnormalities include macrocytic anemia due to folate (or, rarely, vitamin $B_{12}$) deficiency, coagulopathy resulting from vitamin K deficiency, or vitamin D deficiency leading to hypocalcemia and an elevated alkaline phosphatase level.[20] Other increasingly recognized extraintestinal manifestations include bone fractures,[21] infertility,[22] psychiatric syndromes,[23] and various neurologic conditions, including peripheral neuropathy, ataxia, and seizures.[24]

### Associated Conditions

Many conditions occur in association with celiac sprue[25] (Table 1). Dermatitis herpetiformis is characterized by intensely pruritic papulovesicular lesions that occur symmetrically over the extensor surfaces of the arms and legs as well as the buttocks, trunk, neck, and scalp. The diagnosis requires the demonstration by immunofluorescence studies of granular deposits of IgA in an area of normal-appearing skin.[26] A small-bowel biopsy in patients with dermatitis herpetiformis demonstrates a mild and patchy gluten-sensitive enteropathy. The skin lesions respond to the withdrawal of gluten from the diet or to treatment with dapsone.

Autoimmune diseases occur more commonly in patients with celiac sprue, especially type 1 diabetes mellitus[27,28] and autoimmune thyroiditis.[29] The prevalence of celiac sprue in patients with type 1 diabetes is approximately 3 to 8 percent.[27,28] Unexpected episodes of hypoglycemia or diarrhea should alert clinicians to the possibility of coexisting celiac sprue in patients with type 1 diabetes. The duration of gluten exposure is associated with the prevalence of associated autoimmune diseases, which is additional rationale for early diagnosis and treatment of celiac sprue.[30]

## DIAGNOSIS

### Serologic Tests

The availability of highly sensitive and specific serologic markers greatly facilitates the diagnosis of celiac sprue (Table 2). These serologic tests are used to evaluate patients with suspected disease, monitor adherence and response to a gluten-free diet, and screen patients with atypical, extraintestinal manifestations.[9] IgA antiendomysial antibodies are usually detected by indirect immunofluorescence with the use of sections of human umbilical cord or, less commonly, monkey esophageal smooth muscle.[34] The reported sensitivity and specificity of antiendomysial antibodies are 85 to 98 percent and 97 to 100 percent, respectively.[9,34-36] Tissue transglutaminase is the autoantigen recognized by antiendomysial antibody.[14] An IgA enzyme-linked immunosorbent assay that uses guinea pig tissue transglutaminase is now widely available and is cheaper, easier to perform, and more sensitive but less specific than the antiendomysial antibody assay.[31,32] A simple dot blot test that uses human recombinant tissue transglutaminase may be more specific than the assay that uses guinea pig tissue transglutaminase.[33] Although false positive results are rare, false negative antiendomysial and tissue transglutaminase antibody results can occur in mild enteropathy, in children under two years of age, and especially in patients with IgA deficiency.

Tests for IgA and IgG antigliadin antibodies have moderate sensitivity but are far less specific than tests for IgA antiendomysial antibodies.[9,37,38] Many normal persons as well as patients with gastrointestinal inflammation from other causes test positive for antigliadin antibodies.[38] Consequently, the positive predictive value of antigliadin antibody tests in a general population is poor. However, IgA antigliadin antibody is the most useful serologic marker in symptomatic children younger than two years of age. A test for IgG antigliadin antibody is useful in the 2 to 10 percent of patients with celiac sprue who have coexisting IgA deficiency. Levels of IgA antigliadin, IgA antiendomysial, and IgA tissue transglutaminase antibody all become undetectable in patients who are on a strict gluten-free diet. Tests for IgA antigliadin antibody are useful to monitor dietary compliance, since levels of this antibody are the easiest to quantify.[39] Levels of IgA antigliadin antibody gradually become undetectable within three to six months after gluten is withdrawn from the diet.

### Hematologic and Biochemical Tests

Deficiencies of iron, folate, calcium, and vitamin D may be found in patients with untreated celiac sprue. Combined iron and folate deficiency is a characteristic consequence of enteropathy of the proximal portion of the small bowel but is less frequent than iron-deficiency anemia. A vitamin $B_{12}$ deficiency is uncommon, since the enteropathy seldom extends to the ileum, where there is little or no exposure to gluten. Features of hyposplenism (Howell–Jolly bodies and

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

thrombocytosis) are frequently seen in older patients with untreated sprue.[40] A prolonged prothrombin time due to vitamin K deficiency is uncommon but should be corrected before a small-bowel biopsy is performed. Celiac sprue should also be considered in patients with persistent hypertransaminasemia.[41]

**Tests of Intestinal Absorption**

Only patients with extensive and severe enteropathy will have evidence of steatorrhea on a microscopical evaluation of the stool or a three-day measurement of fecal fat.[42] Similarly, although the results of an oral D-xylose–absorption test may be abnormal in patients with untreated celiac sprue, the test will not provide a specific diagnosis and is normal in many patients with mild-to-moderate enteropathy.[43] Consequently, with the advent of highly sensitive serologic tests, measurement of fecal fat and D-xylose–absorption testing are no longer important tools in cases of suspected celiac sprue.[44]

**Biopsy of the Small Intestine**

Histologic examination of a biopsy specimen of the small intestine remains the diagnostic gold standard for celiac sprue. In current practice, most biopsies in children and adults are performed during upper endoscopy. Endoscopy is more reliable than previous capsule-biopsy techniques, because it allows multiple specimens to be obtained, thus reducing sampling error, and because, in many cases, examination of the upper gastrointestinal tract may in itself be indicated (e.g., in iron-deficiency anemia).[45] Specimens should be obtained from the distal duodenum (second or third part) to avoid the architectural distortion produced by Brunner's glands or peptic duodenitis. Absent, flattened, or scalloped duodenal folds are not specific for celiac sprue.[46]

The classic lesion in patients with untreated celiac sprue (Fig. 2) is characterized histologically by striking mucosal architectural changes, with absent villi and hyperplastic crypts.[47] There are increased numbers of intraepithelial lymphocytes and of plasma cells and lymphocytes in the lamina propria. The severity and extent of the histologic abnormalities in celiac sprue vary widely. Patients who have mild, focal abnormalities confined to the proximal small intestine are likely to have fewer symptoms and less malabsorption than patients with severe, extensive enteropathy.

**Imaging**

Small-bowel barium studies are usually unnecessary. However, the threshold for obtaining a small-bowel x-ray film, an abdominal or pelvic computed tomographic (CT) scan, or both should be low in patients with refractory sprue or in cases in which a complication such as lymphoma, carcinoma, or ulcerative jejunoileitis is suspected. Radiographic studies should be considered in patients who do not have the expected response to a strict gluten-free diet or in patients with dramatic weight loss, abdominal pain, an abdominal mass, hypoalbuminemia, and intestinal bleeding or obstruction. Typical radiologic features include dilatation of the small intestine with thickening or obliteration of the mucosal folds, straightening of the valvulae conniventes, and diffuse bone demineralization on plain films. Abdominal CT or magnetic resonance imaging may suggest a diagnosis of celiac sprue by revealing hyposplenism, ascites, or lymphadenopathy, including cavitating mesenteric lymph nodes, whereas thickening of the small bowel may suggest the presence of lymphoma.[48]

**Approach to Diagnostic Evaluation**

An approach to the diagnosis of celiac sprue is outlined in Figure 3. When the clinical index of suspicion is low (as it would be in the case of a patient with diarrhea but no other features of celiac sprue), a negative test for antiendomysial antibodies or tissue transglutaminase has a high negative predictive value, obviating the need for small-bowel biopsy. Because the specificities of tests for antiendomysial antibodies and tissue transglutaminase approach 100 percent, their positive predictive values are high even in low-risk populations.[31-33,36] When the index of suspicion is moderate to high (as it would be in the case of a patient with gastrointestinal symptoms and a family history of celiac sprue), we recommend that both tests for antiendomysial antibodies (or tissue transglutaminase) and a small-bowel biopsy be performed.

**Figure 1 (facing page). Pathogenesis of Celiac Sprue.**
Gliadin is absorbed into the lamina propria and presented in conjunction with HLA-DQ2 or DQ8 cell-surface antigens by antigen-presenting cells, probably dendritic cells, to sensitized T cells expressing the $\alpha\beta$ T-cell receptor. Tissue transglutaminase deamidates gliadin peptides, generating acidic, negatively charged residues of glutamic acid from neutral glutamines (inset). Because negatively charged residues are preferred in positions 4, 6, and 7 of the antigen-binding groove of HLA-DQ2, deamidated gliadin elicits a stronger T-cell response. These lymphocytes then activate other lymphocytes to generate cytokines, such as interferon-$\gamma$, interleukin-4, and tumor necrosis factor $\alpha$ (TNF-$\alpha$), which damage the villi, resulting in enteritis. Induction of aberrant HLA class II cell-surface antigens on the enterocytes may permit these cells to present additional antigens to the sensitized lymphocytes.

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

CURRENT CONCEPTS



Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

**TABLE 1.** THE SPECTRUM OF CLINICAL PRESENTATIONS OF CELIAC SPRUE.

| COMMON FEATURES | LESS COMMON FEATURES | ASSOCIATED CONDITIONS | COMPLICATIONS |
|---|---|---|---|
| Adults | General features | Definite associations | Refractory sprue |
|   Iron-deficiency anemia |   Short stature |   Dermatitis herpetiformis | Enteropathy-associated T-cell |
|   Diarrhea |   Delayed puberty |   IgA deficiency |   lymphoma |
| Children | Gastrointestinal features |   Type 1 diabetes | Carcinoma of the oropharynx, |
|   Diarrhea |   Recurrent aphthous stomatitis |   Autoimmune thyroid disease |   esophagus, and small bowel |
|   Failure to thrive |   Recurrent abdominal pain |   Sjögren's syndrome | Ulcerative jejunoileitis |
|   Abdominal distention |   Steatorrhea |   Microscopic colitis | Collagenous sprue |
| | Extraintestinal features |   Rheumatoid arthritis | |
| |   Folate-deficiency anemia |   Down's syndrome | |
| |   Osteopenia or osteoporosis |   IgA nephropathy | |
| |   Dental-enamel hypoplasia | Possible associations | |
| |   Vitamin K deficiency |   Congenital heart disease | |
| |   Hypertransaminasemia |   Recurrent pericarditis | |
| |   Thrombocytosis (hyposplenism) |   Sarcoidosis | |
| |   Arthralgia or arthropathy |   Cystic fibrosis | |
| |   Polyneuropathy |   Fibrosing alveolitis | |
| |   Ataxia |   Lung cavities | |
| |   Epilepsy (with or without |   Pulmonary hemosiderosis | |
| |     cerebral calcification) |   Inflammatory bowel disease | |
| |   Infertility |   Autoimmune hepatitis | |
| |   Recurrent abortions |   Primary biliary cirrhosis | |
| |   Anxiety and depression |   Addison's disease | |
| |   Follicular keratosis |   Systemic lupus erythematosus | |
| |   Alopecia |   Vasculitis | |
| | |   Polymyositis | |
| | |   Myasthenia gravis | |
| | |   Schizophrenia | |

**TABLE 2.** SENSITIVITY AND SPECIFICITY AND POSITIVE AND NEGATIVE PREDICTIVE VALUES OF SEROLOGIC TESTS FOR UNTREATED CELIAC SPRUE.

| SEROLOGIC TEST | SENSITIVITY* | SPECIFICITY* | POSITIVE PREDICTIVE VALUE | NEGATIVE PREDICTIVE VALUE |
|---|---|---|---|---|
| | | percent | | |
| Test for IgA antiendomysial antibody | | | | |
|   Indirect immunofluorescence assay | 85–98 | 97–100 | 98–100 | 80–95 |
|   ELISA that uses guinea pig tissue transglutaminase† | 95–98 | 94–95 | 91–95 | 96–98 |
|   Dot blot test that uses human tissue transglutaminase | 93 | 99 | 99 | 93 |
| Test for IgA antigliadin antibodies | 75–90 | 82–95 | 28–100 | 65–100 |
| Test for IgG antigliadin antibodies | 69–85 | 73–90 | 20–95 | 41–88 |

*There are wide variations in the sensitivity and specificity of these tests among different laboratories. The data on tissue transglutaminase antibodies are based on three recent large studies.[31-33]

†ELISA denotes enzyme-linked immunosorbent assay.

### Repeated Biopsy and Gluten Challenge

Although a small-bowel biopsy is recommended to establish the diagnosis, the availability of accurate serologic tests has reduced the need for a second biopsy. A second biopsy can now be reserved for selected patients who have an unsatisfactory or equivocal clinical response to a strict gluten-free diet. In current practice, gluten challenge is reserved for the few patients in whom the diagnosis remains in doubt after a period of gluten restriction (e.g., patients who began to follow a gluten-free diet empirically without documentation of a characteristic intestinal lesion or

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.







**Figure 2.** Mucosal Histopathological Findings in Celiac Sprue. In Panel A, a duodenal-biopsy specimen from a patient with untreated celiac sprue shows a flat mucosal surface, severe enteritis, crypt hyperplasia, disarray of enterocytes, and extensive inflammatory infiltration of the lamina propria and epithelial-cell layer (hematoxylin and eosin, ×100). In Panel B, the epithelial cells in a patient with untreated celiac sprue are cuboidal and vacuolated and are infiltrated by numerous intraepithelial lymphocytes and plasma cells (hematoxylin and eosin, ×200). In Panel C, a duodenal-biopsy specimen from a normal person shows tall villi, shallow crypts, and sparse infiltration of the lamina propria and epithelial-cell layer with lymphocytes and plasma cells (hematoxylin and eosin, ×100). (Courtesy of Dr. Donald Antonioli and Dr. Jeremy Ditelberg, Department of Pathology, Beth Israel Deaconess Medical Center, Boston.)

the presence of antiendomysial or tissue transglutaminase antibodies). Gluten challenge should also be considered if a diagnosis of celiac sprue was made during childhood on the basis of a small-intestine biopsy without a positive test for antiendomysial antibodies, since a number of transient childhood enteropathies can mimic celiac sprue histologically. Gluten challenge should be initiated in consultation with a specialist and with caution, because patients are occasionally exquisitely sensitive to gluten.[49,50]

## TREATMENT

Because a gluten-free diet represents a lifetime commitment, is more expensive than a normal diet, and may limit patients socially, especially children and teenagers, it should never be recommended unless the diagnosis of celiac sprue is firmly established. There is no role for an empirical therapeutic trial of gluten withdrawal because a patient's response is often equivocal and because the abnormal findings on both the serologic tests and small-bowel biopsy may revert to normal, making subsequent definitive diagnosis difficult.

The principles of initiating a gluten-free diet are outlined in Table 3.[51] Products that contain wheat gluten or are produced from barley or rye must be avoided. In reality, complete elimination of gluten is very difficult to achieve and maintain. Gluten is present in many processed foods because wheat flour is widely used as a thickener in many commercial products and convenience foods. Lists of gluten-free foods are only applicable in the country in which they were compiled. Even well-known brand names may be gluten-free in one region and not in others. The institution of an effective gluten-free diet requires extensive, repeated counseling and instruction of the patient by the physician and dietitian. It also requires a motivated, label-reading patient with a high index of suspicion. A gluten-free symbol is used widely by food manufacturers in Europe but, unfortunately, less so in the United States.

Although the long-term safety of oats in adults or children with celiac sprue or dermatitis herpetiformis is unknown, consumption of moderate amounts of oats (50 to 70 g per day) for 6 to 12 months is nontoxic.[52-54] However, oat products may be contaminated with small amounts of wheat. Consequently, oats should be avoided in all patients with newly diagnosed celiac sprue until remission is achieved through the use of a gluten-free diet. Then, up to 2 oz of oats from a reliable source can be eaten every day and continued if the patient has no ill effects. Dairy products should be avoided initially because patients with untreated celiac sprue often have secondary lactase deficiency. After three to six months of treatment, dairy products can be reintroduced if the patient has no ill effects.

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.



**Figure 3.** Approach to the Diagnosis of Celiac Sprue.

Approximately 70 percent of patients have symptomatic improvement within two weeks after starting a gluten-free diet.[55] The speed and eventual degree of histologic improvement are unpredictable[56] but invariably lag behind the clinical response and may not be evident on repeated biopsy for two to three months. Although a return to normal histologic findings is common in children, half of adults have only a partial resolution on biopsy. If a patient has no response to the diet, the most common cause is incomplete adherence. Persistent symptoms may be caused by coexisting disorders such as irritable bowel syndrome, lactose intolerance, microscopic colitis, or pancreatic insufficiency.

In a large Finnish study the five-year survival rate among patients who strictly adhered to a gluten-free diet was similar to that of the general population.[25] Growth and development in infants and children proceed normally with continued avoidance of gluten.

In addition to a gluten-free diet, all patients with newly diagnosed celiac sprue who have clinically evident malabsorption should initially receive a multivitamin preparation and appropriate supplements to correct any iron or folate deficiency. Patients with steatorrhea, hypocalcemia, or osteopenic bone disease should receive oral calcium and vitamin D supplementation. Patients with hyposplenism should receive prophylactic antibiotics before undergoing invasive manipulations and may benefit from pneumococcus vaccination. Occasionally, intravenous corticosteroid therapy is required for critically ill patients with acute celiac crisis, manifested by severe diarrhea, dehydra-

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

**TABLE 3.** DIETARY GUIDELINES FOR PATIENTS
WITH CELIAC SPRUE.*

Avoid all foods containing wheat, rye, and barley gluten.

Avoid all foods containing oats (at least initially).

Avoid foods containing lactose initially.

Use only rice, corn, maize, buckwheat, potato, soybean, or tapioca flours, meals, or starches.

Look for foods that have the gluten-free symbol.

Try foods containing wheat starch from which gluten has been removed after the diagnosis of celiac sprue is established.

Read all labels and study the ingredients of processed foods.

Beware of gluten in medications, food additives, emulsifiers, and stabilizers.

Avoid all beers, lagers, ales, and stouts.

Wine, liqueurs, most ciders, and other spirits, including whiskey and brandy, are allowed.

Give essential medications parenterally initially if malabsorption is severe.

*Modified from Trier[51] with the permission of the publisher.

tion, weight loss, acidosis, hypocalcemia, and hypoproteinemia,[57] or the rare condition of gliadin shock after a gluten challenge.[49]

## REFRACTORY SPRUE AND ENTEROPATHY-ASSOCIATED T-CELL LYMPHOMA

Refractory sprue is a diagnosis of exclusion, defined as symptomatic severe enteritis that does not respond to at least six months of a strict gluten-free diet and is not accounted for by other causes of enteropathy or by overt intestinal lymphoma.[58] Patients with refractory sprue are at high risk for complications such as enteropathy-associated T-cell lymphoma, ulcerative jejunoileitis, and collagenous sprue. Almost 75 percent of such patients have an aberrant clonal intraepithelial T-cell population, a condition referred to as cryptic intestinal T-cell lymphoma.[59] These cells have destructive properties related to their cytotoxic phenotype,[60] which lead to mucosal ulceration, lymphnode cavitation, and frequently, cellular and clinical progression to lymphoma. Patients with refractory sprue may require treatment with corticosteroids and other immunosuppressants, including azathioprine or cyclosporine,[61,62] or even total parenteral nutrition. In one study strict adherence to a gluten-free diet reduced the risk of all disease-associated cancers including enteropathy-associated T-cell lymphoma.[63] Thus, it seems prudent to recommend lifelong strict adherence to a gluten-free diet in all patients with celiac sprue.

## REFERENCES

1. Trier JS. Celiac sprue. N Engl J Med 1991;325:1709-19.
2. The extant works of Aretaeus, the Cappodocian. Adams F, trans. London: Sydenham Society, 1856.
3. Dicke WK. Coeliakie: een onderzoek naar de nadelige involed van som-

mige graansoorten op de lijder aan coeliakie. Utrecht, the Netherlands: University of Utrecht, 1950.
4. Fasano A. Where have all the American celiacs gone? Acta Paediatr Suppl 1996;412:20-4.
5. Mylotte M, Egan-Mitchell B, McCarthy CF, McNicholl B. Coeliac disease in the west of Ireland. Br Med J 1973;3:498-9.
6. Johnston SD, Watson RG, McMillan SA, Sloan J, Love AH. Coeliac disease detected by screening is not silent — simply unrecognized. QJM 1998;91:853-60.
7. Catassi C, Fabiani E, Ratsch IM, et al. The coeliac iceberg in Italy: a multicentre antigliadin antibodies screening for coeliac disease in school-age subjects. Acta Paediatr Suppl 1996;412:29-35.
8. Not T, Horvath K, Hill ID, et al. Celiac disease risk in the USA: high prevalence of antiendomysium antibodies in healthy blood donors. Scand J Gastroenterol 1998;33:494-8.
9. Fasano A, Catassi C. Current approaches to diagnosis and treatment of celiac disease: an evolving spectrum. Gastroenterology 2001;120:636-51.
10. Schuppan D. Current concepts of celiac disease pathogenesis. Gastroenterology 2000;119:234-42.
11. MacDonald WC, Dobbins WO III, Rubin CE. Studies on the familial nature of celiac sprue using biopsy of the small intestine. N Engl J Med 1965;272:448-56.
12. Howell MD, Austin RK, Kelleher D, Nepom GT, Kagnoff MF. An HLA-D region restriction fragment length polymorphism associated with celiac disease. J Exp Med 1986;164:333-8.
13. Lundin KE, Scott H, Fausa O, Thorsby E, Sollid LM. T cells from the small intestinal mucosa of a DR4, DQ7/DR4, DQ8 celiac disease patient preferentially recognize gliadin when presented by DQ8. Hum Immunol 1994;41:285-91.
14. Dieterich W, Ehnis T, Bauer M, et al. Identification of tissue transglutaminase as the autoantigen of celiac disease. Nat Med 1997;3:797-801.
15. Molberg O, McAdam SN, Korner R, et al. Tissue transglutaminase selectively modifies gliadin peptides that are recognized by gut-derived T cells in celiac disease. Nat Med 1998;4:713-7. [Erratum, Nat Med 1998;4:974.]
16. Anderson RP, Degano P, Godkin AJ, Jewell DP, Hill AV. In vivo antigen challenge in celiac disease identifies a single transglutaminase-modified peptide as the dominant A-gliadin T-cell epitope. Nat Med 2000;6:337-42.
17. Catassi C, Fabiani E. The spectrum of coeliac disease in children. Baillieres Clin Gastroenterol 1997;11:485-507.
18. Hankey GL, Holmes GK. Coeliac disease in the elderly. Gut 1994;35:65-7.
19. Corazza GR, Gasbarrini G. Coeliac disease in adults. Baillieres Clin Gastroenterol 1995;9:329-50.
20. Cellier C, Flobert C, Cormier C, Roux C, Schmitz J. Severe osteopenia in symptom-free adults with a childhood diagnosis of coeliac disease. Lancet 2000;355:806.
21. Vasquez H, Mazure R, Gonzalez D, et al. Risk of fractures in celiac disease patients: a cross-sectional, case-control study. Am J Gastroenterol 2000;95:183-9.
22. Collin P, Vilska S, Heinonen PK, Hallstrom O, Pikkarainen P. Infertility and coeliac disease. Gut 1996;39:382-4.
23. De Santis A, Addolorato G, Romito A, et al. Schizophrenic symptoms and SPECT abnormalities in a coeliac patient: regression after a gluten-free diet. J Intern Med 1997;242:421-3.
24. Hadjivassiliou M, Gibson A, Davies-Jones GA, Lobo AJ, Stephenson TJ, Milford-Ward A. Does cryptic gluten sensitivity play a part in neurological illness? Lancet 1996;347:369-71.
25. Collin P, Reunala T, Pukkala E, Laippala P, Keyrilainen O, Pasternack A. Coeliac disease — associated disorders and survival. Gut 1994;35:1215-8.
26. Otley C, Hall RP III. Dermatitis herpetiformis. Dermatol Clin 1990;8:759-69.
27. Cronin CC, Feighery A, Ferriss JB, Liddy C, Shanahan F, Feighery C. High prevalence of celiac disease among patients with insulin-dependent (type 1) diabetes mellitus. Am J Gastroenterol 1997;92:2210-2.
28. Sjoberg K, Eriksson KF, Bredberg A, Wassmuth R, Eriksson S. Screening for coeliac disease in adult insulin-dependent diabetes mellitus. J Intern Med 1998;243:133-40.
29. Counsell CE, Taha A, Ruddell WS. Coeliac disease and autoimmune thyroid disease. Gut 1994;35:844-6.
30. Ventura A, Magazzu G, Greco L. Duration of exposure to gluten and risk for autoimmune disorders in patients with celiac disease. Gastroenterology 1999;117:297-303.
31. Dieterich W, Laag E, Schopper H, et al. Autoantibodies to tissue transglutaminase as predictors of celiac disease. Gastroenterology 1998;115:1317-21.
32. Sulkanen S, Halttunen T, Laurila K, et al. Tissue transglutaminase au-

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

toantibody enzyme-linked immunosorbent assay in detecting celiac disease. Gastroenterology 1998;115:1322-8.

33. Baldas V, Tommasini A, Trevisiol C, et al. Development of a novel rapid non-invasive screening test for coeliac disease. Gut 2000;47:628-31.

