1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JON P. KARDASSAKIS, SB# 90602
2      E-Mail: Jon.Kardassakis@lewisbrisbois.com
   MICHAEL K. GRIMALDI, SB# 280939
3      E-Mail: Michael.Grimaldi@lewisbrisbois.com
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant P.F. CHANG'S
   CHINA BISTRO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE PHILLIPS, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> P.F. CHANG'S CHINA BISTRO, INC., an Arizona corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 5:15-cv-00344-RMW <br><br> **STIPULATION TO EXTEND THE CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Ronald W. Whyte |

Per Northern District Local Rules 6-1(b) and 7-12, Plaintiff Anna Marie Phillips and Defendant P.F. Chang's China Bistro, Inc. ("P.F. Chang's"), through their respective undersigned counsel, hereby stipulate to continue the case management conference currently set for July 10, 2015.

The Court held a hearing on P.F. Chang's motion to dismiss (Dkt. 10) and plaintiff's motion to strike (Dkt. 14) on May 29, 2015. These motions are still under submission. Dkt. 20.

The Court continued the original case management conference to July 10, 2015 and requested a joint case management statement by July 2, 2015. Dkt. 19.

Because the parties' motions are still under submission, and to conserve judicial and party resources, the parties stipulate to continue the case management conference by 30 days or to another date after 30 days that is convenient for the Court.

**So Stipulated.**

DATED: July 1, 2015          LEWIS BRISBOIS BISGAARD & SMITH LLP


                             /s/ Michael K. Grimaldi
                             By: _____
                             Michael K. Grimaldi
                             Attorney for Defendant P.F. CHANG'S
                             CHINA BISTRO, INC.

DATED: July 1, 2015          COUNSELONE, P.C.


                             /s/ Anthony J. Orshansky
                             By: _____
                             Anthony J. Orshansky
                             Attorney for Plaintiff ANNA MARIE
                             PHILLIPS

**N.D. Cal. Local Rule 5-1(i)(3) and General Order 45, Sec. X Certification**

  The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Local Rule 5-1(i)(3) and N.D. Cal. Gen. Order 45, Section X(B).



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE PHILLIPS, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., an Arizona corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:15-CV-00344 (RMW)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE CASE MANAGEMENT CONFERENCE<br><br>The Hon. Ronald M. Whyte |

Per the stipulation of counsel, the Court vacates the case management conference set for July 10, 2015 and the requested joint case management statement due on July 2, 2015.

The Court continues the case management conference ~~by 30 days or to another date after 30 days that is convenient for the Court.~~ to Oct. 16, 2015 at 10:30 a.m. A joint case management statement shall be filed by Oct. 9, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/2/15

/s/ Ronald M. Whyte
_____
Hon. Ronald M. Whyte
United States District Court Judge