**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
  E-Mail: Jon.Kardassakis@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
  E-Mail: Michael.Grimaldi@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant P.F. CHANG'S CHINA BISTRO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE PHILLIPS, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> P.F. CHANG'S CHINA BISTRO, INC., an Arizona corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 5:15-cv-00344-RMW <br><br> *Assigned to the Hon. Ronald W. Whyte* <br><br> **DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** <br><br> Date:   June 3, 2016 <br> Time:  9:00 a.m. <br> Place:  Courtroom 6, 4th Floor <br><br> Trial Date:   None Set |

TO THE COURT AND ALL INTERESTED PARTIES:

    Counsel for Defendant P.F. Chang's China Bistro, Inc., Jon Kardassakis, hereby requests to appear via telephone for Plaintiff's Motion for Voluntary Dismissal scheduled for June 3, 2016 at 9:00 a.m. in courtroom 6, 4th floor of the above-referenced court. Mr. Kardassakis resides in Los Angeles. Therefore, a telephonic appearance is requested and would be appreciated.

DATE: May 12, 2016            LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By:     */s/ Jon P. Kardassakis*
                                                  Jon P. Kardassakis
                                                  Attorneys for Defendant P.F. CHANG'S CHINA BISTRO, INC.

///

1  **[PROPOSED] ORDER**

2  The Court hereby grants Defendant's request to appear via telephone.

3  Counsel in instructed to contact CourtCall at (866) 582-6878 to arrange for telephonic appearance.

4  Date: May __26__, 2016                       *Ronald M. Whyte*
                                                Hon. Ronald W. Whyte

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28