ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile:  (424) 277-3727

Attorneys for Plaintiff
ANNA MARIE PHILLIPS on behalf of herself
and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE PHILLIPS, on behalf of herself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., an Arizona corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:15-CV-00344 (RMW)<br><br>[Assigned to the Honorable Ronald M. Whyte]<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:　　　　June 3, 2016<br>Time:　　　　9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:　　　Hon. Ronald M. Whyte |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Counsel for Plaintiff Anna Marie Phillips ("Plaintiff") respectfully requests to appear via telephone for the hearing on Plaintiff's Motion for Voluntary Dismissal, which is scheduled for June 3, 2016 at 9:00 a.m. in the above-referenced action. Counsel for Plaintiff is located in Los Angeles, and therefore respectfully requests to appear by telephone.

Respectfully submitted,

DATED:      May 16, 2016               COUNSELONE, PC


By   */s/ Anthony J. Orshansky*
     Anthony J. Orshansky
     Justin Kachadoorian
     Attorneys for Plaintiff Anna Marie
     Phillips and the Putative Class

---

1

## [PROPOSED] ORDER

Based upon the foregoing Request, counsel for Plaintiff hereby is permitted to appear via telephone at the June 3, 2016 hearing on Plaintiff's Motion for Voluntary Dismissal. Counsel is instructed to contact CourtCall at (866) 582-6878 to arrange telephonic appearance.

DATED: __5/26/2016_____    By: *Ronald M. Whyte*
                                    Honorable Ronald M. Whyte
                                    United States District Judge