34. Volta U, Molinaro N, de Franceschi L, Fratangelo D, Bianchi FB. IgA anti-endomysial antibodies on human umbilical cord tissue for celiac disease screening: save both money and monkeys. Dig Dis Sci 1995;40:1902-5.

35. Ferreira M, Davies SL, Butler M, Scott D, Clark M, Kumar P. Endomysial antibody: is it the best screening test for coeliac disease? Gut 1992; 33:1633-7.

36. Grodzinsky E, Hed J, Skogh T. IgA antiendomysium antibodies have a high positive predictive value for celiac disease in asymptomatic patients. Allergy 1994;49:593-7.

37. Rostami K, Kerckhaert J, Tiemessen R, von Blomberg BM, Meijer JW, Mulder CJ. Sensitivity of antiendomysium and antigliadin antibodies in untreated celiac disease: disappointing in clinical practice. Am J Gastroenterol 1999;94:888-94.

38. Uibo O, Uibo R, Kleimola V, Jogi T, Maki M. Serum IgA anti-gliadin antibodies in an adult population sample: high prevalence without celiac disease. Dig Dis Sci 1993;38:2034-7.

39. Fotoulaki M, Nousia-Arvanitakis S, Augoustidou-Savvopoulou P, Kanakoudi-Tsakalides F, Zaramboukas T, Vlachonikolis J. Clinical application of immunological markers as monitoring tests in celiac disease. Dig Dis Sci 1999;44:2133-8.

40. O'Grady JG, Stevens FM, Harding B, O'Gorman TA, McNicholl B, McCarthy CF. Hyposplenism and gluten-sensitive enteropathy: natural history, incidence, and relationship to diet and small bowel morphology. Gastroenterology 1984;87:1326-31.

41. Novacek G, Miehsler W, Wrba F, Ferenci P, Penner E, Vogelsang H. Prevalence and clinical importance of hypertransaminasaemia in coeliac disease. Eur J Gastroenterol Hepatol 1999;11:283-8.

42. Holmes GKT, Hill PG. Do we still need to measure fecal fat? Br Med J (Clin Res Ed) 1988;296:1552-3.

43. Uil JJ, van Elburg RM, Mulder CJ, Heymans HS. The value of the D-xylose test compared with the differential sugar absorption test in recognizing coeliac disease. Neth J Med 1996;49:68-72.

44. Kelly CP, Feighery CF, Gallagher RB, Weir DG. Diagnosis and treatment of gluten-sensitive enteropathy. Adv Intern Med 1990;35:341-63.

45. Achkar E, Carey WD, Petras R, Sivak MV, Revta R. Comparison of suction capsule and endoscopic biopsy of small bowel mucosa. Gastrointest Endosc 1986;32:278-81.

46. Shah VH, Rotterdam H, Kotler DP, Fasano A, Green PH. All that scallops is not celiac disease. Gastrointest Endosc 2000;51:717-20.

47. Rubin CE, Brandborg LL, Phelps PC, Taylor HC Jr. Studies of celiac disease. I. The apparent identical and specific nature of the duodenal and proximal jejunal lesion in celiac disease and idiopathic sprue. Gastroenterology 1960;38:28-49.

48. Rubesin SE, Herlinger H, Saul SH, Grumbach K, Laufer I, Levine MS. Adult celiac disease and its complications. Radiographics 1989;9:1045-66.

49. Krainick HG, Debatin F, Gautier E, Tobler R, Velasco JA. Weitere Untersuchungen über den schädlichen Weizenmehleffekt bei der Cöliakie. 1. Die akute Gliadinreaktion (Gliadinschock). Helv Paediatr Acta 1958;13:432-54.

50. Trier JS. Diagnosis of celiac sprue. Gastroenterology 1998;115:211-6.

51. Idem. Celiac sprue and refractory sprue. In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. Sleisenger & Fordtran's gastrointestinal and liver disease: pathophysiology/diagnosis/management. 6th ed. Vol. 2. Philadelphia: W.B. Saunders, 1997:1557-73.

52. Janatuinen EK, Pikkarainen PH, Kemppainen TA, et al. A comparison of diets with and without oats in adults with celiac disease. N Engl J Med 1995;333:1033-7.

53. Hoffenberg EJ, Haas J, Drescher A, et al. A trial of oats in children with newly diagnosed celiac disease. J Pediatr 2000;137:361-6.

54. Hardman CM, Garioch JJ, Leonard JN, et al. Absence of toxicity of oats in patients with dermatitis herpetiformis. N Engl J Med 1997;337:1884-7.

55. Pink IJ, Creamer B. Response to a gluten-free diet of patients with the coeliac syndrome. Lancet 1967;1:300-4.

56. Grefte JM, Bouman JG, Grond J, Jansen W, Kleibeuker JH. Slow and incomplete histological and functional recovery in adult gluten sensitive enteropathy. J Clin Pathol 1988;41:886-91.

57. Lloyd-Still JD, Grand RJ, Khaw KT, Shwachman H. The use of corticosteroids in celiac crisis. J Pediatr 1972;81:1074-81.

58. Ryan BM, Kelleher D. Refractory celiac disease. Gastroenterology 2000;119:243-51.

59. Cellier C, Delabesse E, Helmer C, et al. Refractory sprue, coeliac disease, and enteropathy-associated T-cell lymphoma. Lancet 2000;356:203-8.

60. de Bruin PC, Connolly CE, Oudejans JJ, et al. Enteropathy-associated T-cell lymphomas have a cytotoxic T-cell phenotype. Histopathology 1997; 31:313-7. [Erratum, Histopathology 1997;31:578.]

61. Rolny P, Sigurjonsdottir HA, Remotti H, et al. Role of immunosuppressive therapy in refractory sprue-like disease. Am J Gastroenterol 1999; 94:219-25.

62. Vaidya A, Bolanos J, Berkelhammer C. Azathioprine in refractory sprue. Am J Gastroenterol 1999;94:1967-9.

63. Holmes GK, Prior P, Lane MR, Pope D, Allan RN. Malignancy in coeliac disease — effect of a gluten free diet. Gut 1989;30:333-8.

Copyright © 2002 Massachusetts Medical Society.

Downloaded from www.nejm.org at BOTSFORD GENERAL HOSPITAL LIB on February 1, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

EXHIBIT B

GASTROENTEROLOGY 2007;133:472–480

CLINICAL–
ALIMENTARY TRACT

# Combination Enzyme Therapy for Gastric Digestion of Dietary Gluten in Patients With Celiac Sprue

JONATHAN GASS,* MICHAEL T. BETHUNE,‡ MATTHEW SIEGEL,* ANDREW SPENCER,§ and CHAITAN KHOSLA*,‡,‖

*Department of Chemical Engineering, Stanford University, Stanford, California; ‡Department of Biochemistry, Stanford University, Stanford, California; §Alvine Pharmaceuticals, Inc, Palo Alto, California; ‖Department of Chemistry, Stanford University, Stanford, California

**Background & Aims:** Celiac sprue is a multifactorial disease characterized by an inflammatory response to ingested gluten in the small intestine. Proteolytically resistant, proline- and glutamine-rich gluten peptides from wheat, rye, and barley persist in the intestinal lumen and elicit an immune response in genetically susceptible persons. We investigated a new combination enzyme product, consisting of a glutamine-specific endoprotease (EP-B2 from barley) and a prolyl endopeptidase (SC PEP from *Sphingomonas capsulata*), for its ability to digest gluten under gastric conditions. **Methods:** The ability of this combination enzyme to digest and detoxify whole-wheat bread gluten was investigated. In vitro and in vivo (rat) experimental systems were developed to simulate human gastric digestion, and the resulting material was analyzed by high-performance liquid chromatography, enzyme-linked immunoabsorbent assay, and patient-derived T-cell proliferation assays. **Results:** The analysis revealed that EP-B2 extensively proteolyzes complex gluten proteins in bread, whereas SC PEP rapidly detoxifies the residual oligopeptide products of EP-B2 digestion. In vitro dose variation data suggests that an approximate 1:1 weight ratio of the 2 enzymes should maximize their synergistic potential. The efficacy of this 2-enzyme glutenase was verified in a rat model of gastric gluten digestion. **Conclusions:** By combining 2 enzymes with gastric activity and complementary substrate specificity, it should be possible to increase the safe threshold of ingested gluten, thereby ameliorating the burden of a highly restricted diet for patients with celiac sprue.

Celiac sprue is an inheritable disorder of the small intestine that affects ≤1% of the population.[1,2] This disease is characterized by an inflammatory response to ingested wheat gluten and similar rye and barley proteins, leading to small intestinal mucosal injury and nutrient malabsorption. If untreated, celiac sprue is associated with anemia, infertility, osteoporosis, and intestinal lymphoma.[3–6] A strict, lifelong gluten-free diet is the only accepted treatment. Complete exclusion of dietary gluten is difficult due to the ubiquitous nature of this protein, cross-contamination of foods, inadequate food labeling regulations, and social constraints.[7]

Among the main dietary proteins, gluten is unique in that it contains approximately 15% proline and 35% glutamine residues.[8] The high proline and glutamine content prevents thorough proteolysis by gastric and pancreatic enzymes, resulting in the buildup of long oligopeptides in the small intestine that are toxic to patients with celiac sprue. Therefore, proline- and glutamine-specific endoproteases, often referred to as glutenases, are proposed as therapeutic agents for celiac sprue on account of their ability to detoxify proteolytically resistant gluten epitopes.[9–12] A combination of a gastrically active, glutamine-specific endoprotease (EP-B2; a cysteine endoprotease from germinating barley seeds) and a duodenally active, proline-specific endopeptidase (prolyl endopeptidase; PEP) was shown to rapidly detoxify gluten under simulated gastrointestinal conditions.[13]

Here, we evaluate a new combination therapy, consisting of 2 gastrically active enzymes that detoxify gluten before its release in the small intestine. The main advantages of gastric glutenases are the following: (1) gluten can be fully detoxified before its arrival in the affected organ, (2) the enzyme(s) do not require formulation via enteric coating, and (3) enzyme stability in the presence of bile acids is not an important concern.[14] Our objective was to identify a PEP capable of acting on gluten peptides in concert with barley EP-B2 in the stomach. Specifically, the PEP from *Sphingomonas capsulata* (SC PEP) was evaluated, because it has an extended pH profile compared with other PEPs.[11,15,16]

To simulate realistic gluten-containing diets, we selected whole-wheat bread as a test article for this study. All earlier studies were performed on synthetic gluten oligopeptides, recombinant gliadin proteins, or uncooked gluten. This gluten presentation is not fully rep-

*Abbreviations used in this paper:* ELISA, enzyme-linked immunoabsorbent assay; EP-B2, endoprotease B, isoform 2 from *Hordeum vulgare*; HPLC, high-performance liquid chromatography; PEP, prolyl endopeptidase; PTC, pepsin, trypsin, chymotrypsin; SC, *Sphingomonas capsulate*.

© 2007 by the AGA Institute
0016-5085/07/$32.00
doi:10.1053/j.gastro.2007.05.028

CLINICAL–
ALIMENTARY TRACT

resentative of an actual meal. Gluten structure, in particular its level of disulfide bonding and its accessibility to proteolytic digestion, changes during the bread-making process.[17,18] Therefore, the efficacy of the EP-B2 and SC PEP combination was first evaluated via in vitro digestion of whole-wheat bread and then confirmed by in vivo studies in rats.

## Materials and Methods
### Materials

Whole-wheat bread (Alvarado St Sprouted Whole-Wheat Bread) was from Alvarado St Bakery (Rohnert Park, CA). Pepsin was obtained from American Laboratories (Omaha, NE). Trypsin (from bovine pancreas, T4665), α-chymotrypsin (type II from bovine pancreas, C4129), elastase (from porcine pancreas, E7885), and carboxypeptidase A (type II from bovine pancreas, C-0386) were from Sigma (St. Louis, MO). Substrates for the chromogenic assays for PEP (Z-Gly-Pro-p-Nitroanilide) and EP-B2 (Z-Phe-Arg-pNA) were from Bachem (Torrance, CA). All materials used in the animal studies were food-grade or higher. Vancomycin was from Sigma. All other reagents were food or reagent grade.

### EP-B2 and SC PEP Enzyme Manufacturing and Testing

EP-B2 was prepared in its zymogen form by existing protocol. Briefly, proEP-B2 was prepared in a 10-L fed-batch fermentation process that used a recombinant strain of *Escherichia coli*. The protein was purified from inclusion bodies by denaturing affinity chromatography, refolded, and concentrated in a similar manner as previously described.[12] Details of the fermentation, purification, and refolding process were reported elsewhere.[19] ProEP-B2 rapidly auto-activates under acidic conditions (pH < 5), with full activation occurring within 15 minutes at pH 4.5.[12] As further evidence for gastric activation of proEP-B2, earlier studies showed that coadministration of proEP-B2 and gluten to rats facilitates gluten digestion while the food is still in the stomach.[20]

SC PEP was prepared as described previously.[16] EP-B2 concentration was between 5.8 and 15.5 mg/mL in 100 mmol/L Tris-Cl, 5 mmol/L EDTA, 2 mmol/L β-mercaptoethanol, 15% sucrose, pH 8, with specific activity ranging between 800 and 5000 U/mg. SC PEP was prepared in 20 mmol/L sodium phosphate buffer, pH 7, or phosphate-buffered saline, pH 7.4, at a concentration between 60 and 90 mg/mL and specific activity of 15–20 U/mg. Enzyme activity assays were performed as described previously.[19,21]

### In Vitro Whole-Wheat Bread Digestion

To evaluate the efficacy of alternative glutenases, an in vitro experimental protocol was developed to mimic the ingestion and digestion of whole-wheat bread from a grocery store. Alvarado St Sprouted Whole-Wheat Bread was selected because of its high protein level (label claim

of 4 g protein for 38-g slice). A portion of a bread slice (typically 1 g) was presoaked with specified amounts of EP-B2 and SC PEP solutions, formulated in their respective buffers. Additional EP-B2 refolding buffer (100 mmol/L Tris-Cl, 5 mmol/L EDTA, 2 mmol/L β-mercaptoethanol, 15% sucrose, pH 8) was added to the bread so that 888 μL total liquid was added to 1 g bread. This additional buffer was added to allow for variation in the EP-B2 enzyme dosage. The bread was divided into 6 pieces.

To initiate the in vitro digestion protocol, the presoaked bread pieces were added to a 0.01 N HCl solution (pH 2, preincubated at 37°C) containing 0.6 mg pepsin/mL. Approximately 6.67 mL 0.01 HCl solution was added to 1 g bread (starting weight before any liquid addition) to achieve a final protein concentration of approximately 15 mg/mL in the suspension. The bread pieces were added over 15 minutes (at 3-minute intervals) and, after addition of each piece, the mixture was manually agitated with a spatula. The pH at the end of the ingestion phase.

The simulated gastric digestion phase was considered to start on addition of the last bread piece to the 0.01 N HCl solution. The material was incubated at 37°C for various times (typically, 10 minutes to mimic short gastric digestion or 60 minutes to mimic extended gastric digestion). Samples (500 μL) were taken at 0, 10, 30, and 60 minutes and immediately heated at >95°C for at least 5 minutes to inactivate the enzymes. The mixture was manually agitated with a spatula before each sampling event.

In experiments in which duodenal digestion was simulated, at the end of the gastric phase, the pH was adjusted to 6.0 by the addition of sodium phosphate (15 mg for a 1-g bread digest) and 1 M HCl or 1 M NaOH or both. Pancreatic enzymes (trypsin, chymotrypsin, elastase, and carboxypeptidase A), prepared in ~50 mg/mL stock solutions, were added to yield the following final concentrations: 0.375 mg trypsin/mL, 0.375 mg chymotrypsin/mL, 0.075 mg elastase/mL, and 0.075 mg carboxypeptidase A/mL. The simulated duodenal digestions were performed with either trypsin and chymotrypsin only on all 4 pancreatic enzymes. The precise cocktail of pancreatic enzymes used in a given experiment is specified. The use of different pancreatic enzyme cocktails does not significantly affect the results or conclusions because elastase and carboxypeptidase A had minimal incremental effect on gluten digestion, which is consistent with previous work.[22] The final solution was then incubated at 37°C for up to 30 minutes. Samples (500–1000 μL) were withdrawn at 10 and 30 minutes and heat-treated as described previously.

### In Vivo Whole-Wheat Bread Experiments in Rats

An existing animal experimental protocol for monitoring gluten digestion in rats was modified to evaluate the effect of EP-B2 + SC PEP on whole-wheat

CLINICAL–
ALIMENTARY TRACT

bread (protocol was approved by animal welfare committee).[20] Briefly, rats were acclimated to eat bread over the course of 2 days. The rats were fasted for a minimum of 12 hours (maximum of 24 hours) before the start of the experiment. They were then fed 4 g bread (starting weight) that had been presoaked with specified levels of EP-B2 (30 U protein/mg), EP-B2 (30 U protein/mg) + SC PEP (1.67 U protein/mg), or buffer alone (100 mmol/L Tris-Cl, 5 mmol/L EDTA, 2 mmol/L $\beta$-mercaptoethanol, 15% sucrose, pH 8). The rats were allowed to eat and digest the bread meal for 120 minutes and were then euthanized by $CO_2$ exposure. The gastric contents of the animals were collected in a 15-mL Falcon tube and immediately frozen using a dry ice or ethanol bath. Gastric material was analyzed by removing approximately 250 mg of the frozen sample, heating the 250 mg aliquot at >95°C for at least 10 minutes to inactivate all enzymes, and then centrifuging the material at 14,000 $g$ for 10 minutes. The supernatant was collected and analyzed by high-performance liquid chromatography (HPLC) or T-cell proliferation assays.

### Reverse-Phase HPLC

Samples from the in vitro whole-wheat bread digests or harvested from rat stomach were chromatographically separated on a 4.6 × 150 mm reverse-phase $C_{18}$ protein and peptide column (Grace Vydac, Hesperia, CA) using Varian-Rainin Dynamax (Palo Alto, CA) SD-200 pumps (1 mL/minute), a Varian 340 UV detector set at 215 nm and a Varian Prostar 430 autosampler. Solvent A was water with 5.0% acetonitrile and 0.1% trifluoroacetic acid. Solvent B was acetonitrile with 5.0% water and 0.1% trifluoroacetic acid. Before injection, samples were centrifuged for 10 minutes at approximately 14,000$g$ and filtered through a 0.2-$\mu$m syringe filter.

### Indirect Competitive ELISA for Gliadin Peptides

The relative amount of gliadin in each sample was determined by indirect competitive enzyme-linked immunoabsorbent assay (ELISA). To prepare the coating solution, 20 mg gliadin/mL (Sigma) was digested in 0.01 M HCl for 60 minutes at 37°C with 0.6 mg pepsin/mL. The reaction was then adjusted to pH 6.0 with $Na_2HPO_4$, and 0.375 mg trypsin/mL was added to further digest the gliadin for 120 minutes at 37°C. The reaction was quenched by boiling 10 minutes and frozen at −20°C until use.

On day 1 of the ELISA procedure, pepsin-trypsin-digested gliadin was diluted to 20 mg/mL in coating solution (50 mmol/L sodium carbonate/bicarbonate buffer, pH 9.6, 0.02% $NaN_3$) and 200 mL/well was incubated overnight at 4°C in 96-well microtiter plates (Nunc Maxisorp; Nalge Nunc International, Rochester, NY). Samples were diluted 1:100 to 1:1,296,000 in Starting-Block T20 TBS blocking buffer (Pierce, Rockford, IL) and

incubated overnight at 4°C with an equal volume of 5.1 mg rabbit polyclonal anti-gliadin antibody/mL1 (Sigma). The protein concentrations of the diluted samples ranged from ~3 pg/mL to 0.1 mg/mL. On day 2, antigen-coated plates were washed thrice with 1× phosphate-buffered saline, pH 7.4, 0.05% Tween-20 before blocking and between all subsequent steps. Plates were blocked with 200 mL blocking buffer/well for 2 hours at room temperature. Antibody or sample mixes were added to the wells in triplicate (200 mL/well) and incubated overnight at 4°C. On day 3, goat antirabbit IgG-alkaline phosphatase conjugate (Sigma) was diluted 1:250 in blocking buffer and 200 mL/well was incubated 3 hours at room temperature. Freshly prepared substrate solution (5 mg pNPP/mL, 50 mmol/L sodium carbonate/bicarbonate buffer, pH 9.8, 1 mmol/L $MgCl_2$, 0.02% $NaN_3$) was added (200 mL/well), and the absorbance at 405 nm was measured every 6 seconds for 5 minutes.

The initial rate ($mA_{405}$/minute) in each well was determined from 31 data points. For each sample, the mean initial rate at each dilution was plotted against the corresponding dilution, yielding a hyperbolic curve. To determine the dilution required for half maximal reduction of initial rate for each sample ($IC_{50}$), the inflection point of each curve was determined by using the HyperbolaGen model in the curve-fitting program Origin 6.0 (OriginLab Corporation, Northampton, MA). Values shown represent the mean of 3 separate experiments, each run in triplicate, on separate days unless otherwise indicated.

### T-Cell Lines and $^3$H Thymidine T-Cell Proliferation Assay

The T-cell lines P28 TCL1 and P35 TCL1 were generated and characterized as previously described.[13] T-cell proliferation assays were performed using DQ2 homozygous VAVY cells as described in Siegel et al[13] except 1 $\mu$Ci/well of [methyl-$^3$H]-thymidine was pulsed for 24 hours before harvesting the cells. Samples were diluted to protein concentrations ranging from 0.03 to 1.8 mg/mL. Samples were analyzed in duplicate, and the counts per minute were adjusted by subtracting the counts per minute of VAVY cells alone. Blanks represent the counts per minute of T cells (minus the proliferation of VAVY cells) in the absence of any gluten sample. Stimulation index was determined by dividing the adjusted count per minute value by the blank value.

## Results

### In Vitro Digestion of Whole-Wheat Bread

To evaluate the efficacy of individual versus combination glutenase therapies, whole-wheat bread was digested in vitro according to protocols described in "Materials and Methods." The digests were analyzed using HPLC analysis, indirect competitive ELISA, and T-cell proliferation assays. Note that in vitro digestion of bread

CLINICAL–
ALIMENTARY TRACT





**Figure 1.** Effect of EP-B2 enzyme dose on digestion of gluten in whole-wheat bread. HPLC traces correspond to residual protein from whole-wheat bread that has been treated with varying levels of EP-B2 under simulated gastric conditions: no EP-B2 (—), 10 EP-B2 U/mg protein (*blue line*), 30 EP-B2 U/mg protein (*green line*), 100 EP-B2 U/mg protein (*red line*), and 200 EP-B2 U/mg protein (*violet line*). All reaction mixtures were incubated for 60 minutes at 37°C as detailed in the text. The internal HPLC standard (N-α-p-Tosyl-L-Arginine methyl ester) is labeled. Under these HPLC conditions, representative antigenic gluten oligopeptides was composed of 9, 11, 12, 14, 21, and 28 residues elute at 12.5, 18.5, 21.5, 20, 22.5, and 22 minutes, respectively.

under simulated gastric conditions differs from that of uncooked whole gluten. In the case of whole gluten, most of the protein dissolves under simulated gastric conditions. In contrast, acid and pepsin alone are insufficient to dissolve the protein in bread, and pancreatic enzymes are required to fully solubilize the gluten protein (for further details, see supplemental Results; See Supplementary material online at www.gastrojournal.org).

### EP-B2 Digestion of Whole-Wheat Bread

In a previous study, we have characterized in detail the reverse-phase HPLC profiles of whole gluten after treatment under simulated gastric and duodenal conditions.[22] Under these analytical conditions, most immunotoxic peptides have retention times >12.5 minutes. For example, representative antigenic gluten oligopeptides composed of 9, 11, 12, 14, 21, and 28 residues elute

at 12.5, 18.5, 21.5, 20, 22.5, and 22 minutes, respectively. A small fraction of the undigested gluten protein elutes at 25 minutes (the remainder being tightly bound to the guard column). The relatively broad 25-minute peak also includes other long gluten-derived peptides (>30 residues); for example, a highly immunogenic 33-mer peptide elutes at 25 minutes.

The glutenase activity of EP-B2 was evaluated at doses ranging from 10 to 200 U EP-B2/mg bread protein. Low levels of EP-B2 (10 U EP-B2/mg protein) were sufficient to dramatically change the gluten oligopeptide profile (Figure 1A and B). Notably, the abundance of late eluting peaks (23–25 minutes) reduced considerably, whereas the area under the curve from 12 to 23 minutes increased compared with the pepsin-only control. As the EP-B2/gluten ratio was increased, the area under the curve of all peaks eluting after 12 minutes reduced, whereas the early eluting peaks became more abundant. Interestingly, a steady decrease in the area under the curve corresponding to the gluten oligopeptide region (12–23 minutes) was observed up to the highest EP-B2 dose evaluated. In contrast, complete elimination of gluten metabolites eluting at 23–25 minutes was achieved at EP-B2 doses >30 U/mg protein, suggesting that EP-B2 preferentially digests longer gluten peptides. The addition of EP-B2 also caused an increase in the amount of soluble protein present in the digest (versus the pepsin-only control) (data not shown).

### EP-B2 and SC PEP Digestion of Whole-Wheat Bread

To evaluate the synergistic potential of EP-B2 and SC PEP in the gastric environment, the combination



**Figure 2.** Comparison of the effect of single-agent enzymes on gluten digestion in whole-wheat bread. The HPLC traces represent protein from whole-wheat bread that has been digested in vitro with pepsin only (*light grey line*), pepsin with EP-B2 (*grey line*), and pepsin with SC PEP (—). EP-B2 (30 U/mg protein), pepsin (0.6 mg/mL), and SC PEP (1.67 U/mg protein) were added before the start of the simulated gastric digestion. All digestions were performed for 60 minutes at 37°C. Standard peaks are defined in the legend to Figure 1.

CLINICAL–
ALIMENTARY
TRACT

glutenase was compared with the individual enzymes (in the presence of pepsin) using the in vitro bread digestion protocol. As summarized above, small quantities of EP-B2 alone efficiently break down full-length gluten proteins into oligopeptides, although relatively higher concentrations of this enzyme are required to substantially reduce the abundance of gluten oligopeptides eluting between 12 and 23 minutes (Figures 1 and 2). In contrast, although SC PEP has high specificity for immunotoxic gluten epitopes, it has minimal ability to detoxify gluten (Figure 2), presumably because of its relatively low specificity for long peptide substrates.[16] Therefore, for the combination glutenase agent to be effective, EP-B2 must rapidly cleave intact gluten proteins into oligopeptides, whereas SC PEP must efficiently attack internal proline residues in the resulting oligopeptides. In addition, the 2 enzymes must be reasonably stable in each other's presence.

The results, presented in Figures 3–5 (HPLC and T-cell proliferation) and Table 1 (ELISA), highlight the syner-



**Figure 4.** Immunodetoxification of gluten in whole-wheat bread using low doses of EP-B2 as a single agent versus the combination glutenase comprising EP-B2 + SC PEP. The protein in whole-wheat bread was digested under the following conditions: (1) control (no glutenase; - □ -), (2) EP-B2 (30 U; - ▲ -), (3) EP-B2 (30 U) + SC PEP (0.17 U) (- ◇ -), and (4) EP-B2 (30 U) + SC PEP (1.67 U) (- X -). All digests were performed for 60 minutes under gastric conditions with 0.6 mg pepsin/mL. To estimate the actual immunotoxicity of the control sample, it was further digested for an additional 10 minutes under simulated duodenal conditions (0.375 mg trypsin/mL and chymotrypsin at 37°C), because pepsin alone does not digest gluten adequately to elicit a T-cell response in vitro. The antigen content was measured using 2 gluten-responsive polyclonal T-cell lines (P28 TCL1 (A) and P35 TCL 1 (B) derived from small intestinal biopsies of unrelated celiac patients. The stimulation index was calculated as described in "Materials and Methods."

gistic capacity of EP-B2 and SC PEP to detoxify gluten. HPLC analysis of whole-wheat bread digested in vitro showed that SC PEP reduced the abundance of gluten oligopeptides eluting between 12 and 23 minutes that were generated by low (30 U) or high (200 U) EP-B2 doses (Figure 3A and B). Notably, the combination of EP-B2 (30 U) + SC PEP (0.5 U) was markedly more effective than high dose (200 U) EP-B2 alone.

T-cell proliferation assays, using 2 polyclonal cell lines derived from unrelated patients with celiac sprue, were also used to assess the residual gluten immunotoxicity of whole-wheat bread digested under simulated gastric conditions (Figures 4 and 5). At a low EP-B2 dose of 30 U/mg gluten, only a modest reduction in immunotoxicity was





**Figure 3.** Effect of EP-B2 + SC PEP on gluten digestion of gluten in whole-wheat bread. HPLC traces represent protein from whole-wheat bread treated under simulated gastric conditions with EP-B2 (30 U; *blue line*), EP-B2 (200 U; *green line*), EP-B2 (30 U) + SC PEP (0.5 U) (—), and EP-B2 (200 U) + SC PEP (0.5 U) (*red line*). All reaction mixtures were incubated for 60 minutes at 37°C as detailed in the text. Standard peaks are defined in the legend to Figure 1.

CLINICAL–
ALIMENTARY TRACT



**Figure 5.** Immunodetoxification of gluten in whole-wheat bread using high doses of EP-B2 as a single agent versus the combination glutenase comprising EP-B2 + SC PEP. The protein in whole-wheat bread was digested under the following conditions: (1) control (no glutenases; *clear*), (2) EP-B2 (200 U; *gray shaded*), and (3) EP-B2 (200 U) + SC PEP (0.5 U) (*diagonal cross*). All digests were performed for 60 minutes under gastric conditions with 0.6 mg pepsin/mL. To estimate the actual immunotoxicity of the control sample, it was further digested for an additional 10 minutes under simulated duodenal conditions (0.375 mg/mL trypsin and chymotrypsin and 0.075 mg/mL elastase and carboxypeptidase A at 37°C), because pepsin alone does not digest gluten adequately to elicit a T-cell response in vitro. All data presented are from 1:25 diluted samples (0.3–0.4 mg protein concentration/mL), which was the highest protein concentration tested for these samples. The stimulation index was calculated as described in "Materials and Methods."

observed compared with the pepsin-only control (Figure 4). However, when this EP-B2 dose was supplemented with SC PEP, the immunotoxicity of the resulting bread sample reduced markedly (Figure 4). At a higher EP-B2 dose of 200 U/mg gluten, this enzyme alone significantly reduced but did not eliminate bread gluten toxicity, whereas SC PEP supplementation did (Figure 5). These results lend further support to the hypothesis that EP-B2 and SC PEP should act synergistically on gluten in the stomach.

An indirect competitive ELISA, using a commercially available polyclonal antigliadin antibody (Sigma), was also used to compare the relative abundance of intact gliadin sequences in bread samples that had been digested by alternative enzyme combinations. Because the epitope specificity of the antibody used in this assay is undefined, it was not possible to precisely correlate the intensity of the ELISA signal to the residual oligopeptide concentration. Notwithstanding this limitation, the assay verified the key conclusions derived from HPLC and T-cell studies summarized earlier. Specifically, as shown in Table 1, SC PEP supplementation of low (10 U/mg protein) or high (100 U/mg protein) EP-B2 doses reduced the immunoreactivity of the corresponding bread digest.

Finally, the stability of the 2 glutenases investigated in this report was estimated in each other's presence. At a dose ratio of 30 U EP-B2 and 0.5 U SC PEP/mg bread protein, EP-B2 did not significantly alter SC PEP stability. Approximately 40%–50% of the initial SC PEP was retained after 60 minutes of simulated gastric digestion, independent of whether EP-B2 was present (data not shown). The activity loss of SC PEP was due to the exposure of this enzyme to low pH conditions, as also seen previously.[16] Similarly, the presence of SC PEP did not affect EP-B2 activity.

### Identifying the Optimal Dose Ratio of EP-B2 and SC PEP

To efficiently evaluate a combination glutenase in clinical trials, a fixed dose ratio of the 2 active ingredients must be specified. To determine this optimal dose ratio, each enzyme dose was systematically varied in simulated gastric digests of whole-wheat bread. The EP-B2/gluten ratio was varied between 18 U/mg protein and 147 U/mg protein (corresponding to a proEP-B2/gluten weight ratio of about 1:300 to 1:38). For each EP-B2/gluten ratio tested, the weight ratio of the 2 enzymes was varied between 0:1 (EP-B2 monotherapy) and 1:1 (equal dose of each enzyme on a weight basis). Two significant conclusions were drawn from this data. First, addition of SC PEP to proEP-B2 has a strong synergistic effect on gluten detoxification. For example, at a gluten/proEP-B2/SC PEP weight ratio of 75:1:1, gluten digestion was markedly superior to that observed at a gluten/proEP-B2 weight ratio of 38:1 (Figure 6). Indeed, more extensive gluten digestion was observed at a weight ratio of 75:1:0.25, as

**Table 1.** Competitive ELISA Analysis of Whole-Wheat Bread Digested With EP-B2 ± SC PEP

| Experimental condition | Recognition by antigliadin Abs[a] |
|---|---|
| Pepsin | +++ |
| EP-B2 (10 U) | +++ |
| EP-B2 (30 U) | + |
| EP-B2 (100 U) | + |
| EP-B2 (200 U) | — |
| EP-B2 (10 U) + SC PEP (1.67 U) | ++ |
| EP-B2 (30 U) + SC PEP (0.50 U) | + |
| EP-B2 (100 U) + SC PEP (0.50 U) | — |
| EP-B2 (200 U) + SC PEP (0.50 U) | — |

NOTE. All digests were performed under simulated gastric conditions for 60 minutes. The results represent average values of 3 experimental runs (each performed in triplicate), except for the pepsin control and the EP-B2 (30 U) digests. For these conditions, multiple digests (n = 2 for pepsin; n = 3 for EP-B2 [30 U]) were tested.
Ab, antibody. Symbols used: +++ ≥ 100% compared with pepsin control; 10% ≤ ++ < 100%; 1% ≤ + < 10%; — < 1%.
[a]A commercially available polyclonal antigliadin antibody (Sigma), whose epitope specificity is undefined, was used to estimate the abundance of residual gliadin oligopeptides in various samples by a competitive ELISA assay. The reactivity of this polyclonal antibody toward each sample was compared with the pepsin control.

CLINICAL–
ALIMENTARY TRACT





**Figure 6.** EP-B2 and SC PEP dose-ranging evaluation. HPLC traces represent protein from whole-wheat bread treated under simulated gastric conditions with the following gluten/EP-B2/SC PEP weight ratios: 75:1:0 (—), 75:1:0.25 (*green line*), 75:1:1 (*blue line*), and 38:1:0 (*red line*). The specific activities of EP-B2 and SC PEP were ~5500 and ~13 U/mg, respectively. All reaction mixtures were incubated for 60 minutes at 37°C as detailed in the text. Standard peaks are defined in the legend to Figure 1.

compared with simply doubling the proEP-B2 dose. Second, although gluten is more thoroughly broken down as the SC PEP/proEP-B2 ratio is increased, the incremental benefit of SC PEP is nearly saturated at an SC PEP/proEP-B2 weight ratio of 1:1 (data not shown). We therefore anticipate that a fixed-dose ratio of approximately 1:1 (wt/wt) proEP-B2/SC PEP should be appropriate for clinical investigation.

### In vivo Activity of the EP-B2 + SC PEP Combination Glutenase

The in vivo activity of the EP-B2 + SC PEP combination was evaluated using a rodent model of gastric digestion, which had been used earlier to assess the glutenase activity of EP-B2.[20] In this experiment, the liquid enzyme formulations (or appropriate buffers as vehicle) were added onto whole-wheat bread and fed to fasted rats. At a specified time, the rats were killed. Their gastric contents were collected and analyzed by HPLC and T-cell proliferation assay. Three rats were tested under each of 3 experimental conditions (vehicle, EP-B2 only [30 U], EP-B2 [30 U] + SC PEP [1.67 U]). A representative set of HPLC results, all of which were similar to analogous data obtained under in vitro conditions, is shown in Figure 7A. Addition of EP-B2 caused a marked increase in the area under the curve corresponding to gluten-derived oligopeptides (12–23 minutes of retention time), whereas inclusion of SC PEP resulted in a further increase in the early eluting peptides, accompanied by a reduction in the 12- to 23-min region of the HPLC trace. The EP-B2 + SC PEP therapy did not completely eliminate the 12- to 23-min gluten oligopeptide region, and the extent of gluten digestion was not as significant as shown with the in vitro model with analogous glutenase doses (data not





**Figure 7.** Activity of EP-B2 + SC PEP in rat stomach. (*A*) Representative HPLC traces correspond to representative samples collected from the stomach of rats fed with whole-wheat bread and the following enzymes: vehicle (*light grey line*), EP-B2 (*grey line*), EP-B2 + SC PEP (—). In each case (3 animals per cohort), animals were fed 4 g whole-wheat bread and allowed to digest the meal for 120 minutes before being killed. Gastric material was collected, stored, and analyzed as described in the text. Standard peaks are defined in legend to Figure 1. (*B* and *C*) T-cell proliferation data are presented for 3 experimental conditions (control; no glutenase; - □ -), EP-B2 (30 U; - ▲ -), and EP-B2 (30 U) + SC PEP (1.67 U) (- X -) for the in vivo bread digestions. For the in vivo digestions, animals were fed, killed, and sampled as detailed above. All results represent the average of 3 animals per experimental condition. The results are from the gluten-responsive polyclonal T-cell lines P28 TCL 1 (*B*) and P35 TCL 1 (*C*). The stimulation index was calculated as described in "Materials and Methods."

CLINICAL–
ALIMENTARY TRACT

shown). These results indicate that additional in vivo animal trials are warranted to analyze the actual capacity of these enzymes to eliminate immunogenic peptides before initiating clinical trials.

T-cell proliferation assays were also performed on the gastric samples isolated from rats using polyclonal cell lines derived from 2 unrelated patients with celiac sprue (Figure 7B and C). As was also observed in the context of simulated gastric digestions in vitro, proEP-B2 alone increases the inflammatory characteristics of bread gluten as compared with the glutenase-free control. This apparent increase in immunotoxicity is due to the inability of pepsin to sufficiently proteolyze gluten by itself, so as to release peptide antigens of suitable length for T-cell presentation. In contrast, when rats were fed with whole-wheat bread coadministered with EP-B2 and SC PEP, the gluten immunotoxicity underwent a genuine reduction. These findings verify that EP-B2 and SC PEP can complement each other to digest gluten in whole-wheat bread before it is emptied into the small intestine (ie, the affected organ in patients with celiac sprue).

## Discussion

Celiac sprue, or celiac disease, is an inheritable autoimmune disease of the small intestine that affects children and adults with high prevalence (1:100–1:300).[1,2] If left untreated, it is associated with a variety of complications, including anemia, infertility, bone disorders, and intestinal lymphoma. The only accepted treatment for celiac disease is a strict, lifelong gluten-free diet. However, compliance to a strict gluten-free diet is difficult because of the ubiquitous nature of this protein, cross-contamination of foods, inadequate food labeling regulations, and social constraints.[7] Nondietary therapies would be of considerable benefit to patients with celiac disease because the therapies could potentially allow these patients to safely incorporate modest amounts of gluten in their daily diet.

Glutenases are a promising class of therapeutic agents for celiac sprue. Early proof-of-concept experiments focused on the use of PEPs for gluten detoxification in the duodenum. PEPs were selected because of their ready commercial availability, although it was recognized that clinical implementation of these agents would require advanced drug delivery methods to promptly release high enzyme doses in the duodenum.[22] More recent efforts have led to the identification of gastric glutenases that do not require sophisticated formulation and can detoxify dietary gluten before its release in the affected organ. At least 2 such purified glutenases, EP-B2 and a Aspergillus niger PEP, have been tested in the laboratory,[11,13] and there is considerable evidence for the existence of other promising gastrically active glutenases in germinating cereals.[23]

The promise of a combination glutenase that comprises a glutamine-specific endoprotease and a proline-specific endopeptidase was recently highlighted using EP-B2 (under gastric conditions) and Flavobacterium meningosepticum PEP (under duodenal conditions).[13] As discussed previously, both classes of enzymes are bona fide glutenases in their own right, because they have the ability to accelerate gluten digestion in the mammalian gastrointestinal tract. The key benefit of a combination product is that the enzymes can exhibit synergistic activity as a result of their complementary substrate specificity.

Here, we have presented the properties of a promising clinical candidate for treating patients with celiac disease--a combination glutenase that comprises EP-B2 and SC PEP. A practical advantage of this combination product is that both enzymes are active and stable in the stomach and can therefore be administered as lyophilized powders or simple capsules or tablets. In this combination, EP-B2 is primarily responsible for hydrolyzing complex gluten proteins at glutamine residues into relatively short (but still inflammatory) oligopeptides, whereas SC PEP breaks down these oligopeptides at internal proline residues to yield nontoxic metabolites. Assuming that an EP-B2 dose of 30 U/mg bread protein (corresponding to about 1:100 weight ratio of EP-B2/gluten) is clinically useful, our in vitro dose variation data suggests that a 1:1 weight ratio of EP-B2/SC PEP should maximize their synergistic potential, thereby greatly reducing the clinically effective dose of EP-B2. Initial animal trials showed vivo efficacy of the EP-B2 + SC PEP combination. Additional in vivo trials are required to establish the capacity of these enzymes to eliminate immunogenic peptides. Exploratory clinical studies on the actual benefit of such a combination glutenase therapy are clearly warranted in patients with celiac sprue.

## Appendix

### Supplementary data

Supplementary data associated with this article can be found, in the online version, at doi:10.1053/j.gastro.2007.05.028.

### References

1. Maki M, Mustalahti K, Kokkonen J, Kulmala P, Haapalahti M, Karttunen T, Ilonen J, Laurila K, Dahlbom I, Hansson T, Hopfl P, Knip M. Prevalence of celiac disease among children in Finland. N Engl J Med 2003;348:2517–2524.
2. Fasano A, Catassi C. Current approaches to diagnosis and treatment of celiac disease: an evolving spectrum. Gastroenterology 2001;120:636–651.
3. Sollid LM. Coeliac disease: dissecting a complex inflammatory disorder. Nat Rev Immunol 2002;2:647–655.
4. Farrell RJ, Kelly CP. Celiac sprue. N Engl J Med 2002;346:180–188.
5. Green PH, Jabri B. Coeliac disease. Lancet 2003;362:383–391.
6. Kagnoff MF. Celiac disease: pathogenesis of a model immunogenetic disease. J Clin Invest 2007;117:41–49.
7. Chand N, Mihas AA. Celiac disease: current concepts in diagnosis and treatment. J Clin Gastroenterol 2006;40:3–14.

8. Stern M, Ciclitira PJ, van Eckert R, Feighery C, Janssen FW, Mendez E, Mothes T, Troncone R, Wieser H. Analysis and clinical effects of gluten in coeliac disease. Eur J Gastroenterol Hepatol 2001;13:741–747.

9. Hausch F, Shan L, Santiago NA, Gray GM, Khosla C. Intestinal digestive resistance of immunodominant gliadin peptides. Am J Physiol Gastrointest Liver Physiol 2002;283:G996–G1003.

10. Shan L, Molberg O, Parrot I, Hausch F, Filiz F, Gray GM, Sollid LM, Khosla C. Structural basis for gluten intolerance in celiac sprue. Science 2002;297:2275–2279.

11. Stepniak D, Spaenij-Dekking L, Mitea C, Moester M, de Ru A, Baak-Pablo R, van Veelen P, Edens L, Koning F. Highly efficient gluten degradation with a newly identified prolyl endoprotease: implications for celiac disease. Am J Physiol Gastrointest Liver Physiol 2006;291:G621–G629.

12. Bethune MT, Strop P, Tang Y, Sollid LM, Khosla C. Heterologous expression, purification, refolding, and structural-functional characterization of EP-B2, a self-activating barley cysteine endoprotease. Chem Biol 2006;13:637–647.

13. Siegel M, Bethune MT, Gass J, Ehren J, Xia J, Johannsen A, Stuge TB, Gray GM, Lee PP, Khosla C. Rational design of combination enzyme therapy for celiac sprue. Chem Biol 2006;13:649–658.

14. Gass J, Vora H, Hofmann AF, Gray GM, Khosla C. Enhancement of dietary protein digestion by conjugated bile acids. Gastroenterology 2007;131:16–23.

15. Kabashima T, Fujii M, Meng Y, Ito K, Yoshimoto T. Prolyl endopeptidase from *Sphingomonas capsulata*: isolation and characterization of the enzyme and nucleotide sequence of the gene. Arch Biochem Biophys 1998;358:141–148.

16. Shan L, Marti T, Sollid LM, Gray GM, Khosla C. Comparative biochemical analysis of three bacterial prolyl endopeptidases: implications for coeliac sprue. Biochem J 2004;383:311–318.

17. Veraverbeke WS, Delcour JA. Wheat protein composition and properties of wheat glutenin in relation to breadmaking functionality. Crit Rev Food Sci Nutr 2002;42:179–208.

18. Pasini G, Simonato B, Giannattasio M, Peruffo AD, Curioni A. Modifications of wheat flour proteins during in vitro digestion of bread dough, crumb, and crust: an electrophoretic and immunological study. J Agric Food Chem 2001;49:2254–2261.

19. Vora H, McIntire J, Kumar P, Deshpande M, Khosla C. A scaleable manufacturing process for pro-EP-B2, a cysteine protease from barley indicated for celiac sprue. Biotechnol Bioeng Epub ahead of print 26 March 2007.

20. Gass J, Vora H, Bethune MT, Gray GM, Khosla C. Effect of barley endoprotease EP-B2 on gluten digestion in the intact rat. J Pharmacol Exp Ther 2006;318:1178–1186.

21. Marti T, Molberg O, Li Q, Gray GM, Khosla C, Sollid LM. Prolyl endopeptidase-mediated destruction of T cell epitopes in whole gluten: chemical and immunological characterization. J Pharmacol Exp Ther 2005;312:19–26.

22. Gass J, Ehren J, Strohmeier G, Isaacs I, Khosla C. Fermentation, purification, formulation, and pharmacological evaluation of a prolyl endopeptidase from Myxococcus xanthus: implications for celiac sprue therapy. Biotechnol Bioeng 2005;92:674–684.

23. Hartmann G, Koehler P, Wieser H. Rapid degradation of gliadin peptides toxic for coeliac disease patients by proteases from germinating cereals. J Cereal Sci 2006;44:368–371.

Received February 3, 2007. Accepted April 19, 2007.

Address requests for reprints to: Chaitan Khosla, PhD, 380 Roth Way, Keck Science Building, Stanford, Stanford, California 94305, e-mail: khosla@stanford.edu; fax: (650) 723-6538.

Supported by a grant from the National Institutes of Health (DK 063158 to C.K.).

We thank Tina Riedel (Celiac Sprue Research Foundation, Palo Alto, CA) and Ryan Kelly (Mountain View, CA High School, Mountain View, CA) for their support in manufacturing the SC PEP enzyme. We also thank Harmit Vora (Stanford University), Jim McIntire (Alvine Pharmaceuticals), and Pawan Kumar (Alvine Pharmaceuticals) for supplying the EP-B2 enzyme for these experiments.

Chaitan Khosla is a founder and stockholder in Alvine Pharmaceuticals, which is developing the products described in this article for celiac sprue therapy. Andrew Spencer is a staff scientist and stockholder in Alvine Pharmaceuticals.

CLINICAL–
ALIMENTARY TRACT

EXHIBIT C

GASTROENTEROLOGY 2005;128:S79–S86

# Association of Celiac Disease and Intestinal Lymphomas and Other Cancers

CARLO CATASSI,*,‡ ITALO BEARZI,§ and GEOFFREY K. T. HOLMES‖

*Center For Celiac Research, University of Maryland, Baltimore, Maryland; Departments of ‡Pediatrics and §Pathology, Università Politecnica delle Marche, Ancona, Italy; and ‖Department of Gastroenterology, Derbyshire Royal Infirmary, Derby, United Kingdom

Celiac disease (CD) is associated with intestinal lymphoma and other forms of cancer, especially adenocarcinoma of the small intestine, of the pharynx, and of the esophagus. Enteropathy-associated T-cell lymphoma (EATL) is a rare form of high-grade, T-cell non-Hodgkin lymphoma (NHL) of the upper small intestine that is specifically associated with CD. This NHL subtype arises in patients with either previously or concomitantly diagnosed CD. In a subgroup of patients, there is progressive deterioration of a refractory form of CD. EATL derives from a clonal proliferation of intraepithelial lymphocytes and is often disseminated at diagnosis. Extraintestinal presentations are not uncommon in the liver/spleen, thyroid, skin, nasal sinus, and brain. The outlook of EATL is poor. Recent studies indicated that (1) CD is associated with a significantly increased risk for NHL, especially of the T-cell type and primarily localized in the gut (EATL); (2) the CD-lymphoma association is less common than previously thought, with a relative risk close to 3; (3) CD screening is not required in patients with NHL of any primary site at the onset, unless suggested by specific findings (T-cell origin and/or primary gut localization). The risk of NHL associated with clinically milder (or silent) forms could be lower than in typical cases of CD. Several follow-up studies suggest that the GFD protects from cancer development, especially if started during the first years of life. Strict adherence to the GFD seems to be the only possibility of preventing a subset of rare but very aggressive forms of cancer.

The association between celiac disease (CD) and cancer is long established. Fairley and Mackie, who described 6 patients with malignant lymphoma of the small intestine and steatorrhea, were among the first to note this association in 1937.[1] In reports up to 1961, the intestinal malabsorption was considered to occur secondary to the lymphoma. In 1962, Gough et al described 5 cases of small intestinal lymphoma in patients with long-standing CD and suggested that CD was a premalignant condition.[2] Further studies from the United Kingdom indicated that lymphoma was possibly common and a frequent cause of death in patients with recognized CD (10% to 20% of cases). These reports concluded that the spectrum of CD-associated cancer was wide and included other forms of gastrointestinal cancer, eg, adenocarcinoma of the mouth, pharynx, and small intestine as well as lymphoma.[3–5] In 1986, O'Farrelly et al introduced the term "enteropathy-associated T-cell lymphoma" (EATL), which is still widely used to describe the rare form of high-grade, T-cell non-Hodgkin lymphoma (NHL) of the upper small intestine specifically associated with CD.[6] At that time, it was not clear whether CD was only associated with intestinal lymphoma or whether it might cause an increased risk of NHL of any primary site, as indirectly suggested by studies of patients with dermatitis herpetiformis (DH), one of the possible clinical manifestations of gluten sensitivity (so-called "skin CD").[7,8] Finally, the possibility that the treatment of CD with the gluten-free diet (GFD) might prevent the risk of malignancy was put forward during the 1980s by retrospective studies on patients with either DH[7] or CD.[9]

Recent epidemiologic studies have shown that CD is much more common than previously thought both in Europe and in the United States, affecting around 1% of the general population. Currently, most cases remain undiagnosed and are potentially exposed to the risk of long-term complications.[10] The CD-cancer connection has therefore attracted renewed interest because this potentially treatable disorder could be responsible for a significant burden of NHL, which is the fifth most common cancer in the United States,[11] as well as other malignancies in the developed world. This puzzling issue has partially been clarified by a number of publications that have recently appeared. The aims of this review are to summarize the available knowledge on (1) the spectrum and natural history of CD-associated cancer, (2) the

*Abbreviations used in this paper:* CD, celiac disease; DH, dermatitis herpetiformis; EATL, enteropathy-associated T-cell lymphoma; GFD, gluten-free diet; IEL, intraepithelial lymphocytes; NHL, non-Hodgkin lymphoma; RDC, refractory celiac disease; TCR, T-cell receptor.

© 2005 by the American Gastroenterological Association
0016-5085/05/$30.00
doi:10.1053/j.gastro.2005.02.027

magnitude of the cancer risk, and (3) the possible protective role of the GFD.

## CD-Associated Cancers

### EATL

EATL is an intestinal T-cell lymphoma that can occur in adults, with a peak in the sixth decade of life. Not a single case of EATL was found in a series of CD-associated tumors in children,[12] indicating that many years of latency need to occur between the onset of CD and the development of EATL. With an annual incidence rate of 0.5–1 per million people in Western countries, this is a rare form of cancer, covering approximately 35% of all small bowel lymphomas. By definition, this NHL subtype arises in patients with either previously or concomitantly diagnosed CD. Occasionally, CD is recognized after the diagnosis of lymphoma has been made. If CD has been diagnosed first, lymphoma mostly develops in the following 5 to 10 years, although the time lag may occasionally be very long (up to 60 years).[13] The development of lymphoma is usually heralded by clinical relapse after a period of good response to gluten withdrawal, although, in a subgroup of patients, there is progressive deterioration in the context of a refractory form of CD (see below). On the other hand, CD and lymphoma can be diagnosed at the same time, especially if there is awareness of the possibility of this disease association and villous atrophy is sought remote from the tumor. Most of these patients will have long histories compatible with malabsorption.[14]

The EATL immunophenotype is consistent with a derivation from a clonal proliferation of intraepithelial lymphocytes (IEL). This tumor is not derived from T-cell receptor (TCR) $\gamma/\delta$ cells, as initially speculated, but from TCR $\alpha/\beta$ cells.[15] The neoplastic cell of EATL is most commonly $CD_3{}^+$, $CD_4{}^-$, $CD_8{}^-$, $CD_{103}{}^+$ and contains cytotoxic granules recognized by the TIA-1 (T-cell intracellular antigen) antibody[16] (Figures 1 and 2). In some cases, EATL represents the end-stage of refractory celiac disease (RCD). RCD is defined as symptomatic villous atrophy not responding to a gluten-free diet (GFD) in a subject initially showing diagnostic features of CD. In approximately 80% of RCD cases, an abnormal clonal IEL population can be shown, frequently diffuse along the intestinal tract, characterized by a low ratio of $CD_8{}^+$/ $CD_3{}^+$ and TCR-$\gamma$ gene rearrangement. This entity should be classified as "cryptic EATL" because it is associated with a high risk of ulcerative jejunitis and lymphomatous transformation.[17] To help in clinical practice, a simple immunohistochemical method using 2 T-cell markers, $CD_3$ and $CD_8$, on paraffin sections was

developed to differentiate CD and RCD.[18] An abnormal phenotype in the context of a flat biopsy is indicative of RCD, whereas a normal phenotype is more suggestive of continuing gluten ingestion as a cause of the villous atrophy. Those with an abnormal phenotype require TCR-$\gamma$ gene rearrangement studies because the presence of a clonal configuration indicates a poor prognosis in most with uncontrolled malabsorption and the development of lymphoma.

EATL commonly develops in the jejunum but may also be found in the ileum and lymph nodes and less frequently in the stomach and the colon. It is often multifocal with ulcerative lesions (Figure 3). Because EATL is often disseminated at diagnosis, extraintestinal presentations are not uncommon in the liver/spleen, thyroid, skin, nasal sinus, and brain. Most patients present with malaise, anorexia, weight loss, and diarrhea often associated with abdominal pain. Physical signs include fever, lymphadenopathy, skin rash, and hepatomegaly and a palpable abdominal mass. Approximately 50% of patients require laparotomy for complications of hemorrhage, perforation, or obstruction.[14] The suspicion of EATL prompts an extensive diagnostic work-up that may include upper and lower intestinal endoscopy, CT scan with enteroclysis, or small bowel follow through and either push or wireless video-capsule enteroscopy. The final diagnosis is made on either endoscopic biopsies or full-thickness, laparoscopic, small bowel biopsies. The outlook is poor, although it may improve with chemotherapy and surgery. In a recent series of EATL subjects from the United Kingdom, survival at 30 months was only 13% (95% CI: 4%–27%).[13]

### Small Bowel Adenocarcinoma

There is an increased risk of small bowel adenocarcinoma in patients with CD. This is also a rare malignancy occurring in 0.6–0.7 per 100,000 of the general population per year.[4] It has been suggested that adenocarcinoma of the small intestine in CD arises through an adenoma-carcinoma sequence. However, no significantly increased frequency of duodenal adenoma was recently found in CD patients compared with a non-CD endoscoped population.[19] Out of 175 cases of adenocarcinoma of the small bowel collected in the United Kingdom, an associated CD was found in 13% of cases, with CD being diagnosed first in 63% of patients (with a mean time lag of 8.2 years).[13] In a series of small bowel malignancies from Northern Ireland, none of the 69 adenocarcinoma patients had villous atrophy at a distant site.[20] In the British study group, CD-associated adenocarcinoma was characterized by proximal (duodenal/ jejunal) localization and presentation with either acute



**Figure 1.** Appearance of the small intestinal mucosa in a case of EATL. The tumor consists of small to medium size T cells (H&E staining, original magnification 40×; *insert:* H&E staining, original magnification 400×). The T-cell lymphoma is associated with a typical celiac enteropathy (severe flattening of the villi with crypt hypertrophy).

(obstruction, hemorrhage) or chronic signs (anemia, abdominal pain, weight loss). In the majority of patients, complete surgical resection was possible, and this was reflected in the survival data showing a higher proportion (58%) of patients surviving at 30 months compared with those with lymphoma (45%).[13]

### Other Gastrointestinal Malignancies

Pioneer studies suggested that patients with CD have an increased risk of esophageal and pharyngeal carcinomas, but the numbers were too small for any calculation of relative risk.[3,21,22] These associations have been confirmed by a recent population-based study on 11,019 individuals with CD, followed-up from 1964 to 1995 in Sweden. The analysis of cancer incidence in this cohort showed an increased risk of oropharyngeal (standardized incidence ratio [SIR] of 2.3) and esophageal (SIR = 4.2) carcinomas. This work also disclosed a minimal increase of the risk for colorectal cancer (SIR = 1.5), which was due to an increased risk of ascending and transverse but not descending colon or rectal cancer.[23] Conversely, not a single case of colon cancer was diag-



**Figure 2.** Histologic findings in EATL. (*A*) Infiltrate of predominantly small and medium size lymphoid cells with mixture of large blastic cells, in part multinucleated (*arrows*) (H&E staining, original magnification 200×). (*B*) On immunohistochemistry, both small and large multinucleated cells are positive for UCLH1 (*arrow*), a marker of T cells (original magnification 200×).

nosed during a long-term follow-up of 214 CD patients recently reported by Freeman.[24]

### NHL of Any Primary Site

Many studies evaluating the frequency of the CD-lymphoma association, especially those analyzing the causes of death in CD patients, could only label cases as "lymphoma" because the primary site of the tumor was often not specified on the individual records. These studies did not clarify whether CD is associated exclusively with intestinal T-cell lymphoma or with NHL of any primary site as well, including the more common forms of B-cell origin, both nodal and extranodal. Furthermore, confusion was generated by the lack of standardization of the diagnostic criteria and the classification of lymphomas, an issue that has recently been partially overcome by the introduction of the so-called Revised European American Lymphoma (REAL) classification.[25] At variance with other studies, most cases of lymphoma observed in 976 Swedish patients with DH were of B-cell type.[8] The recent Swedish cohort study raised the possibility of an increased risk for B-cell NHL in patients primarily affected with CD.[24] Also, case reports have been published of CD-associated, B-cell lymphoma.[26,27]

### Other Malignancies

The analysis of cancer incidence in the large Swedish cohort of patients with CD also disclosed a significant increase in primary liver cancer (SIR = 2.7; 95% CI: 1.3–4.7) that had not been reported previously. In contrast, the occurrence of breast cancer was markedly reduced (SIR = 0.3; 95% CI: 0.3–0.5), both for pre- and postmenopausal onset.[23] Interestingly, a low frequency of breast cancer was found in the pioneer study of Swinson et al[4] and, more recently, in another British investigation.[28] Reasons for this decrease could be related to the lower body weight of patients with CD[29] or their lower rates of smoking.[30] The recent American study by Green et al was the first to report on a significantly increased risk of melanoma, a finding that could reflect the persistent increase in the incidence of this cancer in the United States.[31]

### Cancer in Children With CD

Given the rarity of this association in childhood, no attempt has been made so far to investigate whether children with CD carry an increased risk of cancer. An international survey among members of the European Society for Pediatric Gastroenterology, Hepatology, and Nutrition (ESPGHAN) described 22 children with both



**Figure 3.** Gross appearance of EATL. An ulcerated mass causing stenosis of the lumen is evident in the small intestine.

CD and cancer. In this group, there were more intestinal lymphomas (n = 5; 4 B-cell Burkitt type, 1 sarcoma) and thyroid carcinoma (n = 3) than would be expected, a finding that awaits further confirmation.[12]

## Possible Mechanisms of Carcinogenesis

The mechanisms responsible for the development of malignancies in patients with CD are not known. The following explanations have been suggested: increased intestinal permeability of environmental carcinogens, chronic inflammation, chronic antigenic stimulation, release of proinflammatory cytokines, immune surveillance problems, and nutritional deficiencies caused by the disease or the GFD.[31]

Given the long latency between CD and cancer development, it seems logical to hypothesize that this is a multistep process requiring the sequential accumulation of several carcinogenetic mutations. As previously noted, RCD might represent a possible intermediate outcome of this process, ie, a cryptic lymphoma that has not so far metastasised. RCD is strongly associated with partial trisomy of the 1q region. Gain of chromosome 1q, recently found in 16% of EATL, may be an early event in the lymphomagenesis related to CD and provides a key to investigating the molecular mechanisms of lymphoid transformation in this disease.[32] The loss of heterozygosity at chromosome 9p21 is frequent in EATL, especially in tumors with large cell morphology; this finding suggests that gene loss at this locus may play a role in the development of EATL. Deletions at chromosome 9p21, which harbors the tumor suppressor genes p14/ARF, p15/INK4b, and p16/INK4a, and 17p13, where p53 is located, are associated with the development and progression of lymphomas.[33]

## The Magnitude of the NHL Risk

From the public health perspective, the magnitude of NHL risk associated with CD is important, but this was far from clear until recently. Previous studies indicated a strongly increased relative risk (RR), in the range of 40 to 100, emphasizing the high prevalence of this association in adults with CD.[7,10] Such a "pessimistic" point of view was apparently confirmed by mortality analysis in CD patients showing an 11.4- to 69-fold increased risk of dying from lymphoma.[5,34,35]

In recent years, several simple and sensitive serologic tests for CD screening have been developed, such as the antigliadin, the antiendomysial (EMA), and the antitissue transglutaminase antibody assays. By using these tools, it is nowadays possible to detect CD, even with clinically atypical or silent presentations. To estimate accurately the CD-associated risk for NHL, we conducted a multicenter, case control study in Italy on patients with newly diagnosed NHL and population controls, using the IgA class EMA antibody as the screening test. From 1996 to 2000, 653 patients presenting with NHL were enrolled in this study. They were older than 20 years of age, with a median age of 57 (range, 20–97 years) years. The study group included 364 nodal (56%), 275 extranodal (42%), and 14 undefined (2%) NHLs. Immunohistochemical analysis showed that 543 (83%) were of B-cell origin, 55 (8%) of T-cell origin, 3 of null type, and 52 (8%) undefined. Overall, there were 98 (15%) primary gut NHLs. Controls were 5720 age- and sex-matched individuals from the general population. CD was diagnosed in 6 of the 653 patients (0.92%) with lymphoma and in 24 controls (0.42 %). Of these 6 cases with NHL and CD, 3 were of B-cell and 3 were of T-cell origin. Four out of 6 cases had lymphoma primarily located in the gut. Only 2 cases of CD were detected by serologic screening, the other 4 being diagnosed prior to NHL onset (1 to 17 years). The odds ratio (adjusted for age and sex) for NHL of any primary site associated with CD was 3.1 (95% CI: 1.3–7.6), 16.9 for gut lymphoma (95% CI: 7.4–38.7), and 19.2 for T-cell lymphoma (95% CI: 7.9–46.6). However, the CD-associated population attributable risk of NHL (ie, the proportion of NHL cases occurring in the total population that can be explained by CD) was very low (0.63%, not significantly different from zero).[36]

This study confirmed that the risk of NHL of any primary site is significantly greater in patients with CD than in the unaffected population because of an excess of T-cell intestinal lymphomas. However, the 3.1-fold increase in overall NHL risk is notably lower than previously available estimates. The risk of NHL associated with clinically milder (or silent) forms could be lower than in typical cases of CD, thereby explaining the "dilution" effect of including undiagnosed CD in the calculation of the NHL risk (Figure 4). As a matter of fact, only 2 cases of undiagnosed CD were found in 653 patients with NHL, which is lower than expected in the general population (1 in 100 to 200). This finding clearly shows that CD serologic screening is not indicated in patients with NHL of any primary site at the onset.

These results have been substantially confirmed by a European study in which a larger group of patients with NHL (1446 cases) was screened for CD. This international effort also disclosed an unexplained gradient of increasing prevalence of NHL-CD association from Southern to Northern European countries.[37,38] In a 24-year prospective, population-based, cohort study of inci-

GASTROENTEROLOGY Vol. 128, No. 4



**Figure 4.** In the past (A), the prevalence of lymphoma in patients with CD was overestimated because the frequency of this complication was compared with the number of clinically diagnosed patients with CD (the tip of the celiac iceberg). More realistic estimates have been given by recent studies counting also (B) undiagnosed CD cases in both the NHL and the control groups.

dent malignancy rates (incident malignancy was defined as cancer diagnosed 2 or more years after the diagnosis of CD) in patients with CD in Southern Derbyshire, England, during 5684 person/years of follow-up, a 5 times greater rate of NHL and a 40 times greater rate of small bowel lymphoma were found compared with the general population.[28] Although these relative rates appear high, the absolute rates of NHL and small bowel lymphoma in patients with established CD are small, 1 in 1421 person/years and 1 in 5684 person/years, respectively, indicating the rarity of the occurrence of such malignancies.

In summary, these new studies seem to indicate that (1) CD is associated with a significantly increased risk for NHL, especially of the T-cell type and primarily localized in the gut (EATL); (2) the CD-lymphoma association is less common than previously thought, with a relative risk lower than 5; (3) CD screening is not required in patients with NHL of any primary site at the onset, unless specific findings (T-cell origin and/or primary gut localization) suggest a higher risk of associated CD.

## Does the GFD Protect Against Cancer Development?

Conflicting data on the protective effect of treatment with the GFD on the development of malignancy have recently been reviewed.[39] It is evident that cancer may arise in subjects who have been treated with the GFD, sometimes for years.[31] This finding apparently denies any beneficial effect of dietary treatment of CD on cancer risk. However, many of these cases had previously been exposed to dietary gluten for a long time, usually for some decades, whereas the period on GFD was brief.[31] Thus, the relatively short time on the diet might be insufficient to reverse the effects of exposure to an oncogenic stimulus that had operated for many years, probably since infancy. Furthermore, it is well-known that

complete avoidance of dietary gluten is difficult, and the possible link between the protracted ingestion of small amounts of gluten and cancer development has never been fully studied. In 1989, one of us (G.K.T.H.) reported that the risk of cancer over all sites was not significantly elevated among CD patients on a strict GFD for at least 5 years. The risk was significantly increased in those patients taking a normal diet or a reduced gluten diet.[9] The concept of the protective role of the GFD has received further confirmation from studies on cancer incidence and mortality in patients with CD from Scotland,[5] Ireland,[14] Finland,[40] Italy,[35] and, most recently, Sweden.[23,34] The Finnish study reported cancer incidence and mortality rates similar to the general population in a group of early treated CD patients who were 83% compliant with a GFD.[40] The analysis of cancer incidence[23] and mortality[34] in the large Swedish cohort of CD patients clearly showed that (1) children diagnosed before 10 years of age showed no increase in the risk of cancer (SIR = 1.0; 95% CI: 0.5–1.8) compared with patients diagnosed between ages 20 and 59 (SIR = 7.7; 95% CI: 4.9–12) years or after 60 (SIR = 6.3; 95% CI: 3.8–9.8) years; (2) likewise, mortality for cancer was increased in all age groups but not in children who had started treatment before 2 years of age; and (3) the overall relative risk for cancer declined with the increasing length of follow-up evaluation. After 10 or more years of treatment with the GFD, the SIR was only slightly and not significantly elevated (SIR = 1.1; 95% CI: 0.9–1.4). In summary, strict adherence to the GFD seems to be the only possibility of preventing a subset of rare but very aggressive forms of cancer.

## Conclusions

CD is associated with a definite increase in the risk of developing cancer, especially EATL and other

gastrointestinal cancers that are partially responsible for the overall increased mortality reported in CD patients. However, the magnitude of the overall risk of NHL is much lower than previously thought, with a relative risk most probably ranging between 2 and 4. There is compelling evidence to suggest that the GFD protects against the development of CD-associated malignancies, especially if started early in life.

## References

1. Fairley NH, Mackie FP. The clinical and biochemical syndrome in lymphoma and allied diseases involving the mesenteric lymph glands. BMJ 1937;1:375–380.
2. Gough KR, Read AE, Naish JM. Intestinal reticulosis as a complication of idiopathic steatorrhoea. Gut 1962;3:232–239.
3. Holmes GKT, Stokes PL, Sorahan TM, Prior P, Waterhouse JAH, Cooke WT. Coeliac disease, gluten free diet and malignancy. Gut 1976;17:612–619.
4. Swinson CM, Slavin G, Coles EC, Booth CC. Coeliac disease and malignancy. Lancet 1983;1:111–115.
5. Logan RFA, Rifkind EA, Turner JD, Ferguson A. Mortality in celiac disease. Gastroenterology 1989;97:265–271.
6. O'Farrelly C, Feighery C, O'Brian DS, Stevens F, Connolly CE, McCarthy C, et al. Humoral response to wheat protein in patients with coeliac disease and enteropathy associated T cell lymphoma. Br Med J 1986;293:908–910.
7. Leonard JN, Tucker WF, Fry JS, Coulter CA, Boylston AW, McMinn RM, et al. Increased incidence of malignancy in dermatitis herpetiformis. Br Med J 1983;286:16–18.
8. Sigurgeirsson B, Agnarsson B, Lindelof B. Risk of lymphoma in patients with dermatitis herpetiformis. Br Med J 1994;308:13–15.
9. Holmes GKT, Prior P, Lane MR, Pope D, Allan RN. Malignancy in celiac disease. Effect of a gluten-free diet. Gut 1989;30:333–338.
10. Fasano A, Catassi C. Current approaches to diagnosis and treatment of celiac disease: an evolving spectrum. Gastroenterology 2001;120:636–651.
11. Chiu BC, Weisenburger DD. An update of the epidemiology of non-Hodgkin lymphoma. Clin Lymphoma 2003;4:161–168.
12. Schweizer J, Oren A, Mearin ML, and the Working Group for Celiac Disease and Malignancy of the European Society for Pediatric Gastroenterology, Hepatology and Nutrition. J Pediatr Gastroenterol Nutr 2001;33:97–100.
13. Howdle PD, Jalal PK, Holmes GKT, Houlston RS. Primary small-bowel malignancy in the UK and its association with coeliac disease. Q J Med 2003;96:345–353.
14. Egan LJ, Walsh SV, Stevens FM, Connolly CG, Egan EL, McCarthy C. Coeliac-associated lymphoma. A single institution experience of 30 cases in the combination chemotherapy era. J Clin Gastroenterol 1995;21:123–129.
15. Meijer JWR, Mulder CJJ, Goerres MG, Boot H, Schweizer JJ. Coeliac disease and (extra)intestinal T-cell lymphomas: definition, diagnosis and treatment. Scand J Gastroenterol Suppl 2004;241:78–84.
16. Bagdi E, Diss TC, Munson P, Isaacson PG. Mucosal intra-epithelial lymphocytes in enteropathy-associated T-cell lymphoma, ulcerative jejunitis, and refractory celiac disease constitute a neoplastic population. Blood 1999;94:260–264.
17. Cellier C, Delabesse E, Helmer C, Patey N, Matuchansky C, Jabri B, et al. Refractory sprue, celiac disease, and enteropathy-associated T-cell lymphoma. Lancet 2000;356:203–208.
18. Patey N, Cellier C, Jabri B, Delabesse E, Verkarre V, Roche B, et al. Distinction between coeliac disease and refractory sprue: a

19. simple immunohistochemical method. Histopathology 2000;37:70–77.
19. Rampertab SD, Fleischauer A, Neugut AI, Green PH. Risk of duodenal adenoma in celiac disease. Scand J Gastroenterol 2003;38:831–833.
20. Johnston SD, Watson RG. Small-bowel lymphoma associated with unrecognised celiac disease. Eur J Gastroenterol Hepatol 2000;12:645–648.
21. Harris OD, Cooke WT, Thompson H, Waterhouse JA. Malignancy in adult coeliac disease and idiopathic steatorrhoea. Am J Med 1967;42:899–912.
22. Selby WS, Gallagher ND. Malignancy in a 19-year experience of adult celiac disease. Dig Dis Sci 1979;24:684–688.
23. Askling J, Linet M, Gridley G, Halstensen TS, Ekstrom K, Ekbom A. Cancer incidence in a population-based cohort of individuals hospitalised with celiac disease or dermatitis herpetiformis. Gastroenterology 2002;123:1428–1435.
24. Freeman HJ. Lymphoproliferative and intestinal malignancies in 214 patients with biopsy-defined celiac disease. J Clin Gastroenterol 2004;38:429–434.
25. Harris NL, Jaffe ES, Stein H, Banks PM, Chan JK, Cleary ML, et al. A revised European-American classification of lymphoid neoplasms: a proposal from the International Lymphoma Study Group. Blood 1994;84:1361–1392.
26. O'Connor TM, Cronin CC, Loane JF, O'Meara NM, Firth RG, Sanan F, et al. Type 1 diabetes mellitus, celiac disease, and lymphoma: a report of four cases. Diabet Med 1999;16:614–617.
27. Bleiberg H, Duchateau J, N'Koua M'Bon JB, Gerard B, Bron D, Debusser L, et al. Increased incidence of lymphomas and carcinomas in patients with celiac disease. Eur J Cancer 1998;34:592–593.
28. Card TR, West J, Holmes GKT. Risk of malignancy in diagnosed coeliac disease: a 24-year prospective, population-based cohort study. Aliment Pharmacol Ther 2004;20:769–775.
29. West J, Logan RFA, Hill PG, Lloyd A, Lewis S, Hubbard R, et al. Seroprevalence, correlates, and characteristics of undetected coeliac disease in England. Gut 2003;52:960–965.
30. Snook JA, Dwyer L, Lee-Elliott C, Khan S, Wheeler DW, Nicholas DS. Adult coeliac disease and cigarette smoking. Gut 1996;39:60–62.
31. Green PH, Fleischauer AT, Bhagat G, et al. Risk of malignancy in patients with celiac disease. Am J Med 2003;115:191–195.
32. Verkarre V, Romana SP, Cellier C, Asnafi V, Mention JJ, Barbe U, et al. Recurrent partial trisomy 1q22-q44 in clonal intraepithelial lymphocytes in refractory celiac sprue. Gastroenterology 2003;125:40–46.
33. Obermann EC, Diss TC, Hamoudi RA, Munson P, Wilkins BS, Camozzi ML, et al. Loss of heterozygosity at chromosome 9p21 is a frequent finding in enteropathy-type T-cell lymphoma. J Pathol 2004;202:252–262.
34. Peters U, Askling J, Gridley G, Ekbom A, Linet M. Causes of death in patients with celiac disease in a population-based Swedish cohort. Arch Intern Med 2003;163:1566–1572.
35. Corrao G, Corazza GR, Bagnardi V, Brusco G, Ciacci C, Cottone M, et al. Mortality in patients with coeliac disease and their relatives: a cohort study. Lancet 2001;358:356–361.
36. Catassi C, Fabiani E, Corrao G, Barbato M, De Renzo A, Carella AM, et al. Risk of non-Hodgkin lymphoma in celiac disease. JAMA 2002;287:1413–1419.
37. Mearin ML. Results of the European multicenter study on celiac disease and non-Hodgkin lymphoma. Proceedings of the Xth International Symposium on celiac disease. Montrouge, France: John Libbey Eurotext, 2003:225–227.
38. Farré C, Domingo-Domenech E, Font R, Marques T, De Sevilla AF, Alvaro T, et al. Celiac disease and lymphoma risk: a multicentre case-control study in Spain. Dig Dis Sci 2004;49:408–412.
39. Loftus CG, Loftus EV. Cancer risk in celiac disease. Gastroenterology 2004;123:1726–1729.

40. Collin P, Reunala T, Pukkala E, Laippala P, Keyrilainen O, Pasternack A. Coeliac disease-associated disorders and survival. Gut 1994;35:1215–1218.

Address requests for reprints to: Carlo Catassi, MD, Department of Pediatrics, Università Politecnica delle Marche, Via F Corridoni 11, 60123 Ancona, Italy. e-mail: catassi@tin.it; fax: (39) 071 36281.

The authors thank our coworkers Dr. E. Fabiani (Department of Pediatrics, Università Politecnica delle Marche, Ancona, Italy) and Dr. A. Maldolesi (Department of Pathology, Università Politecnica delle Marche, Ancona, Italy) for their help, the colleagues participating in the Italian and in the Biomed-2 Working Groups on Coeliac disease and non-Hodgkin lymphoma for helpful discussions on the topics presented in this paper, and Susan Philips for revising the manuscript.

EXHIBIT D

GASTROENTEROLOGY 1998;115:211–216

# Diagnosis of Celiac Sprue

JERRY S. TRIER
Division of Gastroenterology, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, Massachusetts

Accurate diagnosis of patients with celiac sprue is, at times, challenging but always important: challenging because of the enormously varied spectrum of clinical manifestations encompassed by the disease, important because treatment with gluten withdrawal is dramatically effective. Moreover, recent data obtained by using sensitive screening methods indicate that the true prevalence of celiac sprue is substantially higher in many populations than previously thought (0.5% in 11–15-year-old Italians,[1] 0.35% in Swedish children,[2] and, in a preliminary report, 0.4% in healthy U.S. blood donors.[3]

## Definition

As a working definition, patients with celiac sprue (also termed celiac disease and gluten-sensitive enteropathy) have (1) a characteristic, although not specific, lesion of the mucosa of the small intestine, (2) malabsorption of dietary nutrients by the damaged portion of the intestine, and (3) prompt improvement upon compliance with a strict gluten-free diet.[4] Occasional patients have been designated as having latent celiac sprue. In such individuals, intestinal biopsies reveal normal or near normal mucosal histology, yet other features of celiac sprue, such as diarrhea, mild malabsorption, and characteristic antibody markers, are present.[5,6] However, it seems that adequate sampling of the mucosa with multiple biopsies provides evidence of a patchy mucosal lesion[6] in many, if not all, such patients.

The etiology and pathogenesis of celiac sprue will not be described here, but the reader is referred to the companion Viewpoints article by Godkin and Jewell in this issue of GASTROENTEROLOGY.[7]

## Clinical Features

To accurately identify patients with celiac sprue, the clinician must first consider the diagnosis. This requires appreciation of the wide range of symptoms and signs that may be present and their lack of specificity, because most result from nutrient malabsorption, which may be caused by diseases other than celiac sprue that also impair intestinal absorption.[8] In children, symptoms may begin in infancy upon addition of gluten-containing foods, usually cereals or baked goods, to the diet or any time thereafter. Symptoms often remit spontaneously during adolescence in untreated patients only to recur later. In adults, symptoms and signs of celiac sprue frequently become evident during the third to fifth decades, but in some the first indication of the disease does not occur until late in life.

The severity of gastrointestinal symptoms and signs generally parallels the degree of malabsorption, which, in turn, reflects the extent of involvement of the small intestine by the disease. If extensive, diarrhea, steatorrhea, excess flatus, bloating, and weight loss are usually present despite, often, a normal or increased caloric intake. However, diarrhea is frequently in the eyes of the beholder and, moreover, occasional patients with substantial malabsorption do not have an increase in number of bowel movements despite a markedly increased stool mass. Thus, direct visual inspection of the stool by the physician is important, and its qualitative assessment for steatorrhea using Sudan stain may be useful.[8] In rare instances, abdominal pain is the presenting complaint, but in most patients pain is absent or limited to cramping before bowel movements. Fatigue, weakness, and lassitude are common among celiac sprue patients with intestinal symptoms.

In contrast, among patients with more limited mucosal disease confined to the proximal small intestine, gastrointestinal symptoms may be entirely absent or may be overshadowed by extraintestinal complaints (Table 1). Anemia caused by malabsorption of specific nutrients such as iron or folate or unexplained osteopenia caused by malabsorption of calcium may be the only clues that celiac sprue is present and are not uncommon presenting manifestations. Familiarity with the diverse extraintestinal features of celiac sprue and a high index of suspicion are essential for accurate diagnosis in patients with subtle presentations.

Still other individuals have truly silent disease with no clinical symptoms or signs of celiac sprue despite the

Abbreviations used in this paper: DH, dermatitis herpetiformis; ELISA, enzyme-linked immunosorbent assay.
© 1998 by the American Gastroenterological Association
0016-5085/98/$3.00

**Table 1.** Extraintestinal Manifestations of Celiac Sprue

| Organ system | Manifestion | Probable cause(s) |
|---|---|---|
| Hematopoietic | Anemia | Iron, folate, and, rarely, vitamin $B_{12}$ or pyridoxine deficiency |
| | Hemorrhage | Hypoprothrombinemia and, rarely, thrombocytopenia due to folate deficiency |
| | Thrombocytosis | Hyposplenism |
| Skeletal | Osteopenia | Malabsorption of calcium and vitamin D |
| | Pathological fractures | Osteopenia |
| | Osteoarthropathy | Unknown |
| Muscular | Atrophy | Malnutrition due to panmalabsorption |
| | Tetany | Calcium, vitamin D, and/or magnesium malabsorption |
| | Weakness | Generalized muscle atrophy, hypokalemia |
| Nervous | Peripheral neuropathy | Vitamin deficiencies such as thiamin and vitamin $B_{12}$ |
| | Demyelinating central nervous system lesions | Unknown |
| | Seizures; cerebral calcifications | Unknown |
| Endocrine | Secondary hyperparathyroidism | Calcium and vitamin D malabsorption causing hypocalcemia |
| | Amenorrhea, infertility, impotence | Malnutrition due to panmalabsorption? hypothalmic-pituitary dysfunction? |
| Integument | DT | Unknown |
| | Follicular hyperkeratosis and dermatitis | Vitamin A malabsorption? vitamin B complex malabsorption |
| | Petechiae and ecchymoses | Hypoprothrombinemia and, rarely, thrombocytopenia |
| | Edema | Hypoproteinemia |

Modified and reprinted with permission.[8]

presence of a characteristic lesion of the proximal intestinal mucosa.[8,9] The absence of overt illness reflects the likelihood that only a limited segment of the proximal intestine is injured, whereas a large proportion of the small intestine distal to the diseased segment remains structurally normal[10] and maintains normal absorptive function.

A higher than normal prevalence of celiac sprue has now been convincingly documented among patients with several diseases. The association of dermatitis herpetiformis (DH) and celiac sprue has been recognized for more than three decades. More than 90% of patients with DH and the granular pattern of immunoglobulin (Ig) A

deposition at the dermal-epidermal junction and at least 10% with a linear pattern have coexistent celiac sprue,[11] although many lack significant symptoms of the disease because the lesion is often mild and limited to the proximal small intestine. On the other hand, fewer than 10% of patients with celiac sprue have DH. Available studies indicate a prevalence of celiac sprue of approximately 4% among patients with type I diabetes mellitus.[12] HLA haplotypes common to celiac sprue are common both among patients with DH and type I diabetes mellitus. There are also convincing data for an association between celiac sprue and Down's syndrome, selective IgA deficiency, and autoimmune thyroid disease, especially among patients with hypothyroidism.[8] Less convincing but possible associations have been reported between celiac sprue and autoimmune connective tissue diseases, juvenile rheumatoid arthritis, epilepsy with cerebral calcification, primary biliary cirrhosis, sclerosing cholangitis, IgA nephropathy, and idiopathic inflammatory bowel disease, especially microscopic colitis.[8]

## Diagnostic Tests and Diagnostic Approach

Figure 1 illustrates a cost-effective approach to the diagnosis of celiac sprue in patients in whom the initial clinical features suggest the disease. Abnormalities found through commonly obtained laboratory tests that, if unexplained by other conditions, should raise consideration of celiac sprue include anemia, thrombocytosis, hypoprothrombinemia, hypoalbuminemia, hypocalcemia, hypomagnesemia, and hypocholesterolemia, although routine laboratory test results may be normal even in symptomatic patients. Gross examination of the stool and qualitative evaluation of its fat content by Sudan staining are useful to document the occurrence of steatorrhea, which is present in most symptomatic patients. Chemical quantitation of stool fat using a 72-hour pooled collection, while more sensitive than Sudan stain, is cumbersome, costly, and rarely needed.

If it is unclear from the clinical presentation whether malabsorption is caused primarily by intraluminal maldigestion or impaired mucosal absorption, assessment of mucosal function by measuring xylose absorption is worthwhile. If xylose absorption is diminished with a reduced 1- or 2-hour blood level and a low urinary excretion after an adequate oral test dose (25 g in an adult), mucosal disease is suspect. Indirect assessment of mucosal structure by barium contrast imaging of the small intestine also may be useful. Mucosal folds are diminished and thickened, and the small intestine is dilated in many patients with symptomatic celiac sprue.



**Figure 1.** Suggested algorithm for cost-effective approach to the diagnosis of celiac sprue. IBS, irritable bowel syndrome; IBD, inflammatory bowel disease; Ab, antibody.

Normal xylose absorption and/or a normal small intestinal barium contrast study suggest a maldigestive cause of steatorrhea such as pancreatic insufficiency. Regrettably, both the xylose tolerance test and barium contrast study of the small bowel lack sensitivity in establishing mucosal malabsorption. The xylose tolerance test also lacks specificity because false positives are common, and true positives occur in some patients with intraluminal bacterial overgrowth because bacteria may metabolize the pentose.[13] Tests that rely on detection of increased epithelial permeability by measurement of the ratio of excretion of a monosaccharide to a disaccharide, such as L-rhamnose to lactose, or by measurement of urinary excretion after oral ingestion of a test dose of radiolabeled ethylenediaminetetraacetic acid or polyethylene glycol 400 have been embraced in Europe but lack specificity[14] and are not widely used in North America.

Assessment of circulating antibodies to several antigens has been applied to screen patients for celiac sprue. Of these, measurement of a serum IgA autoantibody that recognizes smooth muscle endomysium has been the most useful. As currently measured, the antibody is detected by assessing immunofluorescence of sections of monkey esophageal or human umbilical cord smooth muscle on exposure to sera from patients being tested. Although the test relies on subjective operator assessment of fluorescence, its sensitivity and specificity in detecting untreated celiac sprue exceeds 90% in good laborato-

ries.[15-17] The test is relatively costly, limiting its use for the screening of large populations.

Recently, tissue transglutaminase has been identified as the autoantigen recognized in endomysium.[18] This important observation shows promise of providing the foundation for the development of less costly and more readily standardized enzyme-linked immunosorbent assays (ELISAs) that will detect antiendomysial antibody.[18] For the clinician, screening for antiendomysial antibody is particularly useful in patients in whom the suspicion for celiac sprue is relatively low, such as patients with diabetes, thyroid disease, or asymptomatic first-order relatives or in patients in whom the clinical features are atypical. In such individuals, its presence may influence the clinician to obtain a biopsy specimen of the intestinal mucosa, whereas its absence may result in avoidance of the invasive biopsy procedure (Figure 1). However, it must be appreciated that antiendomysial antibody titers decrease over time in patients who adhere strictly to a gluten-free diet. Thus, the antibody often cannot be detected in patients with celiac sprue after 6–12 months of gluten withdrawal. Also, because the antibody is an IgA antibody, some falsely negative tests reflect IgA deficiency, which is increased approximately 10-fold among patients with celiac sprue.[8] Determination of serum IgA facilitates interpretation of unexpected negative antiendomysial antibody tests. Some use serial determination of antiendomysial antibody as a means to monitor dietary compliance in patients with celiac sprue.

Screening for antiendomysial antibody among populations with a high prevalence of celiac sprue is clearly useful. Those that should be screened include first-order relatives of patients with celiac sprue and patients with diseases and syndromes that occur at greater frequency in association with celiac sprue including those with DH, type I diabetes mellitus, Down's syndrome, autoimmune thyroid disease, and unexplained osteopenia or infertility.

ELISA tests that detect circulating IgG and IgA antibodies to gliadin are inexpensive and widely used. However, these tests are often of questionable value due to their limited specificity and sensitivity for detecting patients with celiac sprue. In general, assessment for serum IgA antigliadin antibody is more specific but less sensitive than testing for IgG antigliadin antibody in identifying patients with celiac sprue.[19] Although antigliadin antibodies are often measured in conjunction with antiendomysial antibody, their added value is unclear except among patients with coexistent celiac sprue and IgA deficiency in whom antigliadin IgG antibody may be the only detectable antibody marker present.

It must be stressed that, at this writing, measurement of antiendomysial antibody should not replace the initial intestinal mucosal biopsy as the key diagnostic study before committing patients with suspected celiac sprue to the social and financial liabilities of a lifetime of adherence to a gluten-free diet. Both false-positive and false-negative results have been noted in the vast majority of series in which sensitivity and specificity of the antiendomysial antibody test have been carefully scrutinized.[15-17,20] On the other hand, in young children, once an initial intestinal biopsy characteristic of the disease has been obtained, disappearance of antiendomysial antibody while the child adheres to a gluten-free diet and, if there is any doubt about the diagnosis, reappearance of the antibody after a gluten challenge are now recommended for confirmation without need of additional biopsy specimens.[21]

In many patients in whom the diagnosis of celiac sprue is suspected, tests of mucosal function and radiological assessment of the small intestine are unnecessary. They are not needed in most patients with obvious symptoms of mucosal malabsorption. Additionally, in patients with unexplained iron and/or folate deficiency, especially in those with coexisting gastrointestinal symptoms, it is cost-effective to proceed directly to mucosal biopsy. Demonstration of the mucosal lesion characteristic of celiac sprue is an essential step in establishing the diagnosis and, when coupled with disappearance of clinical symptoms and signs upon gluten withdrawal, remains the diagnostic standard for the diagnosis of celiac sprue in adults. Documentation of a response to gluten withdrawal is essential because a mucosal lesion identical to or closely resembling that of celiac sprue may be seen in other diseases that are associated with mucosal inflammation, including tropical sprue, eosinophilic enteritis, Crohn's disease, intraluminal bacterial overgrowth, viral gastroenteritis, cows' milk intolerance, and the marked gastric acid hypersecretion associated with gastrinoma. Intestinal biopsy specimens are now almost universally obtained endoscopically, permitting direct mucosal visualization. Absence or scalloping of duodenal folds suggests the diagnosis, but these features are not specific and the duodenal lining often seems grossly normal. Multiple biopsy specimens should be obtained from the distal duodenum, preferably with a jumbo forceps, to enhance sampling. Biopsy specimens should be properly oriented before fixation to minimize artifacts that could confound interpretation.

The histological appearance of the classical lesion in untreated celiac sprue is characterized by striking mucosal architectural changes with absent villi and hyperplastic crypts resulting in a markedly reduced absorptive surface that appears flattened. The cellularity of the lamina propria is consistently increased with plasma cells

and lymphocytes predominating, although neutrophils, eosinophils, and mast cells may contribute. The number of lymphocytes infiltrating the epithelium is also strikingly increased. The absorptive epithelium shows extensive damage, which includes a decrease in cell height, an attenuated brush border, loss of the basal polarity of nuclei, cytoplasmic vacuolization, and increased cytoplasmic basophilia. The crypt cells are histologically normal, although the number of undifferentiated cells and the number of mitoses are markedly increased.

In some untreated patients with silent or latent celiac sprue, there is attenuation of the lesion even in the proximal intestine. Architectural changes may be more subtle, and residual villi may range from moderately shortened to near normal although some cytological damage of absorptive cells, crypt hyperplasia with increased mitoses, increased intraepithelial lymphocytes, and increased cellularity of the lamina propria are usually evident.

Occasionally, one encounters patients in whom gluten withdrawal was begun empirically without documentation of a characteristic intestinal mucosal lesion of celiac sprue or the pretreatment presence of antiendomysial antibody and whose symptoms subsequently improved or disappeared. Such patients usually seek guidance as to whether they should adhere to a gluten-free diet indefinitely. In this setting, challenge with dietary gluten is required to resolve the issue. Such a challenge must be initiated with caution because occasional patients become exquisitely sensitive to small amounts of gluten after its withdrawal.[22] Others may require prolonged challenge before symptoms or significant histological abnormalities redevelop. If a small amount of gluten, such as a cracker or a quarter of a slice of bread, is well tolerated, the amount can be doubled every 3 days until the equivalent of at least four slices of bread is ingested daily. The challenge is then continued for at least 4–6 weeks or until symptoms develop, at which time both mucosal biopsy specimens and a serum antiendomysial antibody determination should be obtained. If both are negative, the patient should be monitored for signs or symptoms of celiac sprue on the normal diet for at least 6 months, after which antiendomysial antibodies should again be determined and rebiopsy should be considered.

Patients with suspected celiac sprue who fail to respond to gluten withdrawal or patients with previously documented celiac sprue who develop recurrent symptoms after a period of effective treatment require further evaluation. Intestinal lymphoma[23] or refractory sprue[24] are major concerns, although continued ingestion of gluten, advertent or inadvertent, is most often responsible and must be carefully excluded. Useful tests to

search for primary intestinal lymphoma include abdominal and pelvic computed tomography, enteroclysis, and multiple mucosal biopsies at multiple levels of the small intestine. If the suspicion for malignancy is high, laparotomy with biopsy of intra-abdominal and retroperitoneal lymph nodes and full-thickness biopsies of the bowel wall as well as careful direct examination of the entire bowel merit consideration. Refractory sprue, which mimics celiac sprue clinically and histopathologically except that there is no response to gluten withdrawal, is diagnosed by excluding other more treatable conditions. Patients with refractory sprue often lack detectable serum antiendomysial antibody even when on a gluten-containing diet. Unlike patients with celiac sprue, their diarrhea generally persists without much improvement when fasted for 48 hours, suggesting an intrinsic intestinal inflammatory process rather than one triggered by a dietary component.

Persistence of an indolent, watery diarrhea unassociated with evidence of malabsorption of major nutrients may reflect the concomitant presence of lymphocytic colitis. This condition, which has been observed in patients with celiac sprue,[25] can be readily diagnosed by colonic mucosal biopsy and may persist despite response of the celiac sprue lesion of the small intestine to gluten withdrawal.

## References

1. Cavell B, Stenhammar L, Ascher H, Danielsson L, Dannaeus A, Lindberg T, Lindquist B. Increasing incidence of childhood coeliac disease in Sweden: results of a national study. Acta Paediatr 1991;81:589–592.
2. Catassi C, Rätsch IM, Fabiani E, Ricci S, Bordicchia F, Pierdomenico R, Giorgi PL. High prevalence of undiagnosed coeliac disease in 5280 Italian students screened by antigliadin antibodies. Acta Paediatr 1995;84:672–676.
3. Not T, Horvath K, Hill ID, Fasano A, Hammed A, Magazzu G. Endomysium antibodies in blood donors predicts a high prevalence of celiac disease in the USA (abstr). Gastroenterology 1996;110:A351.
4. Rubin CE, Eidelman S, Weinstein WM. Sprue by any other name. Gastroenterology 1970;58:409–413.
5. Arranz E, Ferguson A. Intestinal antibody pattern of celiac disease: occurrence in patients with normal jejunal biopsy histology. Gastroenterology 1993;104:1263–1272.
6. Picarelli A, Maiuri L, Mazzilli C, Coletta S, Ferrante P, Di Giovambattista F, Greco M, Torsoli A, Auricchio S. Gluten-sensitive disease with mild enteropathy. Gastroenterology 1996;111:608–616.
7. Godkin AT, Jewell J. The pathogenesis of celiac disease. Gastroenterology 1998;115:211–216.
8. Trier JS. Celiac sprue and refractory sprue. In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. Gastrointestinal and liver disease. 6th ed. Philadelphia: Saunders, 1997:1557–1573.
9. Holm K, Savilahti E, Koskimies S, Lipsanan V, Mäki M. Immunohistochemical changes in the jejunum in first degree relatives of patients with coeliac disease and the coeliac disease marker DQ genes: HLA class II antigen expression, interleukin-2 receptor positive cells and dividing crypt cells. Gut 1994;35:55–60.

10. MacDonald WC, Brandborg LL, Flick AL, Trier JS, Rubin CE. Studies of celiac sprue. IV: the response of the whole length of the small bowel to a gluten-free diet. Gastroenterology 1964;47:573–589.
11. Otley C, Hall RP III. Dermatitis herpetiformis. Dermatol Clin 1990;8:759–769.
12. Cronin CC, Shanahan F. Insulin-dependent diabetes mellitus and coeliac disease. Lancet 1997;349:1096–1097.
13. Bode S, Gudmand-Hoyer E. The diagnostic value of the ᴅ-xylose absorption test in adult coeliac desease. Scand J Gastroenterol 1987;22:1217–1222.
14. Bjarnason I, Maxton D, Reynolds AP, Catt S, Peters TJ, Menzies IS. Comparison of four markers of intestinal permeability in control subjects and patients with coeliac disease. Scand J Gastroenterol 1994;29:630–639.
15. Ferreira M, Lloyd Davies S, Butler M, Scott D, Clark M, Kumar P. Endomysial antibody: is it the best screening test for coeliac disease? Gut 1992;33:1633–1637.
16. Lerner A, Kumar V, Iancu TC. Immunological diagnosis of childhood coeliac disease: comparison between antigliadin, antireticulin and antiendomysial antibodies. Clin Exp Immunol 1994;95:78–82.
17. Corrao G, Corazza GR, Andreani ML, Torchio P, Valentini RA, Galatola G, Quaglino D, Gasbarrini G, di Orio F. Serological screening of coeliac disease: choosing the optimal procedure according to various prevalence values. Gut 1994;35:771–775.
18. Deiterich W, Enhis T, Bauer, M, Donner P, Volta U, Riecken EO, Schuppan D. Identification of tissue transglutaminase as the autoantigen of celiac disease. Nat Med 1997;3:797–801.
19. Grodzinsky E, Hed J, Leidén G, Sjögren F, Ström M. Presence of IgA and IgG antigliadin antibodies in healthy adults as measured by micro-ELISA: effect of various cutoff levels on specificity and sensitivity when diagnosing coeliac disease. Int Arch Allergy Immunol 1990;92:119–123.
20. Bottaro G, Volta U, Spina M, Rotolo N, Sciacca A, Musumeci S. Antibody pattern in childhood celiac disease. J Pediatr Gastroenterol Nutr 1997;24:559–562.
21. Working Group of European Society of Paediatric Gastroenterology and Nutrition. Revised criteria for diagnosis of coeliac disease. Arch Dis Child 1990;65:909–911.
22. von Krainick HG, Debatin F, Gautier E, Tobler R, Velasco JA, von Schwenk H. Weitere Untersuchung über der schadlichen Voizenmehlaffekt bei der Coeliakie: I. Die akute Gliadinreaktion (gliadin shock). Helv Pediatr Acta 1958;13:432–454.
23. Mathus-Vliegen EMH, van Halteren H, Tytgat GNJ. Malignant lymphoma in coeliac disease: various manifestations with distinct symptomatology and prognosis? J Intern Med 1994;236:43–49.
24. Trier JS, Falchuk ZM, Carey MC, Schreiber DS. Celiac sprue and refractory sprue. Gastroenterology 1978;75:307–316.
25. Wolber R, Owen D, Freeman H. Colonic lymphocytosis in patients with celiac sprue. Hum Pathol 1990;21:1092–1096.

Received January 5, 1998. Accepted April 3, 1998.

Address requests for reprints to: Jerry S. Trier, M.D., Gastroenterology Division, Brigham and Women's Hospital, 75 Francis Street, Boston, Massachusetts 02115.

EXHIBIT E

Bana Jabri
Donald D. Kasarda
Peter H. R. Green

# Innate and adaptive immunity: the Yin and Yang of celiac disease

Authors' addresses

Bana Jabri[1], Donald D. Kasarda[2], Peter H. R. Green[3]
[1]Department of Pathology, Medicine and Pediatrics, University of Chicago, Chicago, IL, USA.
[2]US Department of Agriculture, Agricultural Research Service, Western Regional Research Center, Albany, CA, USA.
[3]Department of Medicine, Columbia University, College of Physicians and Surgeons, NY, USA.

Correspondence to:

Bana Jabri, MD
Department of Pathology, Medicine and Pediatrics, University of Chicago
5841 South Maryland Avenue – MC 1089
Chicago, IL 60637, USA
Tel.: +1 773 834 8670
Fax: +1 773 702 3701
E-mail: bjabri@bsd.uchicago.edu

Acknowledgements

The authors thank the members of the Jabri Laboratory, in particular Bertrand Meresse, Zarahui Hovhannisyan and Cezary Ciszewski for lively discussions, and William DiPaolo and Nathaniel Green for critical reading of the manuscript. We thank the University of Chicago DDRC, the University of Chicago, and the Columbia Presbyterian Hospital Celiac Disease Centers for their support. Work in the author's laboratory was supported by a RO1 DK 58727-01A1.

Immunological Reviews 2005
Vol. 206: 219–231
Printed in Singapore. All rights reserved

Copyright © Blackwell Munksgaard 2005

Immunological Reviews
0105-2896

Summary: Celiac disease is a multigenetic complex inflammatory disorder with an autoimmune component, induced by gluten, a protein found in wheat. It is a unique human disease model to dissect the innate and adaptive immune mechanisms underlying T-cell-mediated tissue destruction and the development of T-cell lymphoma in conditions of chronic T-cell activation.

## Introduction

Celiac disease is a T-cell-mediated immune disease and is found mainly in individuals of Caucasian ancestry. It results in the destruction of the surface epithelium and flattening of the mucosa. Celiac disease is triggered in genetically susceptible individuals by wheat grain storage proteins, collectively known as gluten proteins. This lifetime disease can be treated by a diet excluding gluten. Enteropathy (celiac)-associated T-cell lymphomas (EATLs) constitute a major distinctive but rare complication of celiac disease. Celiac disease is a unique model to dissect the innate and adaptive immune mechanisms underlying tissue destruction and to study how chronic T-cell activation can lead to the development of lymphoma.

### Some highlights in celiac history

Samule Gee was the first to clearly define celiac disease and to recognize the role of diet. In 1888 he stated, 'The allowance of farinaceous foods must be small, but if the patient can be cured at all, it must be by means of diet.' Sixty years later, the Dutch pediatrician Willem Karel Dicke suggested a direct role for gluten and described the histological intestinal alterations in celiac disease (reviewed in 1). In the 1980s, the evidence for a primary association of celiac disease with particular DQ molecules was described (reviewed in 2). This finding provided an explanation as to why divergent DR associations were observed in different Caucasian populations. This observation was followed by the identification of intestinal

Jabri et al · Innate and adaptive immunity in celiac disease

CD4[+] T-cell clones recognizing gliadin peptides presented by DQ2 or DQ8 molecules (3, 4). Around the same time, it was found that celiac patients develop antibodies to gliadin and an unknown component of endomysium. In 1997, Dieterich and colleagues (5) discovered that anti-endomysium antibodies were in fact directed against an autoantigen, tissue transglutaminase (TG), and that gluten constituted an excellent substrate for this enzyme. The impact of TG on the anti-gliadin CD4[+] T-cell response was demonstrated by the finding that intestinal gliadin-restricted CD4[+] T cells preferentially recognized gluten peptides deamidated by TG (6, 7).

The establishment of a molecular basis for the adaptive anti-gliadin immune response has pushed aside the idea that gluten could have a direct 'toxic' (innate) effect on the intestinal mucosa, in particular on intestinal epithelial cells (IECs) (8–11). At the time when celiac disease began to be studied, the concept of innate immunity was not developed. Therefore, the terminologies used to define the effects of gluten were ambiguous. In other words, no distinction was initially made between the innate and adaptive immune effects of gluten. However, quite early in the history of celiac disease, a number of investigators recognized the immediate effects of gluten on the epithelium, and even more importantly, they identified a sequence in α-gliadin (peptide 31–49 or 31–43) (12–16) that induced epithelial alterations in the absence of CD4[+] T-cell activation.

In contrast to CD4[+] T cells, intraepithelial CD8[+] T lymphocytes (IELs) were for a long time viewed as playing no role, or at best a secondary role, in the pathogenesis of celiac disease. Yet, the observations that IELs could undergo malignant transformation and express high levels of cytotoxic granules and interferon-γ (IFN-γ) indicated that IELs were activated (reviewed in 17). As the molecular mechanisms underlying epithelial cell killing by IELs were identified, the role of IELs in the pathogenesis of celiac disease became recognized (16, 18, 19). In parallel, the concept emerged that uncontrolled expression of the cytokine interleukin-15 (IL-15) played an important role in the activation and malignant transformation of IELs (18, 20, 21).

### Clinical presentation and epidemiology

Studies, based on serologic screening, have revealed that celiac disease occurs in adults and children at rates approaching 1% (reviewed in 17). It is, therefore, considered as one of most common chronic diseases. Celiac disease can be diagnosed at any age. Infants and young children present with diarrhea, abdominal distension, and failure to thrive. However, vomiting, irritability, anorexia, and constipation are also common.

Older children often present with extraintestinal manifestations, such as short stature, neurologic symptoms, or anemia (reviewed in 17). The mean age of diagnosis in adults is between 40 and 50 years of age. Women are diagnosed at two to three times the rate of men, though this gender predominance is lost in older individuals. The most frequent single mode of presentation in adults is diarrhea, though this mode of presentation accounts for less than 50% of cases. Other presentations include serological presentations with the presence of anti-TG and/or anti-endomysium antibodies in the absence of clinical symptoms, iron deficiency, osteoporosis, neurological symptoms, and dermatitis herpetiformis.

The duodenal biopsy is currently the gold standard in the diagnosis of celiac disease. Patients typically come to biopsy because of the result of positive serologic tests for celiac disease. Intraepithelial lymphocytosis, crypt hyperplasia, and villous atrophy are required for the consideration of the diagnosis. Finally, the diagnosis is not established until there is an unequivocal response to gluten withdrawal, symptomatic and histologic. Marsh (22) described the characteristic pathologic findings as a continuum. The initial lesion (Marsh 1) consists of an intraepithelial lymphocytosis in normal appearing villi (lymphocytic enteritis). The Marsh 11 lesion has crypt hyperplasia in addition to the intraepithelial lymphocytosis. The majority of those diagnosed with celiac disease have a Marsh 111 lesion with villous atrophy, crypt hyperplasia, and intraepithelial lymphocytosis. The Marsh 111 lesion includes partial, subtotal, and total villous atrophy. The histologic findings are characteristic but not specific for celiac disease. Lymphocytic enteritis may be seen in autoimmune diseases and Helicobacter pylori infection, and the Marsh 1 and 111 lesions may be seen in tropical sprue, human immunodeficiency virus enteropathy, and giardiasis.

The most sensitive and specific blood tests are the immunoglobulin A (IgA) subtypes of the anti-TG and endomysial antibodies. The sensitivity and specificity are > 90%, though the titers can be very low in the presence of mild villous atrophy (23, 24). Anti-gliadin antibodies, in particular IgG anti-gliadin antibodies, can be found in normal individuals and are therefore not specific enough to be used in diagnosis (25).

Autoimmune diseases occur 3–10 times more frequently in celiac patients than in the general population (26, 27). The range of associated autoimmune diseases is broad (reviewed in 17). They include type 1 diabetes, primary biliary cirrhosis, Sjögren's syndrome, and peripheral neuropathy. Malignancies are also associated with celiac disease (reviewed in 17, 28). They comprise squamous carcinoma of the oropharynx and

esophagus, adenocarcinoma of the small intestine, as well as non-Hodgkin's lymphoma. The lymphomas are both T- and B-cell types and occur at intestinal and extraintestinal sites. The risk of developing a lymphoma is considered today to be two- to fourfold higher in celiac patients than in the control population (29).

The possibility of an association between malabsorption and lymphoma was raised for the first time in 1937 (30). Fifty years later, the term enteropathy-associated T-cell lymphoma was given by O'Farelly (31). Finally, the intraepithelial T-cell origin of this lymphoma was demonstrated using an antibody directed against the integrin aEβ7 expressed by IELs (32, 33). EATL is typically not found in other inflammatory and autoimmune intestinal disorders, and it constitutes a unique complication of celiac disease.

### Did genetics say all that it had to say?

Celiac disease is a multigenetic disorder. The high prevalence rate of 10% among first-degree relatives (34–36) and a concordance rate in monozygotic twins of 75% (37) indicate the primordial role of genetics in the susceptibility to develop celiac disease. The human leukocyte antigen (HLA) region is thought to confer 40% of the genetic risk, the rest of the genetic risk being attributable to yet undefined non-HLA genes (reviewed in 2).

#### Genetic risk conferred by the HLA locus
The HLA locus is part of a conserved extended haplotype region that includes the major histocompatibility complex (MHC) class II, class III, and class I regions, and adjacent loci. This region is highly polymorphic, and genetic associations within this region are difficult to define because of the issues related to linkage disequilibrium. Nonetheless, there is strong genetic and functional evidence today that the primary association is with DQ2 (DQA1*05/DQB1*02) and, to a lesser degree, with DQ8 (DQA1*0301/DQB1*0302) (reviewed in 2). Koning and colleagues (38) propose that the capacity of the HLA-DQ2 molecule DQA1*0501/DQB1*0201 to bind a broader range of gluten peptides than the HLA-DQ2 molecule DQA1*0201/DQB1*0202 may explain why the HLA-DR3DQ2, but not the HLA-DR7 DQ2 haplotype, confers a high risk to develop celiac disease. In addition, several studies suggest that carrying double dose of the predisposing DQ molecules increases significantly the probability of developing celiac disease (38, 39).

The strong association with DQ2 and DQ8 molecules does not preclude the possibility that other HLA genes could modulate the anti-gliadin immune response and have an impact on the pathogenesis of celiac disease. For instance, the MICB*10 gene, coding for MHC class I chain-related gene B (MICB) molecules, was found to be associated with celiac disease (40, 41). Functional studies further supported the potential role of MICB in celiac disease by demonstrating its upregulation in active celiac patients (16, 19) and its induction on epithelial cells upon gluten challenge (16, 42). There is also evidence for an association with TNF2 encoded within the MHC class III region (43, 44). Finally, the question as to why IgA deficiency and common variable immunodeficiency patients have a higher incidence of celiac disease and/or alterations of their intestinal epithelium remains open (45, 46). One potential explanation would be that this patient population classically carries the A1-B8-DR3 haplotype and hence frequently expresses the DQ2 molecule. However, it remains possible that HLA non-MHC class II genes cause epithelial cell damage in these patients, independent of intestinal infections.

#### Genetic risk conferred by non-HLA genes
There is strong support today for the role of non-HLA genes in celiac disease. A small controversial effect of the CTLA-4 gene, which encodes a molecule involved in T-cell inhibition, has been reported (47–51). Evidence exists for a strong linkage at 5p31–33 (52–54) and also, albeit to a lesser degree, at 19p13.1 (55), 9p 21 (55), and 11q (53, 56). In parallel to linkage studies, several investigators have tried to identify new genes through a candidate gene approach without much success. Because of our current knowledge pointing to the role of innate immunity and epithelial cells in the pathogenesis of celiac disease, the search for specific epithelial genes and genes coding for innate molecules may be of interest.

### Is celiac disease an inflammatory, autoimmune, or allergic disorder?

The boundaries between inflammatory, autoimmune, and allergic diseases are difficult to draw. Celiac disease is not a food allergy, because unlike peanut and milk protein allergy, it does not involve IgE antibodies and mastocyte/basophil degranulation (reviewed in 57). However, anaphylactic reactions to gluten have been described, including in celiac patients. Celiac disease could be viewed as an inflammatory intestinal disease, because it is associated with an inflammatory infiltrate and high levels of IFN-γ expression in the intestinal mucosa (reviewed in 58). However, in inflammatory diseases, tissue cells are not typically the direct targets of a

Jabri et al · Innate and adaptive immunity in celiac disease

T-cell-mediated immune response, and autoantibodies are absent. In this sense, the immunological presentation of celiac disease is much more reminiscent of the presentation of organ-specific autoimmune diseases such as diabetes. Thus, if the triggering factor, gluten, was not known, celiac disease would probably be viewed as a typical organ-specific auto-immune disease.

### What is so special about gluten that challenges our immune system?

Humans have been cultivating wheat for about 10 000 years, although wild wheat types were occasionally harvested from thick stands during the hunter-gatherer phase of human evo-lution that preceded the development of agriculture. Considering that key elements of the adaptive immune sys-tem, such as B cells and T cells, had developed more than 400 million years ago in complex organisms living in the seas before sea-living organisms invaded the land, it appears that human's encounter with wheat through intensive cultivation has been relatively brief in evolutionary time.

Celiac disease is triggered in susceptible individuals by wheat grain storage proteins, collectively known as gluten proteins. They are cohesive with one another in wheat flour-water dough, such that kneading the dough under water or a stream of water dislodges starch granules from the starch-protein matrix, leaving behind a cohesive, elastic ball of protein, which has traditionally been called 'gluten'. Rye and barley grains have proteins very close in amino acid sequence

to gluten proteins of wheat and on that basis (and some testing) are also active in celiac disease. However, a gluten ball cannot be washed from rye or barley flour-water mix-tures, and traditionally, the proteins of rye and barley have not been classified as gluten proteins. Nevertheless, the celiac disease community (consisting mainly of patients and physi-cians) has adopted the term 'gluten' for any proteins that are active in celiac disease.

Wheat, oat, rice, finger millet, and teff usually fall in the *Festucoideae* subfamily of the grass family (*Gramineae*) when these grains are classified taxonomically (Fig. 1).

The *Festucoideae* subfamily includes the *Triticeae* tribe, oat, rice, finger millet, and teff (Fig. 1). Celiac disease is only induced by wheat, rye, and barley, which belong to the *Triticeae* tribe. Interestingly, a small subset of celiac patients can become intolerant to oat, and it has been demonstrated that the avenin proteins, which make up only about 10% of the total proteins of oat, are responsible (59).

The grain storage proteins of the *Triticeae* are rich in the amino acids glutamine and proline (mainly around 30 mole percent and 15 mole percent, respectively) and are often classed as prolamins on this basis, but their composition, although important, is insufficient in itself to explain toxicity. Sequence is also of great importance, insofar as maize or corn proteins may be rich in glutamine and proline apparently without having toxicity. In contrast, oat avenin proteins are relatively low in proline (10 mole percent), yet have at least one short sequence that appears to be an active sequence similar to one found in gluten proteins (59).



Fig. 1. Grains in the tribe *Triticeae* mediate celiac disease. Species of interest in the *Festucoideae* subfamily of the grass family are depicted. It seems likely that only grains in the tribe *Triticeae* mediate celiac disease. There is some evidence indicating that a subset of celiac patients can become intolerant to oat, which shares some common sequences with gliadin.

The gluten proteins have been classified first into two major solubility fractions, the gliadins (monomeric proteins) and glutenins (polymeric forms of prolamins in which the protein subunits are linked to one another by disulfide bonds to form chains of protein subunits having a distribution of lengths). The glutenin fraction is mainly responsible for the elasticity of wheat flour dough and gluten itself. The gliadin proteins have next been classified into α-, β-, γ-, and ω-gliadins; these classifications are now recognized to have a basis in primary structure (sequence). The glutenin fraction is broken down into two main classes, the high-molecular-weight glutenin subunits and the low-molecular-weight glutenin subunits. All classes of gliadin and glutenin proteins are apparently harmful to celiac patients on the basis of in vitro and in vivo studies of the partially purified classes (9, 60). Because of the large numbers of prolines in their primary structures, which block cleavages of the polypeptide chains by digestive enzymes at positions immediately adjacent to the proline residues, all gliadins and glutenin subunits are likely to produce large slowly digesting or undigested peptides. Published studies have not been carried out to establish differences between classes, but similar amounts of proline in α-, β-, and γ-gliadins make it less likely that one class would produce peptides differing widely from another in size. Size of the residual peptides, during and after protein digestion in the gastrointestinal tract, however, may be important to activity in celiac disease (61). In the case of the ω-gliadins, the fragments resulting from digestion may be expected to be larger than those of the other classes because of the greater amounts of proline in the primary structures of the two subtypes of ω-gliadins (1D-coded and 1B-coded). Several reports indicate activity for ω-gliadins in celiac disease (9, 60, 62).

The gluten proteins are coded by at least 100 genes, and this number is probably a minimum. Although the exact number of toxic sequences in the gluten proteins is not established, it appears likely that there are many such sequences. The word toxic is an ambiguous word that is classically used in the celiac disease field. Two categories of 'toxic' gluten peptides have been identified. The first category comprises 'immunogenic' peptides that are part of the adaptive immune response. These peptides have been mainly identified in α-gliadins but can also be found in glutenin and γ-gliadin. The immunodominant α-gliadin 56–75 peptide (63, 64), encompassed in the 33-mer described by Shan et al. (61), is the most studied peptide in this category. The 33-mer α-gliadin peptide is thought to play a major role in celiac disease, because it is not digested by enzymes of the intestinal environment, is a good substrate for TG and is seen by a majority of CD4[+] T cells in adult HLA-DQ2 patients. Furthermore, an immunodominant peptide restricted by DQ8 has also been described (65). The second category comprises 'innate peptides' that are not recognized by CD4[+] T cells but induce an innate-like response in the epithelium and antigen-presenting cells (APCs). The most studied peptide in this category is the α-gliadin p31–43 (or p31–49 peptide) (12–16). The innate response induced by this peptide is comprised of the expression of IL-15 and non-classical MHC molecules such as MIC and HLA-E (16), which were shown to play an important role in IEL-mediated epithelial cell killing (16, 19) (Fig. 2). Because the toxic sequences are widely distributed, changing the composition of the gluten proteins by removing proline or by deleting toxic sequences will probably diminish the quality of bread made from such modified wheat.

### When does an anti-gluten response translate into celiac disease? What defines celiac disease?

To answer the first question, it is important to remember that anti-gluten IgG antibodies are found relatively frequently in non-celiac individuals (25) and that anti-gluten CD4[+] T-cell clones can be isolated from peripheral blood lymphocytes of



**Increased TCR response to (self) antigen Acquisition of NK-like properties**

↓

**IEL-mediated epithelial cell damage**

**Fig. 2. Model accounting for epithelial cell killing by intraepithelial lymphocytes.** Gluten induces epithelial stress that results in the expression of interleukin-15 and non-classical class I molecules such as MIC and human leukocyte antigen-E. In turn, these molecules upregulate the expression of activating natural killer receptors (NKRs), which decrease the T-cell receptor activation threshold and confer NK-like properties.

Jabri et al · Innate and adaptive immunity in celiac disease

normal individuals (66). These observations suggest that tolerance to gluten is easily broken and not synonymous with celiac disease. Whether the anti-gluten response seen in normal individuals takes place inside or outside of the gut is not known.

In contrast, the identification of IgA anti-gluten antibodies and even more so IgA anti-transglutaminase antibodies is viewed as a signature of celiac disease (reviewed in 17). The presence of IgA antibodies suggests that the anti-gluten immune response takes place in the gut. The presence of anti-transglutaminase antibodies suggests that gluten/TG2 complexes have been formed. Thus, the beginning of celiac disease could be defined as the development of an intestinal immune response against gluten/TG2 complexes (Fig. 3). What drives the formation of gluten/TG2 complexes remains to be defined, and whether or not the formation of such complexes plays a causal role in mucosal lesions remains to be determined.

Much like diabetes, the presence of autoantibodies and tissue infiltration by activated CD4+ T cells is not sufficient to induce tissue destruction in celiac disease. The presence of

anti-glutamic acid decarboxylase and anti-insulin antibodies without hyperglycemia is viewed as a pre-diabetic stage. Similarly, the presence of anti-TG2 antibodies in patients with normal histology could be viewed as a pre-celiac stage. Catassi and colleagues (67, 68) have described celiac disease as an iceberg in which patients with anti-TG (endomysium) antibodies and normal intestinal histology were defined as latent celiac patients. Some of these cases will progress and have histological lesions, whereas others will remain latent. What determines the passage of latent celiac disease to overt celiac disease remains an opened question. A hypothesis that we favor and will discuss later in more detail is that the arming of CD8+TCRαβ+ IELs to destroy stressed IECs determines the passage from latent to overt celiac disease (Fig. 3). Here again, a parallel with type 1 diabetes can be drawn, because it is well recognized that the activation of CD8+ T cells, which recognize stressed β-islet pancreatic cells, is required for tissue destruction (69, 70).

Finally, borderline gluten-sensitive patients have been defined as patients with Marsh 1 lesion, i.e. increased IELs in the absence of epithelial cell destruction or other mucosal



**Fig. 3. Model accounting for the progression from latent to overt celiac disease and for the requirement of CD4+ and CD8+ T cells to produce epithelial damage.** Latent celiac disease can have three presentations: isolated IgA anti-TG and anti-gluten antibodies resulting from the formation of gluten/TG complexes, epithelial stress induced directly by gluten resulting in intraepithelial lymphocyte (IEL) infiltration, or a combination of the two presentations. Activation of CD4+ T cells induces the liberation of inflammatory mediators that increase the level of epithelial stress and result in the expression of additional molecules including non-classical MHC class I molecules. At that stage, intestinal epithelial cells (IECs) express the whole panoply of molecules required for the upregulation of activating natural killer receptors (NKRs) on IELs, which decrease the T-cell receptor activation threshold and confer NK-like properties. In turn, NK-IELs kill stressed epithelial cells expressing the appropriate ligands for their NKRs.

alterations. Such intraepithelial infiltrations can be found in the absence of anti-TG2 or anti-endomysium antibodies. In a subset of these patients, gluten challenge can result in histological alterations. Conversely, gluten-free diet can result in the normalization of the number of IELs (71). We propose that an abnormal innate response to gluten resulting in epithelial stress and increased IL-15 expression may take place in these patients and be responsible for IEL expansion (Fig. 3).

### Would celiac disease be celiac disease without TG?

The formation of gluten/TG complexes constitutes a key step in celiac disease (Fig. 3). They may be responsible for the induction of anti-TG antibodies by allowing gliadin CD4[+] T cells to provide help to autoreactive anti-TG B cells (72). Furthermore, because TG activity is increased in celiac patients (73), gliadin peptides are modified by a process called deamidation. This drives intestinal CD4[+] T cells to recognize preferentially deamidated peptides (7, 74). It is therefore unconcealed that TG impacts on the presentation of celiac disease. However, whether TG plays a causal role in celiac disease remains to be demonstrated.

### Generalities on transglutaminases (reviewed in 75, 76)

Nine TG genes have been identified, eight of which encode active enzymes. The TG family comprises TG1, TG3, and TG5 expressed mostly in epithelial cells, TG2 which is expressed in most tissue, TG4 present in the prostate gland, factor XIII found in the blood, TG6 and TG7, whose tissue function and tissue distribution are unknown, and a protein that serves to maintain erythrocyte integrity. TGs require the binding of $Ca^{2+}$ for their activity at supraphysiological concentrations. Furthermore, they are regulated by numerous posttranslational modifications, such as phosphorylation and proteolytic cleavage. Finally, TGs are very short-lived proteins with a half-life around 11 h for TG2, and little is known about the regulation of their turnover. Thus, overall TG activity is highly regulated. TGs are virtually inactive under normal conditions and become active following cellular and tissue insult. The most important function of TGs is to catalyze post-translational modification of proteins by transamidation or deamidation. Transamidation results in the cross-linking of proteins by the formation of isopeptide linkages through acyl-transfer reactions, involving peptidyl glutamine residues as acyl donors and a variety of primary amines as acyl acceptors. Deamidation occurs in the absence of suitable amines involves water and occurs at lower pH. It results in the transformation of glutamine into negatively charged glutamate residues. TGs have profound and diverse biological effects. They modify numerous endogenous and exogenous proteins. They have been implicated in wound healing, blood clotting, cell differentiation, cell death, cell proliferation, and receptor-mediated endocytosis. They have also been implicated in the pathogenesis of chronic inflammatory diseases such as rheumatoid arthritis and osteoarthritis. In addition, they are thought to be involved in chronic neurodegenerative diseases such as Alzheimer's disease and Huntington's disease. Finally, anti-TG antibodies are found in a number of autoimmune diseases such as type 1 diabetes, thyroid diseases, systemic lupus erythematosus, and Sjögren's syndrome, in which they may play a pathogenic role. Interestingly, a direct causal role for anti-TG3 antibodies has been proposed in dermatitis herpetiformis (75, 76).

### TG2 shapes the anti-gliadin CD4[+] T-cell response

Gliadin is an excellent TG2 substrate because of its high glutamine (30–50 mole percent) and proline (15 mole percent) content. Koning and colleagues (65) have shown that the spacing between glutamines and proline determines which glutamines in gluten will be modified in the process of deamidation.

TG2 activity increases with inflammation and during the course of celiac disease; therefore, it is probable that the amount of gliadin peptides modified by TG2 increases over time, until deamidated gliadin peptides constitute the dominant form of gliadin peptides available in the intestinal environment. Such a scenario is compatible with the finding that CD4[+] T cells recognizing native (non-deamidated) gliadin peptides are more frequently found in children (77). Furthermore, the identification of CD4[+] T cells recognizing native gliadin peptides in blood and intestine indicates that deamidation is not required for the initiation of an anti-gliadin immune response (74, 77). Deamidation, instead, may play an important role in favoring the binding of gliadin peptides to DQ2 or DQ8 molecules, which possess binding pockets that have a preference for negatively charged amino acid residues (reviewed in 58, 78). It has been indeed shown that DR molecules can bind gliadin peptides (79) and that DR-restricted immune responses are predominantly found in the course of intestinal viral infections (80). Presently, we favor a model in which deamidation plays a role, not in allowing an anti-gluten response to take place but by altering the nature of the anti-gliadin response. Deamidation may reshape the anti-gliadin response by favoring the binding to DQ molecules and by amplifying the immune response. We have evidence in a

DQ8 transgenic (Tg) mouse model that native (non-deamidated) peptides are immunogenic, but CD4[+] T cells recognizing these peptides have a highly restricted T-cell receptor (TCR) repertoire (manuscript in preparation). Intriguingly, deamidation had a profound effect on the nature of the immune response by dramatically expanding the gliadin-reactive TCR repertoire (manuscript in preparation). Further studies are warranted to confirm and extend these findings to DQ2 and determine the exact impact of TG on the anti-gliadin CD4 T-cell response.

### Other potential impacts of TG2 on the pathogenesis of celiac disease (reviewed in 75, 76)

TG may play a direct role by altering the activity and function of molecules involved in inflammation. For instance, TG2 has been shown to be involved in cell death and to increase phospholipase A2 activity and hence may enhance intestinal inflammation. Inflammation could also be promoted through the formation of histamine/gliadin conjugates that contribute to the mucosal IFN-γ response in celiac disease (80). TG may also play an indirect role in inflammation by forming TG2/protein complexes that function as hapten/carrier complexes, favoring antibody formation against TG2 substrates such as histone H2B and collagen. Finally, IgA anti-TG2 antibodies may play a role through the formation of immune complexes that activate the complement system and bind activating Fc receptors expressed by macrophages and dendritic cells. Thus, even though anti-TG antibodies are not the primary cause of celiac disease, they may indirectly contribute to tissue damage by promoting inflammation.

### What is the role of the CD4[+] anti-gluten T-cell response?

The strong genetic link to DQ2 or DQ8 molecules along with the identification of gliadin DQ2- or DQ8-restricted CD4[+] T cells is the strongest argument in favor of a role of CD4[+] T cells in the pathogenesis of celiac disease. However, it is also clear that the activation of CD4[+] T cells is not sufficient to explain the destruction of surface epithelial cells, the dramatic increase in IELs, and their malignant transformation. All these characteristic features of celiac disease are not found in other intestinal diseases, such as Crohn's disease and autoimmune enteropathies, that are associated with CD4[+] T-cell activation and high levels if IFN-γ expression in the *lamina propria*. We favor a model in which IELs are the epithelial cell killers and CD4[+] T cells play a role in helping to arm the IEL effector response (Fig. 3). CD4[+] T cells could exert this function by

releasing inflammatory mediators and hence creating a highly inflammatory environment, which would render epithelial cells more sensitive to the innate effects of gluten and impact on the activation status of IELs. The finding that the p31–43 αgliadin peptide, which is not recognized by CD4[+] T cells, can only induce epithelial cell alterations in celiac patients under gluten-free diet and not in controls (15, 16) can be explained in two ways that are not mutually exclusive. Either epithelial cells and APCs in celiac patients are uniquely sensitive to gluten or the inflammation that persists at some levels even under a gluten-free diet (the mucosa never returns completely to normal under gluten-free diet) is necessary for gluten to exert its innate effects (see below).

### What do intraepithelial CD8[+] TCRαβT cells see and do?

### Role of natural killer (NK) receptors in the regulation of tissue effector T cells and their role in autoimmunity

NKG2D and CD94/NKG2 NK lineage receptors are prominently expressed in tissues by effector cytotoxic T cells (CTLs) (18, 81–85). By recognizing conserved MHC-like ligands induced on tissue cells by stress, inflammation, and transformation, these NK receptors up- or downmodulate TCR stimulation, thus linking innate with adaptive immunity (reviewed in 86–88). This new layer of T-cell regulation at the effector stage serves to focus adaptive effector functions on infected or transformed tissues. Increasing evidence point to dysregulation of these mechanisms in autoimmune and inflammatory disorders (16, 18, 19, 70, 82, 83).

### Role of IELs in celiac mucosal lesions

For many years, the role of IELs in the pathogenesis of celiac disease was disregarded, because no gluten MHC class I-restricted IEL could be identified. However, IEL activation in celiac disease was supported by the increase in IFN-γ[+] (89) and granzyme[+] IELs (90), and the malignant transformation of IELs leading to the development of EATL (91). Recently, this paradox was solved by the finding that epithelial cell killing was not driven by the recognition of gliadin peptides but by the recognition of stress molecules induced on epithelial cells in response to gluten (16, 18, 19) (Fig. 2). Solid experimental evidence now backs the following model that we proposed (84, 92). Gluten induces epithelial cell stress that results in the upregulation of IL-15 and non-classical MHC class I molecules. In turn, these molecules upregulate the activating NK receptors NKG2, which reduce the TCR activation threshold and mediate direct killing of epithelial cells expressing the appropriate non-classical MHC class I ligands

(HLA-E for CD94/NKG2 and MIC for NKG2D). The reduction in TCR activation threshold can lead IELs to respond abnormally to the intestinal flora or to low-affinity antigens. Thus, the reduction of the TCR activation threshold and the arming of NKG2D to mediate direct killing in IELs can explain how IELs can kill epithelial cells without recognizing gliadin peptides. Because arming of NKG2D by IL-15 to kill in an antigen non-specific manner can only occur in effector T cells, the questions of what is the initial TCR trigger of IEL activation and whether this trigger is specific to celiac disease are raised. There is presently no direct answer to this question. However, a specific TCR trigger is not required, because IELs are in a *de facto* effector stage because of the high antigenic load present in the intestine. What is not explained by these findings is how IELs can produce IFN-γ and expand. Indeed, NKG2D receptors expressed by celiac IELs are associated with the phosphoinositide 3-kinase binding adapter molecule DAP10, which cannot recruit ζ-associated protein of 70 kDa (ZAP-70) and therefore cannot mediate cytokine secretion and proliferation (16, 18, 19). We have evidence now that NK receptors associated with immunoreceptor tyrosine-based activation motif (ITAM)-bearing adapter molecules, able to mediate these latter functions, can be induced in celiac IELs, and that their ligands are expressed by epithelial cells in active celiac patients (manuscript in preparation). Induction of such receptors may constitute an essential step for chronic activation and proliferation of IELs and hence possibly for their malignant transformation (Fig. 4).

## Do intraepithelial TCRγδ T cells play a role in celiac disease?

TCRγδ IELs infiltration persists, similarly to IL-15 (21), for a long time before progressively disappearing (93). Furthermore, the stimulation of intestinal organ cultures with gluten induces IL-15 expression on epithelial cells (16), γδ IELs expand rapidly on gluten challenge *in vivo* and *in vitro* (62, 94, 95), and this expansion is IL-15 dependent (95). These observations along with the role played by IL-15 in TCRγδ IEL homeostasis (96) strongly suggest that TCRγδ IEL expansion in celiac disease is driven by IL-15 and not by a specific antigen. This idea is compatible with the finding that there is a preferential non-clonal TCR Vδ1 expansion in celiac patients. However, it remains possible that TCRγδ IELs recognize a specific ligand induced on celiac epithelial cells. The function of TCRγδ IELs in celiac disease, independently from the issue of specificity, remains elusive. TCRγδ T cells were shown in mice to express keratinocyte growth factor (97) and to play a role in wound healing (98). However, other functional data show that TCRγδ IEL clones *in vitro* are cytotoxic and display NK-like killing (99). This functional property is further compatible with the expression of NKG2D and CD94 receptors by celiac TCRγδ IELs (18 and unpublished data).

## What causes the development of refractory sprue and EATL in celiac patients?

Refractory sprue and EATL are classical and unique complications of celiac disease. There is evidence suggesting that refractory sprue represents a prelymphoma stage that precedes



Upregulation of costimulatory NKR
Reduced TCR activation threshold

Expression of NKR associated
with ITAM-bearing adapter molecules

IL-15

IL-15
Unknown additional factors

TCR-mediated
chronic activation

NKR-mediated
chronic activation

Active
celiac disease

Severe celiac disease
Resistance to gluten-free diet

Lymphoma

**Fig. 4. Model accounting for the malignant transformation of intraepithelial lymphocytes (IELs).** Interleukin-15 (IL-15) plays a role in the malignant transformation of IELs by increasing IEL survival and by upregulating the expression of activating natural killer receptors (NKRs) on IELs. IELs acquire costimulatory NKR, which increase T-cell receptor (TCR)-mediated proliferation. Under these conditions of chronic activation, IELs start to express NKR associated with ITAM-bearing adapter molecules, which can induce full activation. This results in TCR-independent, antigen–non-specific NKR-mediated proliferation. Loss of TCR control over IEL proliferation and IL-15 exposure set the stage for the malignant transformation of IELs.

EATL (91, 100–104). Most refractory sprue IELs are highly oligoclonal T cells characterized by the absence of TCR and CD8 surface expression (101). The absence of surface TCR expression is not due to TCR internalization but is secondary to the absence of productively rearranged TCR α/β or γ/δ chains (101 and unpublished data). This phenotype is usually not found in normal IELs, or if present, it is displayed by a very small subset (<5%) of total IELs. Two possible scenarios can account for the absence of TCR surface expression by refractory IELs. In the first scenario, refractory IELs result from the expansion of a rare subset of immature intraepithelial T lymphocytes that never expressed a functional TCR. In the second scenario, refractory IELs are derived from IELs that at some point expressed a functional TCR and lost it after secondary TCR rearrangements upon induction of recombination activating genes under conditions of chronic activation, similarly to what has been described in activated B cells undergoing B-cell receptor editing (reviewed in 105).

The induction of activating NK receptors, which can mediate IEL proliferation independently form TCR activation (manuscript in preparation), may explain how these T cells can continue to expand in the absence of TCR. Furthermore, their expression may constitute a critical step in the malignant transformation of IELs (Fig. 4). Finally, IL-15 may play a critical role by promoting the upregulation of activating NK receptors (18, 19, 84, 106) and the survival of IEL (21). Interestingly, hypersecreting IL-15 Tg mice develop CD8 T-cell lymphoma which express NK receptors (107).

### Why should a role for gluten in the initiation of an innate immune response be evoked?

The triggering of an innate response by gluten in APCs and epithelial cells can be evoked for the following reasons. First, it could explain why an anti-gluten T-cell response can be mounted. In order to prime naïve T cells, APCs have to be activated by exogenous or endogenous alarm signals to express costimulatory molecules and produce cytokines to drive T-cell polarization (108, 109). There is some evidence that gluten could activate APCs (110, 111). However, these results need to be confirmed, and the molecular basis underlying the activation of APCs by gluten has yet to be determined. Conversely, APC activation and increased intestinal permeability could be induced by viral or bacterial infections, which set the stage for the development of celiac disease.

The potential property of gluten to activate an innate pathway in epithelial cells is supported by the findings that the α-gliadin p31–43 peptide can induce epithelial cell alterations in the absence of CD4[+] T-cell activation, whereas peptides inducing CD4[+] T-cell activation cannot (15, 16). The innate activation of epithelial cells by gluten is fundamental for celiac disease pathogenesis, because it induces the expression of non-classical MHC class I molecules and IL-15 that are required for the arming of IELs to kill epithelial cells (Fig. 3). However, the molecular basis underlying these effects of gluten on epithelial cells have to be identified. Most importantly, the capacity of gluten to activate innate signaling molecules needs to be tested. A key question is whether gluten can trigger an innate signaling pathway in normal individuals or only in celiac patients. In the latter case, genes involved in innate signaling pathways should be linked to celiac disease, similarly to the association of NOD2 with Crohn's disease. Furthermore, it should be possible to identify epithelial stress linked to gluten ingestion in family members of celiac patients in the absence of CD4[+] T-cell activation.

Finally, the role of IFN-α in celiac disease remains an opened question. IFN-α is viewed as an innate cytokine able to induce APC activation, IL-15, and IFN-γ production. Surprisingly, IFN-γ expression in celiac mucosa is not associated with IL-12 production (112), suggesting that another cytokine needs to drive IFN-γ production, the most likely candidates being IL-18 and IFN-α. The potential role of IFN-α is supported by the observations that celiac disease has been induced by IFN-α treatment in hepatitis C patients (113–115) and that celiac mucosa of active celiac patients express significant levels of IFN-α. However, IFN-α induction by gliadin in APCs or epithelial cells has not been reported.

### Conclusion

There is strong evidence today that both innate and adaptive immunity play a role in the pathogenesis of celiac disease. The emerging concept, which probably applies also to other organ-specific autoimmune diseases, is that T-cell-mediated tissue destruction requires the expression of innate stress signals by tissue cells that arm the CD8[+] effector response by upregulating activating NK receptors. The key innate signals expressed by celiac IECs comprise IL-15 and non-classical MHC class I molecules. The challenge will be to determine how gluten induces these and other innate signals and how the CD4[+] T-cell response is involved in promoting the effector mechanisms leading to tissue destruction.

## References

1. Anderson DM. History of celiac disease. J Am Diet Assoc 1959;35:1158–1162.

2. Louka AS, Sollid LM. HLA in coeliac disease: unravelling the complex genetics of a complex disorder. Tissue Antigens 2003;61:105–117.

3. Lundin KE, Scott H, Fausa O, Thorsby E, Sollid LM. T cells from the small intestinal mucosa of a DR4, DQ7/DR4, DQ8 celiac disease patient preferentially recognize gliadin when presented by DQ8. Hum Immunol 1994;41:285–291.

4. Lundin KE, et al. Gliadin-specific, HLA-DQ(alpha 1*0501,beta 1*0201) restricted T cells isolated from the small intestinal mucosa of celiac disease patients. J Exp Med 1993;178:187–196.

5. Dieterich W, et al. Identification of tissue transglutaminase as the autoantigen of celiac disease. Nat Med 1997;3:797–801.

6. Molberg O, et al. T cells from celiac disease lesions recognize gliadin epitopes deamidated in situ by endogenous tissue transglutaminase. Eur J Immunol 2001;31:1317–1323.

7. van de Wal Y, et al. Selective deamidation by tissue transglutaminase strongly enhances gliadin-specific T cell reactivity. J Immunol 1998;161:1585–1588.

8. Falchuk ZM, Gebhard RL, Sessoms C, Strober W. An in vitro model of gluten-sensitive enteropathy. Effect of gliadin on intestinal epithelial cells of patients with gluten-sensitive enteropathy in organ culture. J Clin Invest 1974;53:487–500.

9. Howdle PD, Ciclitira PJ, Simpson FG, Losowsky MS. Are all gliadins toxic in coeliac disease? An in vitro study of alpha, beta, gamma, and w gliadins. Scand J Gastroenterol 1984;19:41–47.

10. Loft DE, et al. Studies of intestinal lymphoid tissue. XII. Epithelial lymphocyte and mucosal responses to rectal gluten challenge in celiac sprue. Gastroenterology 1989;97:29–37.

11. Sturgess R, et al. Wheat peptide challenge in coeliac disease. Lancet 1994;343:758–761.

12. de Ritis G, Auricchio S, Jones HW, Lew EJ, Bernardin JE, Kasarda DD. In vitro (organ culture) studies of the toxicity of specific A-gliadin peptides in celiac disease. Gastroenterology 1988;94:41–49.

13. Shidrawi RG, Day P, Przemioslo R, Ellis HJ, Nelufer JM, Ciclitira PJ. In vitro toxicity of gluten peptides in coeliac disease assessed by organ culture. Scand J Gastroenterol 1995;30:758–763.

14. Marsh MN, et al. In vivo activity of peptides 31–43, 44–55, 56–68 of αgliadin in gluten sensitive enteropathy (GSE). Gastroenterology 1995;108: A871.

15. Maiuri L, et al. Association between innate response to gliadin and activation of pathogenic T cells in coeliac disease. Lancet 2003;362:30–37.

16. Hue S, et al. A direct role for NKG2D/MICA interaction in villous atrophy during celiac disease. Immunity 2004;21:367–377.

17. Green PH, Jabri B. Coeliac disease. Lancet 2003;362:1419.

18. Jabri B, et al. Selective expansion of intraepithelial lymphocytes expressing the HLA-B-specific natural killer receptor CD94 in celiac disease. Gastroenterology 2000;118:867–879.

19. Meresse B, et al. Coordinated induction by IL15 of a TCR-independent NKG2D signaling pathway converts CTL into lymphokine-activated killer cells in celiac disease. Immunity 2004;21:357–366.

20. Maiuri L, Ciacci C, Auricchio S, Brown V, Quaratino S, Londei M. Interleukin 15 mediates epithelial changes in celiac disease. Gastroenterology 2000;119:996–1006.

21. Mention JJ, et al. Interleukin 15: a key to disrupted intraepithelial lymphocyte homeostasis and lymphomagenesis in celiac disease. Gastroenterology 2003;125:730–745.

22. Marsh MN. Gluten, major histocompatibility complex, and the small intestine. A molecular and immunobiologic approach to the spectrum of gluten sensitivity ('celiac sprue'). Gastroenterology 1992;102:330–354.

23. Tursi A, Brandimarte G, Giorgetti GM. Prevalence of antitissue transglutaminase antibodies in different degrees of intestinal damage in celiac disease. J Clin Gastroenterol 2003;36:219–221.

24. Abrams JA, Diamond B, Rotterdam H, Green PH. Seronegative celiac disease: increased prevalence with lesser degrees of villous atrophy. Dig Dis Sci 2004;49:546–550.

25. Rostom A, et al. The diagnostic accuracy of serologic tests for celiac disease: a systematic review. Gastroenterology 2005;128:S38–S46.

26. Ventura A, Magazu G, Gerarduzzi T, Greco L. Coeliac disease and the risk of autoimmune disorders. Gut 2002;51: 897; author reply 897–898.

27. Sategna Guidetti C, Solerio E, Scaglione N, Aimo G, Mengozzi G. Duration of gluten exposure in adult coeliac disease does not correlate with the risk for autoimmune disorders. Gut 2001;49:502–505.

28. Green PH, Jabri B. Celiac disease and other precursors to small-bowel malignancy. Gastroenterol Clin North Am 2002;31:625–639.

29. Catassi C, Bearzi I, Holmes GK. Association of celiac disease and intestinal lymphomas and other cancers. Gastroenterology 2005;128:S79–S86.

30. Fairley N, Mackie F. The clinical and biochemical syndrome in lymphadenoma and allied diseases involving the mesenteric lymph glands. Br Med J 1937;1:375–380.

31. O'Farelly C, et al. Humoral response to wheat protein in patients with coeliac disease and enteropathy associated T cell lymphoma. Br Med J 1986;293:908–910.

32. Spencer J, MacDonald TT, Diss TC, Walker-Smith JA, Ciclitira PJ, Isaacson PG. Changes in intraepithelial lymphocyte subpopulations in coeliac disease and enteropathy associated T cell lymphoma (malignant histiocytosis of the intestine). Gut 1989;30:339–346.

33. Stein H, Dienemann D, Sperling M, Zeitz M, Riecken EO. Identification of a T cell lymphoma category derived from intestinal-mucosa-associated T cells. Lancet 1988;2:1053–1054.

34. Bevan S, et al. Contribution of the MHC region to the familial risk of coeliac disease. J Med Genet 1999;36:687–690.

35. Petronzelli F, et al. Genetic contribution of the HLA region to the familial clustering of coeliac disease. Ann Hum Genet 1997;61:307–317.

36. Risch N. Assessing the role of HLA-linked and unlinked determinants of disease. Am J Hum Genet 1987;40:1–14.

37. Greco L, et al. The first large population based twin study of coeliac disease. Gut 2002;50:624–628.

38. Vader W, et al. The HLA-DQ2 gene dose effect in celiac disease is directly related to the magnitude and breadth of gluten-specific T cell responses. Proc Natl Acad Sci USA 2003;100:12390–12395.

39. Ploski R, Ek J, Thorsby E, Sollid LM. On the HLA-DQ(alpha 1*0501,beta 1*0201)-associated susceptibility in celiac disease: a possible gene dosage effect of DQB1*0201. Tissue Antigens 1993;41:173–177.

40. Gonzalez S, et al. Association of MHC class I related gene B (MICB) to celiac disease. Am J Gastroenterol 2004;99:676–680.

41. Bolognesi E, et al. Additional factor in some HLA DR3/DQ2 haplotypes confers a fourfold increased genetic risk of celiac disease. Tissue Antigens 2003;61:308–316.

42. Martin-Pagola A, et al. MICA response to gliadin in intestinal mucosa from celiac patients. Immunogenetics 2004;56:549–554.

Jabri et al · Innate and adaptive immunity in celiac disease

43. McManus R, et al. Association of celiac disease with microsatellite polymorphisms close to the tumor necrosis factor genes. Hum Immunol 1996;45:24–31.

44. McManus R, Wilson AG, Mansfield J, Weir DG, Duff GW, Kelleher D. TNF2, a polymorphism of the tumour necrosis-alpha gene promoter, is a component of the celiac disease major histocompatibility complex haplotype. Eur J Immunol 1996;26:2113–2118.

45. Walker-Smith JA. IgA deficiency and coeliac disease. Lancet 1971;2:430–431.

46. Kalha I, Sellin JH. Common variable immunodeficiency and the gastrointestinal tract. Curr Gastroenterol Rep 2004;6:377–383.

47. Dabbas M, et al. Pancreatitis in children on long-term parenteral nutrition. Transplant Proc 1996;28:2782.

48. Djilali-Saiah I, Harfouch-Hammoud E, Mougenot JF, Bach JF, Caillat-Zucman S. CTLA-4 gene polymorphism is associated with predisposition to coeliac disease. Gut 1998;43:187–189.

49. Holopainen P, et al. CD28/CTLA4 gene region on chromosome 2q33 confers genetic susceptibility to celiac disease. A linkage and family-based association study. Tissue Antigens 1999;53:470–475.

50. Popat S, et al. Analysis of the CTLA4 gene in Swedish coeliac disease patients. Scand J Gastroenterol 2002;37:28–31.

51. Clot F, et al. Linkage and association study of the CTLA-4 region in coeliac disease for Italian and Tunisian populations. Tissue Antigens 1999;54:527–530.

52. Greco L, et al. Existence of a genetic risk factor on chromosome 5q in Italian coeliac disease families. Ann Hum Genet 2001;65:35–41.

53. Naluai AT, et al. Genome-wide linkage analysis of Scandinavian affected sib-pairs supports presence of susceptibility loci for celiac disease on chromosomes 5 and 11. Eur J Hum Genet 2001;9:938–944.

54. Liu J, et al. Genomewide linkage analysis of celiac disease in Finnish families. Am J Hum Genet 2002;70:51–59.

55. Van Belzen MJ, et al. A major non-HLA locus in celiac disease maps to chromosome 19. Gastroenterology 2003;125:1032–1041.

56. Holopainen P, Mustalahti K, Uimari P, Collin P, Maki M, Partanen J. Candidate gene regions and genetic heterogeneity in gluten sensitivity. Gut 2001;48:696–701.

57. Sampson HA. Update on food allergy. J Allergy Clin Immunol 2004;113:805–819; quiz, 820.

58. Sollid LM. Coeliac disease: dissecting a complex inflammatory disorder. Nat Rev Immunol 2002;2:647–655.

59. Arentz-Hansen H, et al. The molecular basis for oat intolerance in patients with celiac disease. Plos Medical 2004;1:e1.

60. Ciclitira PJ, Evans DJ, Fagg NL, Lennox ES, Dowling RH. Clinical testing of gliadin fractions in coeliac patients. Clin Sci (Lond) 1984;66:357–364.

61. Shan L, et al. Structural basis for gluten intolerance in celiac sprue. Science 2002;297:2275–2279.

62. Ensari A, Marsh MN, Moriarty KJ, Moore CM, Fido RJ, Tatham AS. Studies in vivo of omega-gliadins in gluten sensitivity (coeliac sprue disease). Clin Sci (Lond) 1998;95:419–424.

63. Arentz-Hansen H, et al. The intestinal T cell response to alpha-gliadin in adult celiac disease is focused on a single deamidated glutamine targeted by tissue transglutaminase. J Exp Med 2000;191:603–612.

64. Anderson RP, Degano P, Godkin AJ, Jewell DP, Hill AV. In vivo antigen challenge in celiac disease identifies a single transglutaminase-modified peptide as the dominant A-gliadin T-cell epitope. Nat Med 2000;6:337–342.

65. Vader LW, et al. Specificity of tissue transglutaminase explains cereal toxicity in celiac disease. J Exp Med 2002;195:643–649.

66. Jensen K, et al. Gliadin-specific T cell responses in peripheral blood of healthy individuals involve T cells restricted to the coeliac disease associated DQ2 heterodimer. Scand J Immunol 1995;42:166–170.

67. Catassi C, et al. The coeliac iceberg in Italy. A multicentre antigliadin antibodies screening for coeliac disease in school-age subjects. Acta Paediatr Suppl 1996;412:29–35.

68. Catassi C, et al. Coeliac disease in the year 2000: exploring the iceberg. Lancet 1994;343:200–203.

69. Bendelac A, Carnaud C, Boitard C, Bach JF. Syngeneic transfer of autoimmune diabetes from diabetic NOD mice to healthy neonates. Requirement for both L3T4+ and Lyt-2+ T cells. J Exp Med 1987;166:823–832.

70. Ogasawara K, et al. NKG2D blockade prevents autoimmune diabetes in NOD mice. Immunity 2004;20:757–767.

71. Wahab PJ, Crusius JB, Meijer JW, Mulder CJ. Gluten challenge in borderline gluten-sensitive enteropathy. Am J Gastroenterol 2001;96:1464–1469.

72. Sollid LM, Molberg O, McAdam S, Lundin KE. Autoantibodies in coeliac disease: tissue transglutaminase — guilt by association? Gut 1997;41:851–852.

73. Bruce SE, Bjarnason I, Peters TJ. Human jejunal transglutaminase: demonstration of activity, enzyme kinetics and substrate specificity with special relation to gliadin and coeliac disease. Clin Sci (Lond) 1985;68:573–579.

74. Molberg O, et al. Tissue transglutaminase selectively modifies gliadin peptides that are recognized by gut-derived T cells in celiac disease (published erratum appears in Nat Med 1998;4:974). Nat Med 1998;4:713–717.

75. Griffin M, Casadio R, Bergamini CM. Transglutaminases: nature's biological glues. Biochem J 2002;368:377–396.

76. Caputo I, D'Amato A, Troncone R, Auricchio S, Esposito C. Transglutaminase 2 in celiac disease: minireview article. Amino Acids 2004;26:381–386.

77. Vader W, et al. The gluten response in children with celiac disease is directed toward multiple gliadin and glutenin peptides. Gastroenterology 2002;122:1729–1737.

78. Kim CY, Quarsten H, Bergseng E, Khosla C, Sollid LM. Structural basis for HLA-DQ2-mediated presentation of gluten epitopes in celiac disease. Proc Natl Acad Sci USA 2004;101:4175–4179.

79. Gjertsen HA, Sollid LM, Ek J, Thorsby E, Lundin KE. T cells from the peripheral blood of coeliac disease patients recognize gluten antigens when presented by HLA-DR-DQ, or -DP molecules. Scand J Immunol 1994;39:567–574.

80. Molberg O, et al. HLA restriction patterns of gliadin- and astrovirus-specific CD4+ T cells isolated in parallel from the small intestine of celiac disease patients. Tissue Antigens 1998;52:407–415.

81. Groh V, Wu J, Yee C, Spies T. Tumour-derived soluble MIC ligands impair expression of NKG2D and T-cell activation. Nature 2002;419:734–738.

82. Groh V, Bruhl A, El-Gabalawy H, Nelson JL, Spies T. Stimulation of T cell autoreactivity by anomalous expression of NKG2D and its MIC ligands in rheumatoid arthritis. Proc Natl Acad Sci USA 2003;100:9452–9457.

83. Dulphy N, et al. Functional modulation of expanded CD8+ synovial fluid T cells by NK cell receptor expression in HLA-B27-associated reactive arthritis. Int Immunol 2002;14:471–479.

84. Roberts AI, et al. NKG2D receptors induced by IL-15 costimulate CD28-negative effector CTL in the tissue microenvironment. J Immunol 2001;167:5527–5530.

85. Speiser DE, et al. In vivo expression of natural killer cell inhibitory receptors by human melanoma-specific cytolytic T lymphocytes. J Exp Med 1999;190:775–782.

86. Lanier LL. NK cell recognition. Annu Rev Immunol 2005;23:225–274.

87. McMahon CW, Raulet DH. Expression and function of NK cell receptors in CD8+ T cells. Curr Opin Immunol 2001;13:465–470.

88. Vivier E, Anfossi N. Inhibitory NK-cell receptors on T cells: witness of the past, actors of the future. Nat Rev Immunol 2004;4:190–198.

89. Forsberg G, Hernell O, Melgar S, Israelsson A, Hammarstrom S, Hammarstrom ML. Paradoxical co-expression of proinflammatory and down-regulatory cytokines in intestinal T cells in childhood celiac disease. Gastroenterology 2002;123:667–678.

90. Oberhuber G, Vogelsang H, Stolte M, Muthenthaler S, Kummer AJ, Radaszkiewicz T. Evidence that intestinal intraepithelial lymphocytes are activated cytotoxic T cells in celiac disease but not in giardiasis. Am J Pathol 1996;148:1351–1357.

91. Isaacson PG. Relation between cryptic intestinal lymphoma and refractory sprue. Lancet 2000;356:178–179.

92. Green PH, Jabri B. Coeliac disease. Lancet 2003;362:383–391.

93. Kutlu T, Brousse N, Rambaud C, Le Deist F, Schmitz J, Cerf-Bensussan N. Numbers of T cell receptor (TCR) alpha beta+ but not of TcR gamma delta+ intraepithelial lymphocytes correlate with the grade of villous atrophy in coeliac patients on a long term normal diet. Gut 1993;34:208–214.

94. Sturgess RP, Loft D, Kontakou M, Crowe P, Marsh MN, Ciclitira PJ. Rectal epithelial gamma/delta T-lymphocyte responses to local gluten challenge in coeliac disease. Scand J Gastroenterol 1993;28:760–762.

95. Maiuri L, et al. IL-15 drives the specific migration of CD94+ and TCR-gammadelta+ intraepithelial lymphocytes in organ cultures of treated celiac patients. Am J Gastroenterol 2001;96:150–156.

96. Fehniger TA, Caligiuri MA. Interleukin 15: biology and relevance to human disease. Blood 2001;97:14–32.

97. Boismenu R, Havran WL. Modulation of epithelial cell growth by intraepithelial gamma delta T cells. Science 1994;266:1253–1255.

98. Jameson J, et al. A role for skin gammadelta T cells in wound repair. Science 2002;296:747–749.

99. Rust C, Pena S, Kluin P, Koning F. Gamma delta T cells in coeliac disease. Res Immunol 1990;141:668–671.

100. Trier JS, Falchuk ZM, Carey MC, Schreiber DS. Celiac sprue and refractory sprue. Gastroenterology 1978;75:307–316.

101. Cellier C, et al. Abnormal intestinal intraepithelial lymphocytes in refractory sprue. Gastroenterology 1998;114:471–481.

102. Cellier C, et al. Refractory sprue, coeliac disease, and enteropathy-associated T-cell lymphoma. French Coeliac Disease Study Group. Lancet 2000;356:203–208.

103. Carbonnel F, et al. Are complicated forms of celiac disease cryptic T-cell lymphomas? Blood 1998;92:3879–3886.

104. Bagdi E, Diss TC, Munson P, Isaacson PG. Mucosal intra-epithelial lymphocytes in enteropathy-associated T-cell lymphoma, ulcerative jejunitis, and refractory celiac disease constitute a neoplastic population. Blood 1999;94:260–264.

105. Ohmori H, Hikida M. Expression and function of recombination activating genes in mature B cells. Crit Rev Immunol 1998;18:221–235.

106. Jabri B, et al. TCR specificity dictates CD94/NKG2A expression by human CTL. Immunity 2002;17:487–499.

107. Fehniger TA, et al. Fatal leukemia in interleukin 15 transgenic mice follows early expansions in natural killer and memory phenotype CD8+ T cells. J Exp Med 2001;193:219–231.

108. Matzinger P. The danger model: a renewed sense of self. Science 2002;296:301–305.

109. Medzhitov R, Janeway CA Jr. Decoding the patterns of self and nonself by the innate immune system. Science 2002;296:298–300.

110. Tuckova L, et al. Activation of macrophages by gliadin fragments: isolation and characterization of active peptide. J Leukoc Biol 2002;71:625–631.

111. Tuckova L, Flegelova Z, Tlaskalova-Hogenova H, Zidek Z. Activation of macrophages by food antigens: enhancing effect of gluten on nitric oxide and cytokine production. J Leukoc Biol 2000;67:312–318.

112. Nilsen EM, et al. Gluten induces an intestinal cytokine response strongly dominated by interferon gamma in patients with celiac disease. Gastroenterology 1998;115:551–563.

113. Cammarota G, Cuoco L, Cianci R, Pandolfi F, Gasbarrini G. Onset of coeliac disease during treatment with interferon for chronic hepatitis C. Lancet 2000;356:1494–1495.

114. Monteleone G, Pender SL, Wathen NC, MacDonald TT. Interferon-alpha drives T cell-mediated immunopathology in the intestine. Eur J Immunol 2001;31:2247–2255.

115. Durante-Mangoni E, et al. Silent celiac disease in chronic hepatitis C: impact of interferon treatment on the disease onset and clinical outcome. J Clin Gastroenterol 2004;38:901–905.

EXHIBIT F



# THE MERCK MANUAL
## PROFESSIONAL EDITION

**MERCK MANUALS**

> SEE ALL MERCK MANUALS      SEARCH

**Merck Manual > Health Care Professionals > Gastrointestinal Disorders**
**> Malabsorption Syndromes**

These search terms have been highlighted celiac disease

## Celiac Disease

(Gluten Enteropathy)

*Celiac disease is an immunologically mediated disease in genetically susceptible people caused by intolerance to gluten, resulting in mucosal inflammation and villous atrophy, which causes malabsorption. Symptoms usually include diarrhea and abdominal discomfort. Diagnosis is by small-bowel biopsies showing characteristic though not specific pathologic changes of villous atrophy that resolve with a strict gluten-free diet.*

(See also the Agency for Healthcare Research and Quality's evidence report summary on celiac disease.)

## Etiology

Celiac disease is a hereditary disorder caused by sensitivity to the gliadin fraction of gluten, a protein found in wheat; similar proteins are present in rye and barley. In a genetically susceptible person, gluten-sensitive T cells are activated when gluten-derived peptide epitopes are presented. The



inflammatory response causes characteristic mucosal villous atrophy in the small bowel.

***Epidemiology:*** Celiac disease mainly affects people of northern European descent. Prevalence estimates based on serologic screens among blood donors (sometimes confirmed by biopsy) indicate the disorder may be present in about 1/300 in Europe, especially in Ireland and Italy, and perhaps 1/250 in some parts of the US. Current prevalence estimates in some regions are as high as 1/100.

The disease affects about 10 to 20% of 1st-degree relatives. Female:male ratio is 2:1. Onset is generally in childhood but may occur later.

## Symptoms and Signs

The clinical presentation varies; no typical presentation exists. Some patients are asymptomatic or have only signs of nutritional deficiency. Others have significant GI symptoms.

Celiac disease can manifest in infancy and childhood after introduction of cereals into the diet. The child has failure to thrive, apathy, anorexia, pallor, generalized hypotonia, abdominal distention, and muscle wasting. Stools are soft, bulky, clay-colored, and offensive. Older children may present with anemia or failure to grow normally.

In adults, lassitude, weakness, and anorexia are most common. Mild and intermittent diarrhea is sometimes the presenting symptom. Steatorrhea ranges from mild to severe (7 to 50 g of fat/day). Some patients have weight loss, rarely enough to become underweight. Anemia, glossitis, angular stomatitis, and aphthous ulcers are usually seen in these patients.

Manifestations of vitamin D and Ca deficiencies (eg, osteomalacia, osteopenia, osteoporosis) are common. Both men and women may have reduced fertility; women may not have menstrual periods.

About 10% of patients have dermatitis herpetiformis, an intensely pruritic papulovesicular rash that is symmetrically distributed over the extensor areas of the elbows, knees, buttocks, shoulders, and scalp. This rash can be induced by a high-gluten diet. Celiac disease is also associated with diabetes mellitus, autoimmune thyroid disease, and Down syndrome.

## Diagnosis

- Serologic markers
- Small-bowel biopsy

The diagnosis is suspected clinically and by laboratory abnormalities suggestive of malabsorption. Family incidence is a valuable clue. Celiac disease should be strongly considered in a patient with iron deficiency without obvious GI bleeding.

Confirmation requires a small-bowel biopsy from the second portion of the duodenum. Findings include lack or shortening of villi (villous atrophy), increased intraepithelial cells, and crypt hyperplasia. However, such findings can also occur in tropical sprue (see Tropical Sprue), severe intestinal bacterial overgrowth (see Bacterial Overgrowth Syndrome), eosinophilic enteritis, lactose intolerance (see Carbohydrate Intolerance), and lymphoma.

Because biopsy lacks specificity, serologic markers can aid diagnosis. Anti-tissue transglutaminase antibody (AGA) and anti-endomysial

antibody (EMA—an antibody against an intestinal connective tissue protein) have sensitivity and specificity > 90%. These markers can also be used to screen populations with high prevalence of celiacdisease, including 1st-degree relatives of affected patients and patients with diseases that occur at a greater frequency in association with celiacdisease. If either test is positive, the patient should have a diagnostic small-bowel biopsy. If both are negative, celiacdisease is extremely unlikely. These antibodies decrease in titer in patients on a gluten-free diet and thus are useful in monitoring dietary adherence.

Other laboratory abnormalities often occur and should be sought. They include anemia (iron-deficiency anemia in children and folate-deficiency anemia in adults); low albumin, Ca, K, and Na; and elevated alkaline phosphatase and PT.

Malabsorption tests are not specific for celiacdisease. If done, common findings include steatorrhea of 10 to 40 g/day and abnormal results with D-xylose and (in severe ileal disease) Schilling tests.

> **Pearls & Pitfalls**
>
> - Strongly consider celiacdisease in patients with iron deficiency but no apparent GI bleeding.

## Prognosis

Complications include refractory disease, collagenous sprue, and intestinal lymphomas. Intestinal lymphomas affect 6 to 8% of patients with celiacdisease, usually manifesting after 20 to 40 yr of disease. The incidence of other GI cancers (eg, carcinoma of the esophagus or oropharynx, small-bowel adenocarcinoma) also increases. Adherence to a gluten-free diet can significantly reduce the risk of cancer.

# Treatment

- Gluten-free diet
- Supplements to replace any serious deficiencies

Treatment is a gluten-free diet (avoiding foods containing wheat, rye, or barley). Gluten is so widely used (eg, in commercial soups, sauces, ice creams, and hot dogs) that a patient needs a detailed list of foods to avoid. Patients are encouraged to consult a dietitian and join a celiac support group. The response to a gluten-free diet is usually rapid, and symptoms resolve in 1 to 2 wk. Ingesting even small amounts of food containing gluten may prevent remission or induce relapse.

Small-bowel biopsy should be repeated after 3 to 4 mo of a gluten-free diet. If abnormalities persist, other causes of villous atrophy (eg, lymphoma) should be considered. Lessening of symptoms and improvement in small-bowel morphology are accompanied by a decrease in AGA and EMA titers.

Supplementary vitamins, minerals, and hematinics may be given, depending on the deficiencies. Mild cases may not require supplementation, whereas severe cases may require comprehensive replacement. For adults, replacement includes ferrous sulfate 300 mg po once/day to tid, folate 5 to 10 mg po once/day, Ca supplements, and any standard multivitamin. Sometimes children (but rarely adults) who are seriously ill on initial diagnosis require bowel rest and TPN.

If a patient responds poorly to gluten withdrawal, either the diagnosis is incorrect or the disease has become refractory. Corticosteroids can control symptoms in refractory disease.

# Key Points

- Celiac disease involves an inflammatory response to gluten that causes villous atrophy and malabsorption.

- People of northern European heritage are most often affected.

- Suspect the diagnosis if the serologic markers anti-tissue transglutaminase antibody and anti-endomysial antibody are present and confirm the diagnosis with a small-bowel biopsy.

- Instruct the patient to follow a gluten-free diet and replace any vitamin or mineral deficiencies.

Last full review/revision May 2014 by Atenodoro R. Ruiz, Jr., MD
Content last modified May 2014

Audio       Figures       Photographs       Sidebars       Tables       Videos

Copyright       ©   2009-2015   Merck   Sharp   &   Dohme   Corp.,   a   subsidiary   of   Merck   &   Co.,   Inc.,
Whitehouse Station, N.J., U.S.A.   Privacy   Terms of Use   Permissions

EXHIBIT G



An Encyclopædia Britannica Company

Join Us On 

Merriam-Webster

    

celiac disease    SEARCH ›

 Games    Word of the Day    Video    Blog: Words at Play    My Faves

Test Your Vocabulary!

**TAKE THE QUIZ ›**

Sponsored Links                    Advertise Here

Citi ThankYou® Preferred
Earn 20,000 bonus ThankYou® Points
citi.us/TYPreferredOffer

Dictionary                                    SAVE    POPULARITY
                                              ☆      

# celiac disease

*noun*                                  **f Share**  g+1

## Definition of CELIAC DISEASE

: a chronic hereditary intestinal disorder in which an inability to absorb the gliadin portion of gluten results in the gliadin triggering an immune response that damages the intestinal mucosa —called also *celiac sprue*

    "Unboil an egg": a phrase about the impossible, which is not possible. »

## First Known Use of CELIAC DISEASE

1911

# celiac disease

*noun*    (Medical Dictionary)

## Medical Definition of CELIAC DISEASE

: a chronic hereditary intestinal disorder in which an inability to absorb the gliadin portion of gluten results in the gliadin triggering an immune response that damages the intestinal mucosa—called also *celiac sprue*, *gluten-sensitive enteropathy*, *nontropical sprue*, *sprue*

## Learn More About CELIAC DISEASE

Ⓑ Britannica.com: Encyclopedia article about "celiac disease"

## Browse

Next Word in the Dictionary: celibacy
Previous Word in the Dictionary: celiac
All Words Near: celiac disease

Ask The Editor Videos

### Words at Play

The Real History Behind 10 *Game of Thrones* Words

That Shrinking Feeling


HELLO
Quiet Quentin
Never really passed the Bar
Because you can't judge a book by its cover.
OPEN online✶

### Word of the Day

APRIL 10, 2015

## juncture 🔊

a connection or a point of time

Get the Word of the Day direct to your inbox — subscribe today!

your@email.com    **SUBSCRIBE ›**

### Word Games

Take a 3-minute break and test your skills!

Name That Thing 

True or False? 

Spell It 

R H
Robertson Honda

The Robertson Edge...
See Why We're the People's Choice

HONDA

VIEW INVENTORY



**Seen & Heard**

Is it 'Attorney Generals' Or 'Attorneys General?'

**Fun, Funner, Funnest**

What made you want to look up *celiac disease*? Please tell us where you read or heard it (including the quote, if possible).


Add a comment...

Comment using... ▼


**Mary Ann Lawler Thomas** · Hays High School
After blood testing Celiac Desiese was positive.
Reply · Like · October 11, 2012 at 2:55am


**Joyce Whitehead** · Works at The Word Church
Doing research on gluten because my children and I have a lot of stomach issues and headaches. Have to find a healthier diet for us.
Reply · Like · June 25, 2012 at 12:54pm


**Barb Bryan** · West Chester University of Pennsylvania
It was mentioned in an article about a gluten free diet.
Reply · Like · February 17, 2012 at 2:28pm


**Gracie Strange Freeman** · ★ Top Commenter · Gulf Coast Community College
I have read from info on Mayo clinic.com that Celiac deseate mimics indigestion, heartburn, loose bowels, malnutrition, not being able to tolerate gluten.
Reply · Like · March 31, 2011 at 12:22pm

Facebook social plugin

View Seen & Heard Highlights from Around the Site »

**Trend Watch**


**Hegemony**
Announcement of a nuclear deal with Iran ...

< >



**Smart investments can drive BIG results.**
What business tools could help you win BIG?

DOWNLOAD the whitepaper today!

**Don't be fooled by overnight success stories.**
Learn how successful start-ups stay in business

DOWNLOAD the whitepaper today!


**10 Charming Words for Nasty People**
Put-downs with flair
Learn More »


**When "Literally" isn't, well, literal**
How to use a word that (literally) drives some people nuts.
Watch Now »


**Know what this is?**
Test your vocab with our fun, fast game
Go Play »


**Fear of cats?**
Ailurophobia, and 9 other unusual fears
Learn More »

## Join Us

 Merriam-Webster on Facebook

 Merriam-Webster on Twitter

## Bookstore: Digital and Print

Merriam-Webster references for Mobile, Kindle, print, and more.

See All

## Other Merriam-Webster Dictionaries

Spanish Central
Learner's ESL Dictionary
WordCentral for Kids
Visual Dictionary

SCRABBLE® Word Finder
Webster's Unabridged Dictionary
Britannica English - Arabic Translation
Nglish - Spanish-English Translation

Home    Help    About Us    Shop    Advertising Info    Dictionary API    Privacy Policy
About Our Ads    Contact Us    Browser Tools

EXHIBIT H

U.S. Department of Justice
**Civil Rights Division**
*Disability Rights Section*



## Questions and Answers
## About the Lesley University Agreement
## and Potential Implications for
## Individuals with Food Allergies

On December 20, 2012, the Justice Department entered into an <u>agreement with Lesley University</u> in Cambridge, Massachusetts to ensure that its students with celiac disease and other food allergies can fully and equally enjoy the university's food services in compliance with the Americans with Disabilities Act (ADA). Lesley University previously required all students living on campus to participate in, and pay for, its meal service plan — even if some students with severe allergies could not eat the food available through the plan without risk of illness. Under the Agreement, Lesley has made modifications to its meal plan to allow students with food allergies to take advantage of its food services. The Agreement also requires Lesley to consider exempting from its mandatory plan students who cannot, because of disability, take full advantage of the University's meal service plan.

Among other things, Lesley University agreed to:

- Provide gluten-free and allergen-free food options in its dining hall food lines in addition to its standard meal options;
- Allow students with known allergies to pre-order allergen-free meals;
- Display notices concerning food allergies and identify foods containing specific allergens;
- Train food service and university staff about food allergy-related issues;
- Provide a dedicated space in its main dining hall to store and prepare gluten-free and allergen-free foods; and
- Work to retain vendors that accept students' prepaid meal cards that also offer food without allergens.

Many aspects of the Agreement will serve as a model for other schools — particularly those that require students to participate in a meal plan. However, food service plans, like Universities, are not one-size-fits-all and each school should evaluate its food service plan to assess whether reasonable modifications for its students with disabilities are necessary to avoid discrimination.

### 1. Is a food allergy considered a disability under the ADA?

**A:** It depends. A disability as defined by the ADA is a mental or physical impairment that substantially limits a major life activity, such as eating. Major life activities also include major bodily functions, such as the functions of the gastrointestinal system. Some individuals with food allergies have a disability as defined by the ADA — particularly those with more significant or severe responses to certain foods. This would include individuals with celiac disease and others who have autoimmune responses to certain foods, the symptoms of which may include difficulty swallowing and breathing, asthma, or anaphylactic shock.

### 2. What is Celiac disease?

**A:** Celiac disease is a digestive condition triggered by consumption of the protein gluten, which is primarily found in bread, pasta, cookies, pizza crust and many other foods containing wheat, barley or rye. People with celiac disease who eat foods containing gluten experience an immune reaction in their small intestines. Celiac disease affects about 1 in 133 Americans.

### 3. Why is eating a gluten-free diet important for those with celiac disease?

A: For someone with celiac disease, eating foods with gluten can cause permanent damage to the surface of the small intestines and an inability to absorb certain nutrients, leading to vitamin deficiencies that deny vital nourishment to the brain, nervous system, bones, liver, and other organs.

**4. Does the ADA require that all public accommodations that serve food, like restaurants, also serve gluten-free or allergen-free food?**

A: No. The ADA does not require that every place of public accommodation that serves food to the public provide gluten-free or allergen-free food. The Lesley Agreement involved a mandatory meal program for a defined group of students. Because its meal plan was mandatory for all students living on campus, the ADA required that the University make reasonable modifications to the plan to accommodate students with celiac disease and other food allergies. This is different than the ADA's obligation for restaurants that serve the general public.

**5. What might a restaurant or other similar place of public accommodation need to do to accommodate an individual with celiac disease or other food allergies?**

A: A restaurant may have to take some reasonable steps to accommodate individuals with disabilities where it does not result in a fundamental alteration of that restaurant's operations. By way of example only, this may include: 1) answering questions from diners about menu item ingredients, where the ingredients are known, or 2) omitting or substituting certain ingredients upon request if the restaurant normally does this for other customers.

**6. What is a fundamental alteration?**

A: A fundamental alteration is a modification that is so significant that it alters the essential nature of the good or services that a business offers. For example, a restaurant is not required to alter its menu or provide different foods to meet particular dietary needs.

**7. I have questions about how this applies to me. Where can I get more information?**

A. The Department's ADA Technical Assistance Program can provide you with more information and can answer questions you may have. If you would like to speak to an ADA Specialist about your specific situation, please call the ADA Information Line. All calls are confidential. The ADA Website (www.ada.gov) also provides access to the ADA regulations, technical assistance documents, and settlements, briefs, and other information.

ADA Website: **www.ADA.gov**

**ADA Information Line**
800-514-0301 (Voice) and 800-514-0383 (TTY)
24 hours a day to order publications by mail.
M-W, F 9:30 a.m. â€" 5:30 p.m., Th 12:30 p.m. â€" 5:30 p.m. (Eastern Time)
to speak with an ADA Specialist. All calls are confidential.

Duplication of this document is encouraged.

January 2013

ADA.gov | Civil Rights Division

January 25, 2013